# UNITED STATES DISTRICT COURT
FOR THE
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **STATE OF RHODE ISLAND,** by and through the **RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT** | CA 05 346 ML |
| *Plaintiff,* | |
| vs. | **Civil Action No.** |
| **TOWN OF COVENTRY, R.I., et al.** | |
| ***Defendants*** | |

**NOTICE OF LODGING OF PARTIALCONSENT DECREE BY THE STATE OF RHODE ISLAND**

Plaintiff, State of Rhode Island, by and through Rhode Island's Departments of Environmental Management hereby gives notice of its lodging of a Partial Consent Decree in the above-captioned matter, a copy of which is appended hereto as 'Exhibit A.'

In accordance with Section 122(d) of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), as amended, 42 U.S.C. § 9622(d), and Rhode Island General Laws §23-19.14-11 of the Rhode Island Industrial Property Remediation and Reuse Act, the State will give public notice of the lodging of the proposed Consent Decree by publication in the Providence Journal-Bulletin to commence a thirty (30) day period for public comment. At the conclusion of the thirty-day comment period, the State will evaluate the comments and determine whether it is appropriate to proceed with the proposed settlement. Copies of all comments, and the State's responses thereto, will be filed with the Court contemporaneously with any motion to enter or to withdraw from the proposed Consent Decree.

2

Submitted by:

STATE OF RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
By its attorney:

Brian A. Wagner (R.I. Bar No. 4033)
Deputy Chief Legal Counsel
RIDEM – Office of Legal Services
235 Promenade St.
Providence, RI 02908

Tel. – (401) 222-6607
Fax - (401) 222-3378

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2005, a copy of the within Notice of Lodging was served on the following parties:

Anthony F. Muri, Esq.
Goldenberg & Muri, LLP
10 Weybosset Street
Providence, RI 02903-2808

Gregory Benik, Esq.
Holland & Knight
1800 Hospital Trust Tower
Providence, RI 02903

David Graham, Esq.
Kaufman & Canoles
4801 Courthouse St.
Williamsburg, VA 23188

Jean Warshaw Esq.
177 East 87th Street
Suite 201C
New York, NY 10128

S. Paul Ryan, Esq.
670 Willett Ave.
East Providence, RI 02915

Pat Duft
Vice President, Legal
675 McDonnell Blvd.
St. Louis, MO 63042

Patrick J. Sullivan, Esq.
505 Tiogue Avenue
Coventry, RI 02816

Susan Shumway, Esq.
155 Post Road East, Suite 12
Westport, CT 06880

Jill A. Tracy, Esq.
376 South Valencia Ave.
Brea, CA 92823

**RHODE ISLAND v. Town of Coventry, R.I., et al., C.A. No.**
**Notice of Lodging**

Ashley Wilson, Esq.
Assistant General Counsel
Meggitt-USA/Whittaker Corp.
1955 North Surveyor Avenue
Simi Valley, CA 93063

Francis A. Frobel
Town Manager
1670 Flat River Road
Coventry, RI 02816-8911

Richard T. Hughes, Esq.
ChevronTexaco
Law Department
1500 Louisiana St.
Room 36050 C
Houston, TX 77002

Richard Sherman, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

William Morse
P.O. Box 1135
Marcus Hook, PA 19061

By regular mail, postage pre-paid.

Irene Lennox