# Appendix A

## Settling Defendants

**A. Cardi Realty Co., Inc.**
c/o Anthony F. Muri, Esq.
Goldenberg & Muri, LLP
10 Weybosset Street
Providence, RI 02903-2808

**Arkwright, Inc.**
c/o Gregory Benik, Esq.
Holland & Knight
1800 Hospital Trust Tower
Providence, RI 02903

**CNA Holdings, Inc.** (f/k/a Hoechst Chemical Corp. and American Hoechst Corp.)
c/o David Graham, Esq.
Kaufman & Canoles
4801 Courthouse St.
Williamsburg, VA 23188

**Chevron U.S.A. Inc. and Texaco Inc.**
c/o Richard T. Hughes, Esq.
ChevronTexaco Law Department
1500 Louisiana St.
Room 36050 C
Houston, TX 77002

**Ciba Specialty Chemicals Corporation**
(assuming any liability of Ciba-Geigy Corp.
for purposes of this matter) for itself and Novartis
Corporation
c/o Jean Warshaw Esq.
177 East 87th Street, Suite 201C
New York, NY 10128

**Garland Industries, Inc.**
c/o S. Paul Ryan, Esq.
670 Willett Ave.
East Providence, RI 02915

**Mallinckrodt Inc.** (f/k/a International Minerals &
Chemicals Corp.)
c/o Pat Duft
Vice President, Legal
675 McDonnell Blvd.
St. Louis, MO 63042

**Soluol, Inc.**
c/o Richard Sherman, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

**Sunoco, Inc.** (R & M)
c/o William Morse
P.O. Box 1135
Marcus Hook, PA 19061

**Town of Coventry**
c/o Sheila Patnode
Town Engineer
1670 Flat River Road
Coventry, RI 02816-8911

**Uniroyal Holding, Inc.**
c/o Susan Shumway, Esq.
155 Post Road East, Suite 12
Westport, CT 06880

**Union Oil Company of California** (d/b/a Unocal),
for its former subsidiary American Mineral Spirits Co.
c/o Jill A. Tracy, Esq.
376 South Valencia Ave.
Brea, CA 92823

**Whittaker Corp.** (d/b/a Chemical Products Co.)
c/o Ashley Wilson, Esq.
Assistant General Counsel
Meggitt-USA/Whittaker Corp.
1955 North Surveyor Avenue
Simi Valley, CA 93063

#6065146 v1 - Coventry Appendix A to Partial Consent Decree Settling Defendants