ESS Group, Inc.

# Draft Site Investigation Work Plan

## COVENTRY LANDFILL
## COVENTRY, RHODE ISLAND

PREPARED FOR Coventry Landfill Cooperating Parties

PREPARED BY ESS Group, Inc.
401 Wampanoag Trail, Suite 400
East Providence, Rhode Island 02915

Weston & Sampson Engineers, Inc.
2348 Post Road, Suite 8
Warwick, Rhode Island 02886-2271

Project No. C507-000

April 7, 2004

ESS Group, Inc.

2004 APR -8 A 11:24

**DRAFT**
**SITE INVESTIGATION WORK PLAN**
**Coventry Landfill**
**Coventry, Rhode Island**

*Prepared For:*

**Coventry Landfill Cooperating Parties**

*Prepared By:*

**ESS Group, Inc.**
401 Wampanoag Trail, Suite 400
East Providence, Rhode Island 02915

**Weston & Sampson Engineers, Inc.**
2348 Post Road, Suite 8
Warwick, Rhode Island 02886-2271

**ESS Project No. C507-000**

**April 7, 2004**

ESS Group Inc.

**TABLE OF CONTENTS**

**SECTION** **PAGE**

1.0 INTRODUCTION ........ 1

2.0 SITE CONCEPTUAL MODEL ........ 1
2.1 General Site Description and Background ........ 1
2.2 Geology ........ 2
2.2.1 Surficial Geology ........ 2
2.2.2 Bedrock Geology ........ 2
2.3 Hydrology ........ 2
2.4 Previous Site Investigations ........ 3
2.4.1 Soil ........ 3
2.4.2 Groundwater ........ 3
2.4.3 Surface Water and Sediment ........ 4

3.0 SITE INVESTIGATIVE PROGRAM OBJECTIVES AND OVERVIEW ........ 4

4.0 SITE INVESTIGATION SCOPE OF WORK ........ 5
4.1 Exploratory Test Pits ........ 5
4.2 Geoprobe Investigation of Soil Cover ........ 6
4.3 Surficial Soil analysis ........ 7
4.4 Evaluation of Landfill Soil Gas ........ 7
4.5 Groundwater Monitoring Well Installation and Sampling ........ 7
4.6 Evaluation of Surface Water and Sediment ........ 9
4.7 Site Topographic Survey ........ 10

5.0 MATERIALS MANAGEMENT ........ 10

6.0 CONCEPTUAL APPROACH DEVELOPMENT ........ 11

7.0 REPORTING ........ 11

8.0 SCHEDULE ........ 11

**TABLE**

Table 1 Summary of Sampling Program

**FIGURES**

Figure 1 Site Locus
Figure 2 Site Location Map
Figure 3 Proposed Investigation Locations

ESS Group Inc.

## 1.0 INTRODUCTION

This submittal provides the Site Investigation Work Plan Submittal (Work Plan) for the Coventry Landfill Site (the Site), located in Coventry, Rhode Island. The Work Plan has been developed in accordance with the requirements outlined in Section 7.00 (Site Investigation) of the Rhode Island Department of Environmental Management (RIDEM) Remedial Regulations, and Rule 2.1.09 (Closure and Post-Closure Plans and Financial Assurance) of the RIDEM Solid Waste Regulations. The Work Plan has been prepared by ESS Group, Inc. and Weston and Sampson Engineers, Inc. on behalf of the cooperating parties who agreed to negotiate a Scope of Work for the Work Plan, under RIDEM's Landfill Closure Program (the "Parties").

Pursuant to the Letters of Responsibility dated June 13, 2003 distributed by the RIDEM, the Parties are required to conduct a Remedial Investigation/Feasibility Study (RI/FS) at the Site in accordance with Section 7.0 of the Remedial Regulations. This Work Plan includes the Scope of Work for the following investigations in accordance with the Remedial and Solid Waste Regulations: evaluations of landfill soils and cover material, groundwater, surface water and sediment, and landfill soil gas. Pursuant to Section 7.00 of the Remedial Regulations, this Work Plan specifies and describes the specific objectives of the Site Investigation, the data necessary to meet those objectives, and the methods which will be used to collect the data.

## 2.0 SITE CONCEPTUAL MODEL

A thorough understanding of the Site conceptual model is critical to the effective implementation of the Work Plan and the rationale for the Scope of Work provided herein. The following sections provide a summary of the Site conceptual model with respect to geologic, hydrogeologic and chemical parameters based on limited investigations previously completed by various contractors, RIDEM, and the U.S. Environmental Protection Agency (USEPA).

### 2.1 General Site Description and Background

The Coventry Landfill is located primarily on Town of Coventry property (Map 15, Lot 96). The approximate 10-acre parcel is rectangular and is located southwest of Arnold Road (See Figure 1-Site Locus). It appears that portions of the unlined landfill extend beyond the property boundary and refuse and other fill materials have reportedly been detected on the abutting lot(s) formerly owned by A. Cardi Realty Co. Inc. (Cardi). Both the Town lot and Cardi are part of a larger historic gravel mining area. Commerce Park Realty currently owns and leases the Cardi and Town lots.

The landfill forms a plateau and is well vegetated. The plateau slopes downward to the northwest and is abutted by an access road to the Cardi lot. The northern portion of the town lot has historically been used for composting operations and slopes gradually down from the plateau to Arnold Road. The plateau is at grade with the mined area to the south and southeast and slopes gradually downward to the northeast to a localized surface water body and associated wetland area. The wetland area and associated pond appear to have been created following the gravel mining that has

located southeast of Coventry Landfill and Tiogue Lake. This suggests that no private drinking water supply wells are located between Coventry Landfill and Tiogue Lake. This will be confirmed during the site investigation work proposed herein.

## 2.4 Previous Site Investigations

Studies to date have included limited sampling of surficial soil at the landfill and surface water and sediment in a drainage swale located on the opposite side of Arnold Road. There is currently no groundwater data available from the landfill; however, a number of groundwater monitoring wells located along Arnold Road on the CAL Chemical property were recently installed and sampled by USEPA's consultant as part of an assessment of this property.

The presence and nature of the constituents of concern (COCs) identified in soil, groundwater, surface water and sediment based on this limited sampling is summarized below.

### 2.4.1 Soil

The most recent soil sampling was conducted at the landfill on April 5, 1994 by CDM Federal Programs Corporation for USEPA Region I. Several volatile organic compounds (VOCs), a semi-volatile organic compound (SVOC), the polychlorinated biphenyl (PCB) Aroclor-1254, several pesticides, and several metals were detected in surface soil samples collected. Acetone, chlorobenzene, Aroclor-1254, alpha-chlordane, calcium, chromium, copper, lead, magnesium, manganese, mercury, and vanadium were detected at concentrations significantly above apparent background concentrations. A detailed description of sampling locations and activities is included in the *ARCS I Final Site Inspection Prioritization Report* by CDM dated April 11, 1995.

Previously, soil sampling was conducted at the landfill on August 16, 1984 by the NUS Corporation and documented in *Final Report: Coventry Municipal Landfill Site Inspection* dated August 31, 1984. A total of eight soil samples were collected for analysis of VOCs and priority pollutant metals. VOC compounds detected in the west/southwest section of the landfill included benzene, chlorobenzene, ethylbenzene, toluene, meta-xylene, and trichloroethylene. Priority pollutant metals were only detected in elevated concentrations in the west/southwest portion of the landfill.

### 2.4.2 Groundwater

There is currently no groundwater monitoring well network in place on the Coventry Landfill property to assess groundwater quality or flow direction in the overburden or bedrock; however, limited groundwater quality information is available from adjacent properties.

Historic data collected in 1981 by RIDOH detected chlorinated VOCs in excess of maximum contaminant levels (MCLs) in nearby former bedrock drinking water wells adjacent to the Efros

The approach for the Site Investigation has been developed in consideration of these objectives and the Site conceptual model and focuses on identifying the potential impacts to receptors. A flexible approach is proposed for the field program to allow modifications to the program based on preliminary results. The major components of the field investigation program include:

- Excavation of test pits to assess the horizontal and vertical extent of landfill waste/refuse;
- Advancement of shallow Geoprobe borings to assess soil cover thickness, surficial soil quality and to collect soil gas samples;
- Collection and laboratory analysis of surficial/shallow soil samples at selected locations;
- Advancement of soil borings and installation and sampling of groundwater monitoring wells at multiple on-site locations;
- Analysis of soil and groundwater samples;
- The collection and analysis of surface water and sediment samples at select locations; and
- A topographic and property line survey to provide an accurate base map and evaluate grading requirements and options based on existing conditions.

It is anticipated that the field investigation program will be focused on the landfill itself and its immediate perimeter on the south side of Arnold Road. Data from monitoring wells recently installed by USEPA on the north side of Arnold Road have been reviewed for the development of this scope and will be incorporated into the data analysis as appropriate.

## 4.0 SITE INVESTIGATION SCOPE OF WORK

Prior to initiation of any intrusive site activities, a site Health and Safety Plan will be prepared. In accordance with Section 7.07 of the Remedial Regulations, abutting property owners will be notified prior to the initiation of site investigation activities. In addition, because the landfill may have extended beyond the Town property boundary, we will request access permission to conduct assessment activities on abutting properties. Subsequent to this notification and receipt of access authorization from abutting properties, the field investigation program will be initiated. The specific objectives and scopes of work for each component of the field investigation are provided in the following sections. Figure 3 provides a depiction of the approximate locations targeted for sampling or assessment using the various investigatory methods described below. Actual locations may vary depending upon site access restrictions and field conditions at the time of the investigation. RIDEM will be notified of any significant changes to the sampling locations. Table 1 provides a summary of the various components of the site investigation program including number of sample locations, field and laboratory analytical methods and sampling objectives.

### 4.1 Exploratory Test Pits

The initial task in the site investigation program will consist of the digging of exploratory test pits using a track excavator. The primary objective of the test pit program will be to identify the horizontal extent of refuse around the perimeter of the landfill, thereby establishing the landfill

included in Section 5.0 spread on the ground in the vicinity of the boring following completion of each boring.

## 4.3 Surficial Soil Analysis

A total of up to 20 surficial or cover soil samples, collected from either test pits or geoprobe cores, will be selected for laboratory analysis for the following parameters: VOCs, SVOCs, TPH, priority pollutant metals (PPM-13), and PCBs. Soil samples will be selected for laboratory analysis based on headspace readings, visual observations or olfactory evidence of the potential for the presence of constituents of concern.

## 4.4 Evaluation of Landfill Soil Gas

The Geoprobe rig will also be used to collect soil gas samples at designated sample locations. The primary objective of the soil gas evaluation will be to assess the potential for the migration of landfill gas, assumed to be primarily methane, beyond the limits of refuse and the property boundary. A secondary objective will be to identify whether other constituents, such as VOCs, are present in the landfill gas at concentrations that suggest a significant source of VOCs in the landfill.

The landfill gas evaluation will consist of a screening program using temporary gas probes, both within the landfill area and around the perimeter and/or the property boundary. This screening will be performed using direct push drilling techniques to install shallow, temporary well points for the collection of landfill gas samples using a small portable purge pump. It is assumed that up to twenty (20) temporary well points will be installed and completed within and surrounding the landfill. Proposed soil gas sample locations are shown in Figure 2. It is anticipated that the spacing of sample locations will be tighter around the northern end of the landfill towards Arnold Road since the potential for migration to utility trenches, residences or occupied buildings is more significant on this end of the landfill. The findings from the test pit program will be used to further refine sample locations for this task. Field screening of gases from all well points will be analyzed for methane, total VOCs, and hydrogen sulfide. Based on the field screening results, four (4) samples collected from within the landfill footprint, will further be analyzed by the laboratory for analysis of specific VOCs (using EPA Method TO14) to evaluate the nature of landfill gas being produced.

## 4.5 Groundwater Monitoring Well Installation and Sampling

The primary objectives of the well installation and groundwater sampling program are to develop an understanding of site hydrogeology including groundwater flow direction, gradient, overburden soil characteristics and, if practicable, depth to bedrock and to determine the nature and extent of current impacts to groundwater. In an effort to maximize the cost-effectiveness of the Site Investigation activities and in consideration of the limited groundwater data available, (i.e., there are currently no wells on site) a phased groundwater investigation program is proposed. Phase 1 will assess shallow groundwater around the perimeter of the Site and evaluate deep groundwater at the

encountered first. Wells will be constructed of two inch PVC well screen and riser. It is anticipated that a 10- foot long section of well screen will be installed across the water table. The well borehole will be filled with filter sand to one foot above the top of the screen interval, and overlain by a two foot bentonite seal. The remainder of the well borehole will be grouted to ground surface. At the location of boring MW-1, a deeper well couplet will be installed. The boring for this well will be advanced to the depth that bedrock is encountered or a maximum depth of 100 feet, whichever is shallower. If bedrock is encountered, the depth will be noted and we will set a screen in the deep overburden and above bedrock. The deep boring will be backfilled with grout.

Subsurface conditions will be documented on boring logs which will include the details of well construction. Monitoring wells will be developed following installation using conventional pump and surge techniques to remove sediment from the well and to improve the hydraulic connection between the well and the surrounding aquifer.

Following well development, the eight new wells will be sampled for VOCs, select metals and typical landfill inorganic parameters. Since this is a screening round, sampling will be performed using dedicated disposable bailers, which will provide conservative results. The results of this sampling will be used to evaluate if a Phase 2 assessment is required. If needed, the Phase 2 drilling program will be used to fill data gaps regarding the horizontal extent of the impacted groundwater and/or to investigate deeper overburden and or bedrock.

If a Phase 2 assessment is conducted, it is likely to focus on downgradient areas and those areas where elevated concentrations of constituents of concern are identified. It is anticipated that deeper wells would only be required if elevated concentrations of chlorinated VOCs are detected. It is suggested that the screening level data obtained from the initial well installations be tabulated and reviewed with RIDEM prior to establishing the scope of any Phase 2 field work.

Following the installation and development of the monitoring wells, a comprehensive sampling round will be performed that will include all the newly installed monitoring wells. Samples will be collected using low flow sampling techniques in accordance with USEPA Region 1 protocols. Groundwater samples will be analyzed for VOCs, SVOCs, pesticides, polychlorinated biphenyls (PCBs), PPM-13, and typical landfill inorganic parameters. Duplicate samples will be collected at a frequency of one per 20 samples and trip blanks will accompany each VOC sample group. All samples will be managed under standard Chain-of-Custody procedures.

### 4.6 Evaluation of Surface Water and Sediment

This portion of the site investigation will include a combination of field reconnaissance and on-site sampling. The objectives of this phase of the work will be to confirm surface water flow paths, identify historic seeps, identify storm water conveyance structures and paths to surface water bodies and to determine the nature and extent of impacts to the on-site surface water and sediments, if any.

approved drums until the results of the groundwater laboratory analyses are obtained, at which time the data will be reviewed to determine the appropriate action in accordance with the IDW Policy. If all concentrations are below GA standards, the groundwater will be discharged adjacent to the sample locations in a controlled manner. If GA standards are not met, the water will be disposed of off-site in accordance with applicable regulations.

Excess drill cuttings that cannot be backfilled into the borehole will be visually inspected for obvious evidence of impact. Soils exhibiting obvious visual or olfactory evidence of impact will be temporarily containerized in approved DOT Drums and will be labeled and stored in a secure location. Soils not exhibiting obvious impacts will be screened for total VOCs using the jar headspace method. Soils exhibiting total VOC concentrations greater than 10 ppm using a PID will be drummed along with the soils exhibiting evidence of impact. Soils with headspace less than 10 ppm will be spread on the ground in the vicinity of the boring that they came from. Drummed soils will be stored on-site until soil laboratory analytical results are received. The results will be reviewed with RIDEM to determine the appropriate soil management method.

## 6.0 CONCEPTUAL APPROACH DEVELOPMENT

The results of the site investigation program will be reviewed in their entirety and an evaluation of remedial alternatives will be performed in accordance with Section 7.04 of the Remediation Regulations. The results of the evaluation will be used to select a preferred remedial alternative.

## 7.0 REPORTING

Following completion of the site investigation activities outlined in this Work Plan, a Site Investigation Report (SIR) will be prepared in accordance with Section 7.0 of the Remedial Regulations. The report will document in detail and discuss the results of the site investigation activities and the findings of the remedial alternative evaluation. Information to be included in the SIR will include historical site use, general site characterization, contamination identification and description, investigation methodology and results, and proposed remedial alternatives. The report will identify the conceptual remedial approach to be taken for landfill closure and to address identified site impacts to meet the requirements of the RIDEM Remedial Regulations and Solid Waste Regulations. The SIR will also identify the need, if any, for the gathering of additional information.

## 8.0 SCHEDULE

Actual start dates of each component of the investigation and the duration of the various components will be dependent upon a variety of factors including the ability to gain access to the site and abutting properties, the availability of drilling contractors, weather conditions and the timely review and approval of project deliverables by RIDEM. Technical factors could also impact the schedule. Specifically, the need for Phase 2 groundwater monitoring well installation and sampling will be dependent upon data obtained during Phase 1. If Site conditions are determined to be significantly different than those assumed to develop this Work Plan, it may be necessary to modify the approach and schedule accordingly. An


Table

# Table 1
## Summary of Sampling Program
## Draft Site Investigation Work Plan
## Coventry Landfill

| Task | Method | Sample Matrix | Number of Borings | Number of Samples | Parameter | Field Screening | Laboratory Analysis | Comments |
|---|---|---|---|---|---|---|---|---|
| Evaluate Landfill Soils & Cover | Test Pits | Surficial Soil | 16 | 20 | VOCs,SVOCs, TPH, Pesticides,PCBs, PPM-13 | PID/FID | EPA 8260B EPA 8270C EPA 8081A EPA 8100 EPA 8082, EPA 6010B, EPA 7470A | evaluate areal extent of refuse within landfill and beyond, log type of materials, cover, subsurface conditions |
| | Direct Push Drilling-Geoprobe | Surficial Soil | 73 | | | | | 150-ft. grid, eval. cover thickness and extent of refuse within landfill and beyond |
| | Records Review | Soil/Groundwater | NA | NA | NA | NA | NA | assist in directing groundwater and soil analytical program, evaluate contaminant concerns |
| Evaluate Groundwater | Phase I Drilling-Hollow Stem Auger | Soil | 8 | 8 | TVOCs | PID/FID | NA | Phase I - 7 shallow borings for monitoring wells immediately surrounding landfill and 1 deep boring and monitoring well, evaluate hydrogeologic characteristics, general nature and extent of impacts to shallow overburden in vicinity of landfill |
| | Groundwater Sampling-Phase I | Groundwater | NA | 8 | VOCs, PPM-13, Inorganic Paramters | NA | EPA8260B EPA 6010B | Screening round, sampling performed with bailers |
| | Phase II Drilling-Hollow Stem Auger/Air Rotary | Soil | to be determined | to be determined | TVOCs | PID/FID | NA | Phase II - to be determined based on Phase I results, if required |
| | Groundwater Sampling-Phase II | Groundwater | NA | to be determined (all new wells) | VOCs, SVOCs, Pesticides, PCBs, PPM-13, Inorganic Parameters | Low flow sampling stabilization parameters | EPA 8260B EPA 8270C EPA 8081A EPA 8082, EPA 6010B, EPA 7470A | Low-flow sampling techniques in accordance with USEPA Region 1 protocols. |
| Evaluate Surface Water & Sediment | Grab | Surface Water & Sediment | up to 6 | up to 6 (aq) & 6 (sediment) | VOCs, SVOCs, TPH, Pesticides, PCBs, PPM-13 | NA | EPA 8260B EPA 8270C EPA 8100 EPA 8081A EPA 8082, EPA 6010B, EPA 7470A | evaluate on-site pond and off-site swale/storm drain, attempt 1-2 samples representing background |
| | Visual Investigation of Landfill | NA | NA | NA | NA | NA | NA | evaluate existing storm water drainage, existing and historic surface water seeps |
| | Topographic Survey of Landfill | NA | NA | NA | NA | NA | NA | confirm surface water flow paths, assist with establishing groundwater elevations and flow direction |
| Evaluate Landfill Soil Gas | Direct Push Drilling-Geoprobe | Gas | 20 (16 around landfill perimeter, 4 within landfill | 20 | Methane, TVOCs, Hydrogen Sulfide | Field Screen | NA | qualitative and quantitative evaluation and potential migration within and surrounding landfill |
| | | | | 4 | VOCs | | TO14 | |

NOTE: NA = Not Applicable






ESS Group, Inc.

Engineers
Scientists
Consultants

COVENTRY MUNICIPAL LANDFILL
(COVENTRY LANDFILL)
Coventry, Rhode Island

Scale: 1" = 1,500'

Source: 1) RIGIS, USGS DRG, 1975
2) ESS, Approximate Property Boundary, 2004

**LEGEND**

Approximate Boundary of Coventry Landfill

**Site Locus**

**Figure 1**




ESS Group, Inc.
Engineers
Scientists
Consultants

COVENTRY MUNICIPAL LANDFILL
(COVENTRY LANDFILL)
Coventry, Rhode Island

Scale: 1" = 250'

Source: 1) RIGIS, 3K Orthophotography, 1997
2) ESS, Approximate Property Line, 2003

LEGEND
.............. Approximate Property Line

Site Location Map

Figure 2

Location: G:/GIS-Projects/C507/Site-Investigation.mxd




ESS Group, Inc.
Engineers

COVENTRY MUNICIPAL LANDFILL
(COVENTRY LANDFILL)
Coventry, Rhode Island

Scale: 1" = 120'

Source: 1) RIGIS, 5K Orthophotography, 1997 2) ESS, Approximate Boundary, 2003

**Site Investigation Work Plan**
**Proposed Investigation Locations**

Figure 3

RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
235 Promenade Street, Providence, RI 02908-5767 TDD 401-222-4462

June 1, 2004

Mr. Francis Frobel, Town Manager
Town of Coventry
1670 Flat River Road
Coventry, RI 02816

Re: Draft Site Investigation Work Plan, Coventry Landfill, Arnold Road, Coventry, Rhode Island

Dear Mr. Frobel:

The Office of Waste Management (OWM) has received and reviewed the document entitled: Draft Site Investigation Work Plan, Coventry Landfill, Arnold Road, Coventry, Rhode Island dated 7 April 2004. Based upon this review, the OWM has generated the attached comments.

If you have any questions, please feel free to contact me at (401) 222-2797 extension 7135.

Sincerely,

Chris Walusiak, Engineer
Office of Waste Management

Cc: Laurie Grandchamp, RIDEM
Sheila Patnode, Town of Coventry
Peter Nangeroni, ESS Group, Inc.
David Graham, Kaufman & Canoles, P.C.

RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
235 Promenade Street, Providence, RI 02908-5767 TDD 401-222-4462

June 4, 2004

Mr. Francis Frobel, Town Manager
Town of Coventry
1670 Flat River Road
Coventry, RI 02816

Re: Draft Site Investigation Work Plan, Coventry Landfill, Arnold Road, Coventry, Rhode Island

Dear Mr. Frobel:

This letter serves as a follow up to the 1 June Draft Site Investigation Work Plan Comment Letter issued by this Office. The Office of Waste Management (OWM) had received and reviewed the document entitled: Draft Site Investigation Work Plan, Coventry Landfill, Arnold Road, Coventry, Rhode Island dated 7 April 2004. Please note that there was a typographical error in comment number 6 of the previous comment letter. This error has since been amended in this document.

If you have any questions, please feel free to contact me at (401) 222-2797 extension 7135.

Sincerely,

Chris Walusiak, Engineer
Office of Waste Management

Cc: Laurie Grandchamp, RIDEM
Sheila Patnode, Town of Coventry
Peter Nangeroni, ESS Group, Inc.
David Graham, Kaufman & Canoles, P.C.

Department of Public Works
Office of the Director/
Town Engineer

**TOWN OF COVENTRY**
Town Hall, 1670 Flat River Road, Coventry, RI 02816-8911
Tel. (401) 822-9183 • FAX (401) 822-9141

February 7, 2005

Ms. Laurie Grandchamp, Section Chief
Solid Waste Management
Rhode Island Department of Environmental Management
235 Promenade Street
Providence RI 02908-5767

Re: Coventry Landfill

Dear Ms. Grandchamp,

On behalf of the Cooperating PRPs at the Coventry Landfill, this letter is to confirm that the comments which were generated by DEM upon review of the Coventry Landfill Site Investigation Work Plan have been adopted and agreed to and are to be appended to the document which was submitted and made part of the final version by reference. Our consultant, Woodard and Curran, who will be carrying out the Work Plan, is aware of this incorporation.

If you have any questions, please feel free to give me a call.

Sincerely,

Sheila B Patnode

Sheila B. Patnode, P.E.
Director of Public Works/ Town Engineer

cc: Cooperating PRP Group