# UNITED STATES DISTRICT COURT

FOR THE

# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **STATE OF RHODE ISLAND, ET AL.** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **v.** | ) | **C.A. No. 05-346ML** |
| | ) | |
| **TOWN OF COVENTRY, R.I. et al.** | ) | |
| | ) | |
| **Defendants** | ) | |

## JOINT MOTION EXTENDING TIME FOR SETTLING DEFENDANTS TO ANSWER COMPLAINT

This civil action is brought pursuant to Section 107(a) of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9607(a), as amended ("CERCLA"), the Rhode Island Industrial Property Remediation and Reuse Act, R.I. Gen. Laws §§ 23-19.14, et seq., and Water Pollution Act, R.I. Gen. Laws §§ 46-12-1, et seq., and the common law of nuisance and strict liability. By this action, the State of Rhode Island, by and through its Department of Environmental Management ("DEM") seeks to recover costs that it has incurred or may in the future incur in response to the release or threatened release of hazardous substances at or from a site known as the Coventry Municipal Landfill located on Arnold Road in the Town of Coventry, Rhode Island (the "Landfill"). The contaminated site includes both the Landfill and adjacent properties that have been impacted by contamination migrating from the Landfill.

The Defendants in this action have entered into a Partial Consent Decree, which, consistent with the public comment period provided by R.I. Gen. Laws §§ 23-19.14-11 and this Court's review, will result in the completion of a full remedial investigation and feasibility study ("RI/FS") of the contaminated site that will generate the data necessary to design and implement a work plan for the remediation of the site. The Partial Consent Decree was lodged with the

Court on the same day that the State of Rhode Island filed its Complaint. In light of the proposed settlement, no purpose will be served in requiring Defendants to answer the Complaint in advance of the Court reviewing and ruling on the entry of the Partial Consent Decree.

Accordingly, the State of Rhode Island and Defendants agree to extend Defendants' time to move, answer, or otherwise respond to the Complaint in this action to and including twenty (20) days after the date on which the Court has ruled upon a motion by the State of Rhode Island for entry of the Partial Consent Decree lodged in the above-referenced action.

CONSENTED AND AGREED TO:

FOR THE STATE OF RHODE ISLAND

Brian A. Wagner (R.I. Bar No. 4033)
Deputy Chief Legal Counsel
RIDEM – Office of Legal Services
235 Promenade St.
Providence, RI 02908

Date: 8/25/05

FOR THE SETTLORS:

**Town of Coventry**

Patrick J. Sullivan, Esq.
505 Tiogue Avenue
Coventry, RI 02816

Date: 8/11/2005 2005

JOINT MOTION TO EXTEND TIME TO ANSWER
CONSENTED & AGREED TO BY SETTLOR:

**A. Cardi Realty Co., Inc.**

Anthony F. Muri, Esq.
Goldenberg & Muri, LLP
10 Weybosset Street
Providence, RI 02903-2808

Date: August 18, 2005

JOINT MOTION TO EXTEND TIME TO ANSWER
CONSENTED & AGREED TO BY SETTLOR:

**Arkwright, Inc.**

_______________________________
Gregory Benik, Esq.
Holland & Knight
1800 Hospital Trust Tower
Providence, RI 02903

Date: Aug. 15, 2005

JOINT MOTION TO EXTEND TIME TO ANSWER
CONSENTED & AGREED TO BY SETTLOR:

**CNA Holdings, Inc.**

David B. Graham

David Graham, Esq.
Kaufman & Canoles
4801 Courthouse St.
Williamsburg, VA 23188

Date: Aug 15, 2005

JOINT MOTION TO EXTEND TIME TO ANSWER
CONSENTED & AGREED TO BY SETTLOR:

**Ciba Specialty Chemicals Corporation**

Jean Warshaw, Counsel to Ciba Specialty Chemicals Corporation

Jean Warshaw Esq.
177 East 87th Street
Suite 201C
New York, NY 10128
(212) 722-2240

Date: August 18, 2005

JOINT MOTION TO EXTEND TIME TO ANSWER
CONSENTED & AGREED TO BY SETTLOR:

**Soluol, Inc.**

Richard Sherman
_______________________________
Richard Sherman, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Date: August 10, 2005

JOINT MOTION TO EXTEND TIME TO ANSWER
CONSENTED & AGREED TO BY SETTLOR:

**Mallinckrodt Inc**

Patricia H Duft
Pat Duft
Vice President, Legal
675 McDonnell Blvd.
St. Louis, MO 63042

Date: August 15, 2005

JOINT MOTION TO EXTEND TIME TO ANSWER
CONSENTED & AGREED TO BY SETTLOR:

**Uniroyal Holding, Inc.**

______________________________
Susan Shumway, Esq.
155 Post Road East, Suite 12
Westport, CT 06880

Date: August 11 ____, 2005

JOINT MOTION TO EXTEND TIME TO ANSWER
CONSENTED & AGREED TO BY SETTLOR:

**Union Oil Company of California** (d/b/a Unocal)

______________________________
Jill A. Tracy, Esq.
376 South Valencia Ave.
Brea, CA 92823

Date: 8-11 ____, 2005

**RHODE ISLAND v. Town of Coventry, R.I., et al.,**
**Joint Motion Extending Time to Answer Complaint**

JOINT MOTION TO EXTEND TIME TO ANSWER
CONSENTED & AGREED TO BY SETTLOR:

**Sunoco, Inc. (R & M.)**

Thomas J. Haines

Thomas J. Haines
Sunoco, Inc(R&M)
Law Department
1735 Market Street
Suite LL
Philadelphia, PA 19103

Date: August 17, 2005

**RHODE ISLAND v. Town of Coventry, R.I., et al.,**
**Joint Motion Extending Time to Answer Complaint**

JOINT MOTION TO EXTEND TIME TO ANSWER
CONSENTED & AGREED TO BY SETTLOR:

**Whittaker Corp.** (d/b/a/ Chemical Products Co.)

_______________________________

Eric Lardiere
General Counsel
~~Meggitt-USA/Whittaker Corp~~. Whittaker Corporation
1955 North Surveyor Avenue
Simi Valley, CA 93063

Date: August 18, 2005

JOINT MOTION TO EXTEND TIME TO ANSWER
CONSENTED & AGREED TO BY SETTLOR:

**Chevron U.S.A. Inc. and**
**Texaco Inc.**

Richard T. Hughes, Esq.
ChevronTexaco
Law Department
1500 Louisiana St.
Room 36050 C
Houston, TX 77002

Date: August 10th, 2005



## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August, 2005, a copy of the within Joint Motion to Extend Time to Answer was served on the following parties:

Anthony F. Muri, Esq.
Goldenberg & Muri, LLP
10 Weybosset Street
Providence, RI 02903-2808

Jean Warshaw Esq.
177 East 87th Street
Suite 201C
New York, NY 10128

Patrick J. Sullivan, Esq.
505 Tiogue Avenue
Coventry, RI 02816

Thomas J. Haines
Sunoco, Inc (R&M)
Law Department
1735 Market St., Suite LL
Philadelphia, PA 19103

S. Paul Ryan, Esq.
670 Willett Ave.
East Providence, RI 02915

Gregory Benik, Esq.
Holland & Knight
1800 Hospital Trust Tower
Providence, RI 02903

Richard Sherman, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Susan Shumway, Esq.
155 Post Road East, Suite 12
Westport, CT 06880

Eric G. Lardiere
Vice President, Secretary &
General Counsel
Whittaker Corporation
1955 North Surveyor Avenue
Simi Valley, CA 93063

David Graham, Esq.
Kaufman & Canoles
4801 Courthouse St.
Williamsburg, VA 23188

Pat Duft
Vice President, Legal
675 McDonnell Blvd.
St. Louis, MO 63042

Jill A. Tracy, Esq.
376 South Valencia Ave.
Brea, CA 92823

Richard T. Hughes, Esq.
ChevronTexaco
Law Department
1500 Louisiana St.
Room 36050 C
Houston, TX 77002

By regular mail, postage pre-paid.

Kathleen A. Zarougian
____________________________

## ORDER

IT IS HEREBY ORDERED THAT the time for Settling Defendants to move, answer or otherwise respond to the Complaint is extended to and including twenty (20) days after the Court has ruled upon a motion to enter the Partial Consent Decree by the State of Rhode Island.

DATED: __________ ____, 2005

United States District Court Judge

____________________________