UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND, by and through the RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT<br>Plaintiff,<br><br>vs.<br><br>TOWN OF COVENTRY, R.I., et al.<br>Defendants | Civil Action No. 05-cv-00346-ML |

NOTICE OF APPEARANCE

In accordance with the provisions of Local Rule 6(a), we hereby give notice of our appearance in this action on behalf of the defendant, A. Cardi Realty Co., Inc.

Anthony F. Muri
GOLDENBERG & MURI LLP
10 Weybosset Street
Providence, RI 02903
401-421-7300 - Voice
401-421-7352 - Fax
afm@goldenberg-muri.com

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2005, a copy of the within Notice of Appearance was served on the following parties by regular mail:

Brian A. Wagner, Esq.
Deputy Chief Legal Counsel
RIDEM – Office of Legal Services
235 Promenade Street
Providence, RI 02908

Gregory Benik, Esq.
Holland & Knight
1800 Hospital Trust Tower
Providence, RI 02903

David B. Graham, Esq.
Kaufman & Canoles
4801 Courthouse Street
Williamsburg, VA 23188

Jean Warshaw, Esq.
177 East 87th Street
Suite 201C
New York, NY 10128

S. Paul Ryan, Esq.
670 Willett Avenue
East Providence, RI 02915

Patricia H. Duft, Esq.
Vice President, Legal
675 McDonnell Blvd.
St. Louis, MO 63042

Patrick J. Sullivan, Esq.
505 Tiogue Avenue
Coventry, RI 02816

Susan Shumway, Esq.
155 Post Road East, Suite 12
Westport, CT 06880

Jill A. Tracy, Esq.
376 South Valencia Avenue
Brea, CA 92823

Eric Lardiere, Esq.
Vice President, Secretary and General Counsel and
Ashley Wilson, Esq.
Assistant General Counsel
Whittaker Corp.
1955 North Surveyor Avenue
Simi Valley, CA 93063

Francis A. Frobel
Town Manager
1670 Flat River Road
Coventry, RI 02816-8911

Richard T. Hughes, Esq.
ChevronTexaco
Law Department
1500 Louisiana Street
Room 36050 C
Houston, TX 77002

Richard Sherman, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Thomas J. Haines, Esq.
Sunoco, Inc. (R&M)
Law Department
1735 Market Street
Suite LL
Philadelphia, PA 19103

Fatima F. Do Vale

Fatima F. Do Vale