UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND, by and through the RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT,
Plaintiff(s)

v. C.A. No. 05-346ML

TOWN OF COVENTRY, RHODE ISLAND, et al.,
Defendant(s)

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Defendant Soluol, Inc. hereby moves that David B. Graham be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

☒ The case involves the following complex area of the law, in which David B. Graham specializes:

☒ David B. Graham serves as counsel to CNA Holdings, Inc. and as the chief spokesperson for the thirteen settling defendants, including Soluol, Inc., that executed the Partial Consent Decree to perform a Remedial Investigation/Feasibility Study at the Coventry Landfill, and which constitute the Coventry Landfill Group.

☐ The local trial bar lacks experience in the field of: __________.

☐ The case involves complex legal questions under the law of a foreign jurisdiction with which: __________________counsel is familiar, specifically: ______________________.

☐ The case requires extensive discovery in a foreign jurisdiction convenient to __________________ counsel, as follows: _________.

☐ It is a criminal case, and ________________________ counsel is defendant's counsel of choice.

☐ Other: ____________________________________________.

Respectfully submitted

By Richard A. Sherman

Richard Sherman, Bar # 1190
EDWARDS & ANGEL, LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 276-6513
Fax: (888) 325-9062

Dated: September 7, 2005

Attorneys for Defendant Soluol, Inc.

Of Counsel:

David B. Graham
KAUFMAN & CANOLES, PC
3801 Courthouse Street
Suite 300
Williamsburg, VA 23188
Telephone: 757/295-3800
Fax: 757/259-3838
dbgraham@kaufcan.com

# ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I certify that I am a member in good standing of the bar of the State(s) of Virginia and of the following Federal District Court and/or Court of Appeals Bar(s) District of Columbia, and that my eligibility to practice before those courts has not been restricted in any way..

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

David B. Graham
Virginia Bar ID #65144
KAUFMAN & CANOLES, PC
4801 Courthouse Street
Suite 300
Williamsburg VA 23188
Telephone: 757/259-3800
Fax: 757/259-3838

Local Associate Counsel
Richard Sherman
R.I. Bar ID# 1190
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: 401/276-6513
Fax: 888/325-9062

---

**ORDER:** This motion is hereby ______________________.

______________________
U.S. District Judge
Date:_________

6079509

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September, 2005, I served the within Defendant's Motion for Pro Hac Vice admitting David B. Graham by regular U.S. Mail to each of the following:

Brian A. Wagner, Esq.
RIDEM
Office of Legal Services
235 Promenade Street
Providence, RI 02908

Gregory Benik, Esq.
Holland & Knight
1800 Hospital Trust Tower
Providence, RI 02903

David B. Graham, Esq.
Kaufman & Canoles
4801 Courthouse Street
Williamsburg, VA 23188

Richard Sherman, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Jean Warshaw, Esq.
177 East 8th Street
Suite 201C
New York, NY 10128

Thomas J. Haines, Esq.
Sunoco, Inc. (R&M)
Law Department
1735 Market St., Suite LL
Philadelphia, PA 19103

S. Paul Ryan, Esq.
670 Willett Avenue
East Providence, RI 02915

Patricia H. Duft, Esq.
Vice President Legal
675 McDonnell Blvd.
St. Louis, MO 63042

Patrick J. Sullivan, Esq.
505 Tiogue Avenue
Coventry, RI 02816

Eric Laardiere, Esq.
Ashley Wilson, Esq.
Whittaker Corp.
1955 North Surveyor Avenue
Simi Valley, CA 93063

Susan Shumway, Esq.
155 Post Road East, Suite 12
Westport, CT 06880

Richard T. Hughes, Esq.
ChevronTexaco
1500 Louisiana Street,
Rm. 36050 C
Houston, TX 77002

Jill A. Tracy, Esq.
376 south Valencia Avenue
Brea, CA 92823

Anthony F. Muri, Esq.
Goldenberg & Muri, LLP
10 Weybosset Street
Providence, RI 02903

Richard A. Sherman

6079557