# AFFIDAVIT OF PUBLICATION

**The Providence Journal**
**The Providence Sunday Journal**

**Published by The Providence Journal Company**
**Providence, Rhode Island 02902**

**PUBLIC NOTICE**

In accordance with the United States Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. Sec. 9622(d)(2)(A) and the Rhode Island Industrial Property Remediation and Reuse Act, R.I. Gen. Laws Sec. 23-19.14-11, the Rhode Island Department of Environmental Management hereby gives notice of its intent to enter into a partial settlement agreement with the Town of Coventry, Rhode Island and thirteen (13) other corporate parties to perform a remedial investigation and feasibility study relating to soil and groundwater contamination located on and emanating from the Coventry Municipal Landfill Superfund Site in Coventry, Rhode Island. The settlement agreement is memorialized in a Partial Consent Decree that has been lodged with the United States District Court for the District of Rhode Island in a case entitled STATE OF RHODE ISLAND VS. TOWN OF COVENTRY, R.I. ET AL. C.A. No. 05-346-ML. The contaminated property is located on Arnold Road in the Town of Coventry, Rhode Island.

This notice initiates a 30-day comment period commencing the day after this posting during which the public may review the proposed Partial Consent Decree and the records maintained by the Department of Environmental Management pertaining to this property and submit written comments regarding the proposed settlement. Technical questions and requests to review official Department records relating to the property should be directed to Laurie Grandchamp in the Department's Office of Waste Management at (401) 222-2797. The Department will consider all written comments prior to moving for entry of the Consent Decree.

Written comments should be submitted to:

RIDEM Office of Legal Services
Attn: [illegible] A. Wagner, Esquire
235 Promenade Street
Providence, RI 02908-5767

**State of Rhode Island**
**City and County of Providence**

On this 23rd day of September 20 05, before me, a Notary Public, duly qualified for said County and State, personally appeared Laurence Ricardo, Senior Sales Director, in the office of The Providence Journal Company, publishers of The Providence Journal, a newspaper published in the City of Providence by The Providence Journal Company, who, on being duly sworn, states that the advertisement of PUBLIC NOTICE In accordance with the United States Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. Sec. 9622(d)(2)(A)... a true copy of which is hereunto annexed, was duly inserted in **THE PROVIDENCE JOURNAL** in its issue of

August 19, 20 05.

Laurence Ricardo
Laurence Ricardo

Subscribed and sworn to before me this 23rd day of September, 20 05

Jean A. Sandberg
Notary Public

My Commission expires: 07/02/09