No Response

FILED
SEP 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

# UNITED STATES DISTRICT COURT

FOR THE

# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **STATE OF RHODE ISLAND, ET AL.** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **v.** | ) | **C.A. No. 05-346ML** |
| | ) | |
| **TOWN OF COVENTRY, R.I. et al.** | ) | **Motion to Enter** |
| | ) | **Partial Consent Decree** |
| **Defendants** | ) | |

The State of Rhode Island ("State"), by and through the authority of the Department of Environmental Management ("RIDEM"), hereby moves the Court to Enter the Partial Consent Decree lodged by the parties on August 15, 2005. In support of this Motion, Plaintiff relies on the Memorandum of Law filed herewith.

STATE OF RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
By its attorney,

Brian A. Wagner

BRIAN A. WAGNER (No. 4033)
235 Promenade Street
Providence, Rhode Island 02908
Tel. (401) 222-6607
Fax (401) 222-3378

Granted.
Mary M. Lisi
USDJ 10/13/05

***R.I. v. Town of Coventry et al., C.A. No. 05-346ML***
***Motion to Enter Partial Consent Decree***

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September, 2005, a copy of the within Motion to Enter Partial Consent Decree was served on the following parties:

Anthony F. Muri, Esq.
Goldenberg & Muri, LLP
10 Weybosset Street
Providence, RI 02903-2808

Jean Warshaw Esq.
177 East 87th Street
Suite 201C
New York, NY 10128

Patrick J. Sullivan, Esq.
505 Tiogue Avenue
Coventry, RI 02816

Thomas J. Haines
Sunoco, Inc (R&M)
Law Department
1735 Market St., Suite LL
Philadelphia, PA 19103

S. Paul Ryan, Esq.
670 Willett Ave.
East Providence, RI 02915

Gregory Benik, Esq.
Holland & Knight
1800 Hospital Trust Tower
Providence, RI 02903

Richard Sherman, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Susan Shumway, Esq.
155 Post Road East, Suite 12
Westport, CT 06880

Eric G. Lardiere
Vice President, Secretary & General Counsel
Whittaker Corporation
1955 North Surveyor Avenue
Simi Valley, CA 93063

David Graham, Esq.
Kaufman & Canoles
4801 Courthouse St.
Williamsburg, VA 23188

Pat Duft
Vice President, Legal
675 McDonnell Blvd.
St. Louis, MO 63042

Jill A. Tracy, Esq.
376 South Valencia Ave.
Brea, CA 92823

Richard T. Hughes, Esq.
ChevronTexaco
Law Department
1500 Louisiana St.
Room 36050 C
Houston, TX 77002

By regular mail, postage pre-paid.

Ione Lennox