# **PARTIAL CONSENT DECREE - APPENDIX 'B'**

List of Paying Settling Defendants

# Appendix B

## Paying Settling Defendants

**A. Cardi Realty Co., Inc.**
c/o Anthony F. Muri, Esq.
Goldenberg & Muri, LLP
10 Weybosset Street
Providence, RI 02903-2808

**Ciba Specialty Chemicals Corporation**
(assuming any liability of Ciba-Geigy Corp.
for purposes of this matter) for itself and Novartis
Corporation
c/o Jean Warshaw Esq.
177 East 87th Street, Suite 201C
New York, NY 10128

**Garland Industries, Inc.**
c/o S. Paul Ryan, Esq.
670 Willett Ave.
East Providence, RI 02915

**Soluol, Inc.**
c/o Richard Sherman, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

**Uniroyal Holding, Inc.**
c/o Susan Shumway, Esq.
155 Post Road East, Suite 12
Westport, CT 06880

**Union Oil Company of California** (d/b/a Unocal),
for its former subsidiary American Mineral Spirits Co.
c/o Jill A. Tracy, Esq.
376 South Valencia Ave.
Brea, CA 92823

**Whittaker Corp.** (d/b/a Chemical Products Co.)
c/o Ashley Wilson, Esq.
Assistant General Counsel
Meggitt-USA/Whittaker Corp.
1955 North Surveyor Avenue
Simi Valley, CA 93063