# PARTIAL CONSENT DECREE - APPENDIX 'C'

List of Performing Settling Defendants

# Appendix C

## Performing Settling Defendants

**Arkwright, Inc.**
c/o Gregory Benik, Esq.
Holland & Knight
1800 Hospital Trust Tower
Providence, RI 02903

**CNA Holdings, Inc.** (f/k/a Hoechst Chemical Corp. and
American Hoechst Corp.)
c/o David Graham, Esq.
Kaufman & Canoles
4801 Courthouse St.
Williamsburg, VA 23188

**Chevron U.S.A. Inc. and
Texaco Inc.**
c/o Richard T. Hughes, Esq.
ChevronTexaco Law Department
1500 Louisiana St.
Room 36050 C
Houston, TX 77002

**Mallinckrodt Inc.** (f/k/a International Minerals
& Chemicals Corp.)
c/o Pat Duft
Vice President, Legal
675 McDonnell Blvd.
St. Louis, MO 63042

**Sunoco, Inc.** (R & M)
c/o William Morse
P.O. Box 1135
Marcus Hook, PA 19061

**Town of Coventry**
c/o Sheila Patnode
Town Engineer
1670 Flat River Road
Coventry, RI 02816-8911