# PARTIAL CONSENT DECREE - APPENDIX 'D'

List of Potentially Responsible Parties

## Appendix D

## POTENTIALLY RESPONSIBLE PARTIES (PRPs)

**A. Cardi Realty, Inc.**
c/o Anthony F. Muri, Esq.
Goldenberg & Muri, LLP
10 Weybosset Street
Providence, RI 02903-2808

**Anchor Glass Container Corp.** (d/b/a National Glass)
c/o Richard Deneen, President
581 Hartford Turnpike
Dayville, CT 06241

**Arkwright, Inc.**
c/o Gregory Benik, Esq.
Holland & Knight
1800 Hospital Trust Tower
Providence, RI 02903

**CNA Holdings, Inc.** (f/k/a Hoechst Chemical Corp. and American Hoechst Corp.)
c/o David Graham, Esq.
Kaufman & Canoles
4801 Courthouse St.
Williamsburg, VA 23188

**Chevron U.S.A. Inc. and Texaco Inc.**
c/o Richard T. Hughes, Esq.
ChevronTexaco Law Department
1500 Louisiana St.
Room 36050 C
Houston, TX 77002

**Ciba Specialty Chemicals Corporation** (d/b/a Ciba Geigy Corp.)
c/o Jean Warshaw Esq.
177 East 87th Street, Suite 201C
New York, NY 10128

**Commerce Park Realty, LLC**
Universal Properties
c/o Nicholas Cambio
207 Quaker Lane, 3rd Floor
West Warwick, RI 02893

**Concordia Yarns**
c/o Richard Sherman, Esq.
Edwards & Angel
2800 Financial Plaza
Providence, RI 02903

**Crystal Cleaners**
One Coventry Shoppers Park
Coventry RI 02816

**Efros Barrell, Inc.**
179 Wayland Avenue
2nd Floor
Providence, RI 02906

**Engineered Yarns, Inc.**
C/o Stuart H. Ganslon
1400 Turks Head Bldg.
Providence, RI 02903

**Frank Fr. Groton & Sons, Inc./Groton Funeral Home**

Alderwoods (Rhode Island) Inc., (d/b/a Frank R. Groton & Sons, Inc./Groton/Funeral Home)
2225 Sheppard Avenue E.
Toronto, Canada M2J 5B5

FRGS Holdings, Inc., (d/b/a Frank R. Groton & Sons, Inc./Groton Funeral Home)
2225 Sheppard Avenue E.
Atria N.III-11th Floor
Toronto, Canada M2J 5B5

The Loewen Group, Inc., (d/b/a Frank R. Groton & Sons, Inc./Groton Funeral Home)
1029-4710 Kingsway
Burnaby, British Columbia, Canada V5H 4M2

Frank R. Groton & Sons, Inc.
c/o Frederick G. Tobin, Esq.
808 Tiogue Avenue
Coventry, RI 02816

Groton Funeral Home
721 Washington Street
Coventry, RI 02816

**Garland Industries, Inc.**
c/o S. Paul Ryan, Esq.
670 Willett Ave.
East Providence, RI 02915

**Howard Realty, Inc.** (d/b/a Holiday Products, Inc)
c/o Roger S. Silverstein, President
9 Howard Street
Coventry, RI 02816

**John H. Collins & Son Co.**
Dunnell Lane
Pawtucket, RI 02860

**Mallinckrodt Inc.** (f/k/a International Minerals
& Chemicals Corp.)
c/o Pat Duft
Vice President, Legal
675 McDonnell Blvd.
St. Louis, MO 63042

**Northern Industries, Inc.**
429 Tiogue Avenue
Coventry, RI 02816

**Shell Oil Company**
c/o Thomas Kearns, Esq.
4822 One Shell Plaza
P.O. Box 2463
Houston, TX 77252-2463

**Soluol, Inc.**
c/o Richard Sherman, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

**The Stanley Works**
1000 Stanley Drive
P.O. Box 7000
New Britain, CT 06050

**Sunoco, Inc.** (R & M)
c/o William Morse
P.O. Box 1135
Marcus Hook, PA 19061

**Town of Coventry**
c/o Sheila Patnode
Town Engineer
1670 Flat River Road
Coventry, RI 02816-8911

**Uniroyal Holding, Inc.**
c/o Susan Shumway, Esq.
155 Post Road East, Suite 12
Westport, CT 06880

**Union Oil Company of California** (d/b/a Unocal),
for its former subsidiary American Mineral Spirits Co.
c/o Jill A. Tracy, Esq.
376 South Valencia Ave.
Brea, CA 92823

**Victor Electric Wire & Cable Corp.**

Coleman Cable Systems, Inc.
(d/b/a Victor Electric Wire & Cable Corp.)
c/o Gary Yetman, President
1586 S. Lakeshore Drive
Waukegan, IL 60085

E.B. Acquisitions
(f/k/a Victor Electric Wire & Cable Corp.)
444 Madison Avenue
New York, NY 10022

**Whittaker Corp.** (d/b/a Chemical Products Co.)
c/o Ashley Wilson, Esq.
Assistant General Counsel
Meggitt-USA/Whittaker Corp.
1955 North Surveyor Avenue
Simi Valley, CA 93063

#6065168 v1 - Coventry Appendix D to CD PRPs