**KAUFMAN & CANOLES**
| A Professional Corporation |
**Attorneys and Counselors at Law**

David B. Graham
757 / 259-3855
dbgraham@kaufcan.com

757 / 259-3800
*fax:* 757 / 259-3838

*Mailing Address:*
P.O. Box 6000
Williamsburg, VA 23188

4801 Courthouse Street
Suite 300
Williamsburg, VA 23188

October 26, 2005

Mr. Nicholas E. Cambio
Commerce Park Realty, LLC
Universal Properties
207 Quaker Lane, Third Floor
West Warwick, RI 02893

Re: Environmental Investigation of Coventry Landfill

Dear Mr. Cambio:

I am writing to you on behalf of the Coventry Landfill Group. This group is composed of the Town of Coventry; A Cardi Realty Co.; Inc. Arkwright, Inc.; CNA Holdings, Inc.; Chevron Environmental Management Co. (on behalf of Chevron U.S.A. Inc., Texaco, Inc. and the former Unocal); Ciba Specialty Chemicals Corp.; Garland Industries, Inc; Mallinckrodt Inc; Soluol, Inc.; Sunoco, Inc. (R&M); Uniroyal Holding, Inc. and Whittaker Corp.

As you are aware, in June, 2003, the Rhode Island Department of Environmental Management ("RIDEM") notified you, the thirteen members of the Coventry Landfill Group and a number of others with Letters of Responsibility that the State had found all so notified to be potentially liable for the environmental investigation and cleanup of the Coventry Landfill. Subsequently, the members of the Coventry Landfill Group executed a Partial Consent Decree with the State, State of Rhode Island v. Town of Coventry, et al., that was entered by the U.S. District Court of Rhode Island on October 13, 2005.

In accordance with the terms of the Consent Decree, the parties that elected to cooperate with the State in conducting an environmental investigation of the Coventry Landfill have engaged an engineering consultant, Woodard & Curran, and are ready to initiate the Remedial Investigation/Feasibility Study ("RI/FS") required by the Consent Decree.

The purpose of this letter is to request access from you as the owner and/or lessee of the property where wastes destined for disposal in the Coventry Landfill came to be located for both Woodard & Curran and RIDEM in order to perform the RI/FS. Attached is an Access Agreement for your review. The State has informed the Coventry Landfill Group that it expects the RI/FS to commence in the second week of November 2005. Therefore, we would appreciate your response as soon as possible since the environmental investigation cannot begin until you grant access to the property on which the work is to occur.



[redacted]

If you have any questions, please call Brian Wagner, the RIDEM attorney on this matter, at 401-222-6607 or me at 757-259-3855.

Sincerely,

David B. Graham, on behalf of
Coventry Landfill Group

DBG/jsc
cc: Brian Wagner

6081576

**ACCESS AGREEMENT**

This Access Agreement is made as of _______________ by and between Woodard & Curran ("W&C") and Mr. Nicholas E. Cambio, on behalf of Universal Properties Group, Inc., Commerce Park Realty, LLC and himself (the three entities are hereinafter referred to as "Owner").

WHEREAS, W&C is coordinating an investigation of environmental conditions in and around the Coventry Landfill site;

WHEREAS, this remedial investigation is being conducted in accordance with the terms of the attached Partial Consent Decree entered by the U.S. District Court of Rhode Island on October 13, 2005 in State of Rhode Island by and through the Rhode Island Department of Environmental Management vs. Town of Coventry, RI, et al., C.A. No. 05-346ML ("Consent Decree");

WHEREAS, as part of the investigation of site conditions, it may be necessary for W&C to conduct surveying activities, perform test pit and geoprobe investigations, install monitoring wells and collect environmental samples on the former Coventry Landfill and property of Owner immediately adjacent thereto on which landfill waste came to be located (hereinafter the "Property");

NOW THEREFORE, W&C and Owner hereby agree as follows:

1. Work to be Performed. The work to be performed (hereinafter the "Work") could include the installation of one or more groundwater and soil gas monitoring wells on the Property; activities associated with this construction, including surveying and layout for the installation of the well(s); the collection of soil, air, soil gas, surface water and/or sediment samples and analysis of the same as set forth in the Work Plan appended to the Consent Decree; the subsequent monitoring of the new well(s); performing test pit excavations and geoprobe investigations; conducting topographic and property line survey; and temporary storage of equipment and supplies on the former Coventry Landfill portion of the Property.

2. Data and Reports. All data and reports that are generated from the remedial investigation conducted on the Property that are submitted to the State will be provided to Owner.

3. Access by W&C. Owner hereby grants access to W&C, its authorized agents and employees, and other authorized contractors to enter upon the Property for the purpose of conducting the Work.

4. Access by the State. Owner hereby grants access to officers, employees, contractors, agents, and other authorized representatives of the State to enter upon the Property for the purpose of monitoring the Work, verifying any data or information obtained by W&C, its authorized agents or employees, or other authorized contractors, obtaining samples, assessing the

need for and conducting additional response actions on the Property, and assessing compliance with the Consent Decree.

5. Mutual Cooperation. All entrances by officers, employees, contractors, agents, and other authorized representative of the State, and by W&C, its authorized agents and employees, and other authorized contractors upon the Property shall occur in a reasonable time and manner to minimize any inconvenience to or interruption of the normal use and enjoyment of the Property. Owner agrees to cooperate with W&C and other authorized contractors in the scheduling and performance of the activities.

6. Compliance with Applicable Requirements. W&C, its authorized agents and employees, and other authorized contractors shall comply with all applicable federal, state, or local laws, regulations, and standards in conducting the Work and in managing and disposing of any waste materials generated by W&C in the conduct of the Remedial Investigation/Feasibility Study ("RI/FS") at the Property.

7. Completion of Work. Upon completion of the Work, W&C or other authorized contractors shall ensure that any areas of the Property that are affected by the Work are restored to the condition in which they were found prior to the initiation of said Work.

8. Indemnity. W&C agrees to defend, indemnify, and hold harmless Owner from any claims, losses, lawsuits, damages, costs, and expenses arising from any negligent acts or omissions of W&C, its authorized agents, subcontractors or employees in the performance of the Work.

9. Termination. This Agreement shall expire at the completion and approval of the RI/FS by the State.

IN WITNESS WHEREOF, W&C and Owner have executed this Agreement on the dates set forth below.

| WOODARD & CURRAN | OWNER |
|---|---|
| By ______________________ | By ______________________ |
| Project Coordinator | Nicholas E. Cambio |
| Date: ______________________ | Date: ______________________ |

608190703