# UNITED STATES DISTRICT COURT

FOR THE

# DISTRICT OF RHODE ISLAND

FILED
FEB 15 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND, ET AL. Plaintiffs v. TOWN OF COVENTRY, R.I. et al. Defendants | C.A. No. 05-346ML **Motion to Amend Complaint** |

The State of Rhode Island ("State"), by and through the authority of the Department of Environmental Management ("RIDEM"), hereby moves the Court for permission to amend the Complaint in the above-captioned matter to add two (2) new defendants: Commerce Park Associates 9, LLC and Commerce Park Realty, LLC. A copy of the State's proposed First Amended Complaint is appended hereto as an exhibit. In support of this Motion, Plaintiff relies on the Memorandum of Law filed herewith.

Granted.
Mary M. Lisi
USDJ 3/3/06

STATE OF RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
By its attorney,

BRIAN A. WAGNER (No. 4033)
235 Promenade Street
Providence, Rhode Island 02908
Tel. (401) 222-6607
Fax (401) 222-3378

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2006, a copy of the within Motion to Amend Complaint was served on the following parties:

Anthony F. Muri, Esq.
Goldenberg & Muri, LLP
10 Weybosset Street
Providence, RI 02903-2808

Gregory Benik, Esq.
Holland & Knight
1800 Hospital Trust Tower
Providence, RI 02903

David Graham, Esq.
Kaufman & Canoles
4801 Courthouse St.
Williamsburg, VA 23188

Jean Warshaw Esq.
177 East 87th Street
Suite 201C
New York, NY 10128

Richard Sherman, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Pat Duft
Vice President, Legal
675 McDonnell Blvd.
St. Louis, MO 63042

Patrick J. Sullivan, Esq.
505 Tiogue Avenue
Coventry, RI 02816

Susan Shumway, Esq.
155 Post Road East, Suite 12
Westport, CT 06880

Jill A. Tracy, Esq.
376 South Valencia Ave.
Brea, CA 92823

Thomas J. Haines
Sunoco, Inc (R&M)
Law Department
1735 Market St., Suite LL
Philadelphia, PA 19103

Eric G. Lardiere
Vice President, Secretary & General Counsel
Whittaker Corporation
1955 North Surveyor Avenue
Simi Valley, CA 93063

Richard T. Hughes, Esq.
ChevronTexaco
Law Department
1500 Louisiana St.
Room 36050 C
Houston, TX 77002

S. Paul Ryan, Esq.
670 Willett Ave.
East Providence, RI 02915

By regular mail, postage pre-paid.

Irene Lennox