**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STATE OF RHODE ISLAND**, by and through the **RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT,**<br><br>Plaintiff,<br><br>vs.<br><br>**TOWN OF COVENTRY, RHODE ISLAND, et al.**<br><br>Defendants, | ) | **C.A. No. 05-346ML** |

**NOTICE OF APPEARANCE**

Defendants, Town of Coventry, Arkwright, Inc., Chevron U.S.A., Inc., Ciba Specialty Chemicals, Inc., CNA Holdings, Inc., Garland Industries, Inc., Mallinckrodt, Inc., Soluol, Inc., Sunoco, Inc., Texaco Inc., Union Oil of California, Uniroyal Holdings, Inc., Whittaker Corp., by counsel, file this Notice of Appearance notifying the Court that Patrick J. Sullivan of the Law Offices of Patrick J. Sullivan, Esq., LLC will serve as local counsel for the Defendants in this matter.

TOWN OF COVENTRY
ARKWRIGHT, INC.
CHEVRON U.S.A., INC.
CIBA SPECIALTY CHEMICALS, INC.
CNA HOLDINGS, INC.
GARLAND INDUSTRIES, INC.
MALLINCKRODT, INC.
SOLUOL, INC.
SUNOCO, INC.
TEXACO, INC.
UNION OIL OF CALIFORNIA
UNIROYAL HOLDINGS, INC.
WHITTAKER CORP.

By ______________________
Patrick J. Sullivan RI Bar ID #5383

Law Offices of Patrick J. Sullivan, Esq.
505 Tiogue Ave., Suite B
Coventry, RI 02816
401-823-7991
401-823-4040 (fax)

6091512\1