# UNITED STATES DISTRICT COURT
FOR THE
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **STATE OF RHODE ISLAND, ET AL.** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **v.** | ) | **C.A. No. 05-346ML** |
| | ) | |
| **TOWN OF COVENTRY, R.I. et al.** | ) | |
| | ) | |
| **Defendants** | ) | |

## CERTIFICATION OF SERVICE OF FIRST AMENDED COMPLAINT

I hereby certify that a copy of the First Amended Complaint was duly served on and accepted by Attorney Stephen H. Burke of Ratcliffe Burke Harten & Elias, LLP on behalf of his clients Commerce Park Realty, LLC and Commerce Park Associates 9, LLC effective March 15, 2006. A copy of a letter countersigned by Attorney Burke confirming his acceptance of service is attached hereto as an exhibit.

STATE OF RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
By its attorney,

BRIAN A. WAGNER (No. 4033)
235 Promenade Street
Providence, Rhode Island 02908
Tel. (401) 222-6607
Fax (401) 222-3378

***R.I. v. Town of Coventry et al., C.A. No. 05-346ML***
***Motion for Injunctive Relief***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of April, 2006, a copy of the within Certification was served on the following parties:

Anthony F. Muri, Esq.
Goldenberg & Muri, LLP
10 Weybosset Street
Providence, RI 02903-2808

Gregory Benik, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

David Graham, Esq.
Kaufman & Canoles
4801 Courthouse St.
Williamsburg, VA 23188

Jean Warshaw Esq.
177 East 87th Street
Suite 201C
New York, NY 10128

Richard Sherman, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Pat Duft
Vice President, Legal
675 McDonnell Blvd.
St. Louis, MO 63042

Patrick J. Sullivan, Esq.
505 Tiogue Avenue
Coventry, RI 02816

Susan Shumway, Esq.
155 Post Road East, Suite 12
Westport, CT 06880

S. Paul Ryan, Esq.
670 Willett Ave.
East Providence, RI 02915

Thomas J. Haines
Sunoco, Inc (R&M)
Law Department
1735 Market St., Suite LL
Philadelphia, PA 19103

Eric G. Lardiere
Vice President, Secretary &
General Counsel
Whittaker Corporation
1955 North Surveyor Avenue
Simi Valley, CA 93063

Richard T. Hughes, Esq.
Chevron USA, Inc.
Law Department
1500 Louisiana St.
Room 36050 C
Houston, TX 77002

Stephen H. Burke, Esq.
Ratcliffe Burke Harten &
Elias LLP
1600 Financial Plaza
Providence, RI 02903

By regular mail, postage pre-paid.

Kathleen A. Zaroogian

RECEIVED MAR 1 4 2006

RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
235 Promenade Street, Providence, RI 02908-5767 TDD 401-222-4462

OFFICE OF LEGAL SERVICES
*Brian A. Wagner, Deputy Chief Legal Counsel*
**Tel.** (401) 222-6607
**Fax** (401) 222-3378
*brian.wagner@dem.ri.gov*

March 13, 2006

Attorney Stephen H. Burke
Ratcliffe, Burke Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903

Re: State of Rhode Island, et al.
Vs: Town of Coventry, R.I., et al.
C. A. No. 05-346ML

Dear Stephen:

This letter will serve to memorialize our agreement that you would accept service of the Amended Complaint on behalf of your client in the above-entitled matter.

Would you kindly sign below to indicate that you have received a copy of the Amended Complaint on behalf of your client.

I have enclosed a self-addressed, stamped envelope for your use in returning the original signed letter to me.

Thank you for your anticipated cooperation and courtesy in this regard.

Sincerely,

Brian A. Wagner

BRIAN A. WAGNER
BAW:il

Stephen H. Burke, Esquire
March 15 2006

30% post-consumer fiber