UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND,
DEPARTMENT OF ENVIRONMENTAL
MANAGEMENT

vs. C.A. NO. 05-346ML

TOWN OF COVENTRY, et al

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
U.S. District Judge
April 21, 2006

Entered as an Order of this Court on April 21, 2006.

Barbara Barletta
Deputy Clerk