**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**STATE OF RHODE ISLAND**, by and through the **RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT**,
Plaintiff(s)

vs. C.A. No. 05-346ML

**TOWN OF COVENTRY, RHODE ISLAND, et al.,**
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant Town of Coventry hereby moves that David B. Graham be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Patrick Sullivan, Esq.
(Plaintiff/Defendant)
By: Town of Coventry, RI
Bar ID No.: 5383
Address: 505 Tiogue Avenue
Coventry, RI 02816

DATED: ____________________

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Virginia and of the following Federal District Court and/or Court of Appeals Bar(s): U.S. District Court for the District of Columbia and U.S. Court of Appeals, District of Columbia Circuit, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided). I was admitted *pro hac vice* in the above noted case by Judge Lisi on September 26, 2005, on behalf of CNA Holdings, Inc. and Soluol, Inc., two of the settling defendants in this case. I have been serving as the chief spokesperson over the last year to the State with respect to the Partial Consent Decree, entered by the U.S. District Court in this case, for all the settling defendants that compose the Coventry Landfill Group. The settling defendants are as follows: A. Cardi Realty, Inc., Arkwright, Inc., Chevron U.S.A., Inc., Ciba Specialty Chemicals, Inc., CNA Holdings, Inc., Garland Industries, Inc., Mallinckrodt, Inc., Soluol, Inc., Sunoco, Inc., Texaco Inc., Union Oil of California, Uniroyal Holdings, Inc., Whittaker Corp., and the Town of Coventry. With the exception of A. Cardi Realty, Inc. (which Anthony Muri represents), and CNA Holdings, Inc., and Soluol, Inc., for which I already serve as *pro hac vice* counsel, all of the above noted settling defendants are currently unrepresented by counsel before this court in the above noted action and have asked me to serve as common counsel.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

David B. Graham

Signature of *Pro Hac Vice* Applicant

David B. Graham
VA Bar ID# 65144
KAUFMAN & CANOLES, PC
4801 Courthouse Street, Suite 300
Williamsburg, VA 23188
Telephone: 757/259-3855
Fax: 757/259-3838

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Patrick J. Sullivan
R.I. Bar ID # 5383
Law Offices of Patrick J. Sullivan, Esq., LLC
505 Tiogue Avenue
Coventry, RI 02816
Telephone: 401/823-7991
Fax: 401/823-4040

**ORDER**

This motion is hereby Granted

Ernest C Torres

District Judge

Date: 4/25/06

6090562\1