UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STATE OF RHODE ISLAND, by and through The Rhode Island Department of Environmental Management<br>Plaintiff | : | |
| v. | : | C.A. No.: 05-346 ML |
| TOWN OF COVENTRY, RHODE ISLAND, et al.<br>Defendant | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF HOLLAND & KNIGHT, LLP**

Please take notice that counsel of record for Arkwright, Inc., Gregory L. Benik is now with the firm of Nixon Peabody LLP, and his prior firm, Holland & Knight, LLP, is no longer counsel in this matter.

Harold W. Potter, Jr. (BBO #404240)
For Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
Phone: (617) 523-2700
Fax: (617) 523-6850

Dated: May 4, 2006

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within was sent via first class mail, postage prepaid, to:

| **Counsel For The State of Rhode Island, Department of Environmental Management** | **Counsel for the Performing Settling Defendants (Arkwright, Inc., CAN Holdings, Inc., Chevron U.S.A. Inc., Mallinckrodt Inc., Sunoco, Inc. and Town of Coventry) and as counsel for Soluol, Inc.** |
|---|---|
| Brian A. Wagner, Esq.<br>235 Promenade Street<br>Providence, RI 02908 | David B. Graham, Esq.<br>Kaufman & Canoles, PC<br>4801 Courthouse Street, suite 300<br>P.O. Box 6000<br>Williamsburg, VA 23188 |

| | |
|---|---|
| **Counsel for A. Cardi Realty Co., Inc.**<br>Anthony F. Muri, Esq.<br>Goldenberg & Muri LLP<br>10 Weybosset Street<br>Providence, RI 02903 | **Counsel for Ciba Specialty Chemicals Corp.**<br>Jean Warshaw, Esq.<br>177 East 87th Street, Suite 201 C<br>New York, NY 10128 |
| **Counsel for Mallinckrodt, Inc.**<br>Patricia H. Duft, Esq.<br>Vice President<br>675 McDonnell Blvd.<br>St. Louis, MO 63042 | **Counsel for Uniroyal Holding, Inc.**<br>Susan H. Shumway, Esq.<br>155 Post Road East<br>Westport, CT 06880 |
| **Counsel for Sunoco, Inc.**<br>Thomas J. Haines, Esq.<br>Sunoco, Inc. (R&M)<br>Law Department<br>1735 Market St., Suite LL<br>Philadelphia, PA 19103 | **Counsel for Chevron USA Inc.**<br>Richard T. Hughes, Esq.<br>Chevron USA<br>Law Department<br>1500 Louisiana St.<br>36th Floor<br>Houston, TX 77002 |
| **Counsel for Soluol, Inc.**<br>Richard A. Sherman, Esq.<br>Edwards, Angell, Palmer & Dodge, LLP<br>2800 Financial Plaza<br>Providence, RI 02903 | **Counsel for Town of Coventry**<br>Patrick J. Sullivan, Esq.<br>505 Tiogue Avenue<br>Coventry, RI 02816 |
| **Counsel for Whittaker Corp.**<br>Eric G. Lardiere, Esq.<br>Vice President, Secretary, and General Counsel<br>Whittaker Corporation<br>1955 North Surveyor Avenue<br>Simi Valley, CA 93063 | **Counsel for Garland Industries, Inc.**<br>S. Paul. Ryan, Esq.<br>670 Willett Avenue<br>East Providence, RI 02915 |
| **Counsel for Unocal**<br>Elaine M. Perry, Esq.<br>14141 Southwest Freeway<br>Sugar Land, TX 77478 | **Counsel for Arkwright, Inc.**<br>Gregory L. Benik, Esq.<br>Nixon Peabody LLP<br>One Citizens Plaza, Suite 500<br>Providence, RI 02903 |

on this 4th day of May, 2006.

[signature]

Bonnie J. Dooley

# 3754132_v1

| DISTRIBUTION LIST | |
|---|---|
| **Counsel For The State of Rhode Island, Department of Environmental Management**<br>Brian A. Wagner, Esq.<br>235 Promenade Street<br>Providence, RI 02908 | **Counsel for the Performing Settling Defendants (Arkwright, Inc., CAN Holdings, Inc., Chevron U.S.A. Inc., Mallinckrodt Inc., Sunoco, Inc. and Town of Coventry) and as counsel for Soluol, Inc.**<br>David B. Graham, Esq.<br>Kaufman & Canoles, PC<br>4801 Courthouse Street, suite 300<br>P.O. Box 6000<br>Williamsburg, VA 23188 |
| **Counsel for A. Cardi Realty Co., Inc.**<br>Anthony F. Muri, Esq.<br>Goldenberg & Muri LLP<br>10 Weybosset Street<br>Providence, RI 02903 | **Counsel for Ciba Specialty Chemicals Corp.**<br>Jean Warshaw, Esq.<br>177 East 87th Street, Suite 201 C<br>New York, NY 10128 |
| **Counsel for Mallinckrodt, Inc.**<br>Patricia H. Duft, Esq.<br>Vice President<br>675 McDonnell Blvd.<br>St. Louis, MO 63042 | **Counsel for Uniroyal Holding, Inc.**<br>Susan H. Shumway, Esq.<br>155 Post Road East<br>Westport, CT 06880 |
| **Counsel for Sunoco, Inc.**<br>Thomas J. Haines, Esq.<br>Sunoco, Inc. (R&M)<br>Law Department<br>1735 Market St., Suite LL<br>Philadelphia, PA 19103 | **Counsel for Chevron USA Inc.**<br>Richard T. Hughes, Esq.<br>Chevron USA<br>Law Department<br>1500 Louisiana St.<br>36th Floor<br>Houston, TX 77002 |
| **Counsel for Soluol, Inc.**<br>Richard A. Sherman, Esq.<br>Edwards, Angell, Palmer & Dodge, LLP<br>2800 Financial Plaza<br>Providence, RI 02903 | **Counsel for Town of Coventry**<br>Patrick J. Sullivan, Esq.<br>505 Tiogue Avenue<br>Coventry, RI 02816 |
| **Counsel for Whittaker Corp.**<br>Eric G. Lardiere, Esq.<br>Vice President, Secretary, and General Counsel<br>Whittaker Corporation<br>1955 North Surveyor Avenue<br>Simi Valley, CA 93063 | **Counsel for Garland Industries, Inc.**<br>S. Paul. Ryan, Esq.<br>670 Willett Avenue<br>East Providence, RI 02915 |
| **Counsel for Unocal**<br>Elaine M. Perry, Esq.<br>14141 Southwest Freeway<br>Sugar Land, TX 77478 | **Counsel for Arkwright, Inc.**<br>Gregory L. Benik, Esq.<br>Nixon Peabody LLP<br>One Citizens Plaza, Suite 500<br>Providence, RI 02903 |