**UNITES STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF RHODE ISLAND, by and through the RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF COVENTRY, RHODE ISLAND, A. CARDI REALTY CO., INC., ARKWRIGHT, INC. CNA HOLDINGS., f/k/a Hoechst Chemical Corp. and American Hoechst Corp., CHEVRON U.S.A., INC., CIBA SPECIALTY CHEMICALS CORPORATION, GARLAND INDUSTRIES, INC., MALLINCKRODT, Inc., f/k/a International Minerals & Chemicals Corp., SOLUOL, INC., SUNOCO, INC., TEXACO, INC., UNIROYAL HOLDING, INC., UNION OIL COMPANY OF CALIFORNIA (d/b/a Unocal), for its former subsidiary American Mineral Spirits Co., WHITTAKER CORPORATION, COMMERCE PARK REALTY, LLC, and COMMERCE PARK ASSOCIATES 9, LLC,<br><br>Defendants. | C.A. 05-346T-LDA |

**ENTRY OF APPEARANCE**

Mark O. Denehy and Geoffrey W. Millsom, hereby enter their appearances on behalf of the Defendant, Town of Coventry, in the above-captioned matter.

Dated: Providence, Rhode Island
May 24, 2006

TOWN OF COVENTRY, RHODE ISLAND
By its Attorneys

Mark O. Denehy, Esq. (#3492)
Geoffrey W. Millsom, Esq. (#6483)
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604 or 351-4607

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May 2006, I caused a true copy of the within document to be served on the following individuals by regular mail, postage prepaid:

Stephen H. Burke, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Brian A. Wagner, Esq.
Deputy Chief Counsel
R.I. Department of Environmental Management
235 Promenade Street
Providence, RI 02903

Anthony F. Muri, Esq.
Goldenberg & Muri, LLP
10 Weybosset Street
Providence, RI 02903

Jean Warshaw, Esq.
177 87th Street
Suite 201 C
New York, NY 10128

Patrick J. Sullivan, Esq.
505 Tiogue Avenue
Coventry, RI 02816

Thomas J. Jaines
Sunoco, Inc. (R&M)
Law Department
1735 Market Street, Suite LL
Philadelphia, PA 19103

Gregory Benik, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Richard Sherman, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Susan Shumway, Esq.
155 Post Road East, Suite 12
Westport, CT 06880

Eric G. Lardiere
Vice President, Secretary
& General Counsel
Whittaker Corporation
1955 North Surveyor Avenue
Simi Valley, CA 93063

David B. Graham, Esq.
Kaufman & Canoles
4801 Courthouse Street, Ste. 300
Williamsburg, VA 23188