UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND, by and through
the Rhode Island Department of Environmental
Management

v. C.A. No. 05-346-T

TOWN OF COVENTRY, RHODE ISLAND, et al.

DISCLOSURE STATEMENT OF A. CARDI REALTY CO., INC.,
PURSUANT TO RULE 7.1

In accordance with the requirements of Rule 7.1, Federal Rules of Civil Procedure, A. Cardi Realty Co., Inc., a nongovernmental corporation, states that it has no corporate shareholders.

A. Cardi Realty Co., Inc.
By its attorneys,

Date: 5/26/06

Anthony F. Muri (No. 539)
GOLDENBERG & MURI LLP
10 Weybosset Street
Providence, RI 02903
401-421-7300 - Voice
401-421-7352 - Fax
afm@goldenberg-muri.com - E-mail

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2006, a true copy of the within Disclosure Statement was sent by first class mail, postage prepaid, to:

Stephen H. Burke, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Mark O. Denehy, Esq.
Geoffrey W. Millsom, Esq
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

David B. Graham, Esq.
Kaufman & Canoles, PC
4801 Courthouse Street, Suite 300
P.O. Box 6000
Williamsburg, Virginia 23188

Patrick J. Sullivan, Esq.
505 Tiogue Avenue
Coventry, RI 02816

Brian A. Wagner, Esq.
Deputy Chief Legal Counsel
RIDEM – Office of Legal Services
235 Promenade Street, 4th Floor
Providence, RI 02908-5767

Fatima F. Do Vale

Fatima F. Do Vale