**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STATE OF RHODE ISLAND, ET AL.** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | **Civil Action No. 05-346ML** |
| | ) | |
| **TOWN OF COVENTRY, RHODE ISLAND, et al.** | ) | |
| | ) | |
| | ) | |
| Defendants, | ) | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**
**PURSUANT TO FED. R. CIV. P. 7.1**

NOW COME defendants ARKWRIGHT, INC.; CHEVRON U.S.A. INC.; CIBA SPECIALTY CHEMICALS CORPORATION; CNA HOLDINGS, INC.; GARLAND INDUSTRIES, INC.; MALLINCKRODT, INC.; SOLUOL, INC.; SUNOCO, INC.; TEXACO INC.; UNION OIL COMPANY OF CALIFORNIA; UNIROYAL HOLDINGS, INC.; WHITTAKER CORPORATION (collectively, the "Settling Defendants"), by common counsel, and pursuant to Federal Rule of Civil Procedure 7.1 states the following for each of the Settling Defendants:

1. Arkwright, Inc.

 a. Arkwright, Inc. is wholly owned by Oce N V, and

 b. Oce N V is a publicly held company.

2. Chevron U.S.A. Inc.

 a. Chevron U.S.A. Inc. is wholly owned by Chevron U.S.A. Holdings Inc., which is wholly owned by Texaco Inc., which is wholly owned by Chevron Asiatic Limited,

which is wholly owned by Chevron Investments Inc., which is wholly owned by Chevron Corporation, and

b. Chevron Corporation is a publicly held corporation.

3. Ciba Specialty Chemicals Corporation

a. Ciba Specialty Chemicals Holding Inc. indirectly owns 100% of the shares of Ciba Specialty Chemicals Corporation, and

b. Ciba Specialty Chemicals Holding Inc. is a publicly held corporation.

4. CNA Holdings, Inc.

a. CNA Holdings, Inc. is wholly owned by Celanese Americas Corp., which is wholly owned by BCP Crystal US Holdings, which is wholly owned by Celanese Holdings LLC, which is wholly owned by Crystal US Holdings 3 LLC, which is wholly owned by Celanese Corporation, and

b. Celanese Corporation is a publicly held corporation.

5. Garland Industries, Inc.

a. there is no parent corporation, and

b. there is no publicly held corporation that owns 10% or more of its stock.

6. Mallinckrodt, Inc.

a. there is no parent corporation, and

b. there is no publicly held corporation that owns 10% or more of its stock

7. Soluol, Inc.

a. there is no parent corporation, and

b. there is no publicly held corporation that owns 10% or more of its stock.

8. Sunoco, Inc.

a. there is no parent corporation, and

b. there is no publicly held corporation that owns 10% or more of its stock.

9. Texaco Inc.

a. Texaco Inc. is wholly owned by Chevron Asiatic Limited, which is wholly owned by Chevron Investments Inc., which is wholly owned by Chevron Corporation, and

b. Chevron Corporation is a publicly held corporation.

10. Union Oil Company of California

a. Union Oil Company of California is wholly owned by Unocal Corporation, which is wholly owned by Chevron Corporation, and

b. Chevron Corporation is a publicly held corporation.

11. Uniroyal Holdings, Inc.

a. there is no parent corporation, and

b. there is no publicly held corporation that owns 10% or more of its stock.

12. Whittaker Corporation

a. Whittaker Corporation is wholly owned by Meggitt America, Inc., and

b. Whittaker is an indirect, wholly-owned subsidiary of Meggitt PLC, a UK public company.

The Settling Defendants shall supplement this information as may be necessary under Rule 7.1, or as required by this Court.

Respectfully submitted,

ARKWRIGHT, INC.; CHEVRON U.S.A. INC.;
CIBA SPECIALTY CHEMICALS CORPORATION; CNA HOLDINGS, INC.;
GARLAND INDUSTRIES, INC.; MALLINCKRODT, INC.;
SOLUOL, INC.; SUNOCO, INC.; TEXACO INC.
UNION OIL COMPANY OF CALIFORNIA; UNIROYAL HOLDINGS, INC.; and
WHITTAKER CORPORATION.
By their attorneys,

David B. Graham

David B. Graham, Esq.
Kaufman & Canoles, PC
4801 Courthouse Street, Suite 300
P.O. Box 6000
Williamsburg, Virginia 23188
Telephone: (757) 259-3855
Facsimile: (757) 259-3838
*Common Counsel*

Gregory L. Benik, Esq. R.I. Bar No. 1515
Nixon Peabody, LLP
One Citizens Plaza
Providence, Rhode Island 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
*Local Counsel*

6095582\1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of June, I caused a true copy of the within document to be served on the following individuals by regular mail, postage prepaid:

| | |
|---|---|
| Stephen H. Burke, Esq.<br>Ratcliffe, Burke, Harten & Elias, LLP<br>1600 Financial Plaza<br>Providence, RI 02903 | David B. Graham, Esq.<br>Kaufman & Canoles<br>4801 Courthouse Street, Suite 300<br>Williamsburg, VA 23188 |
| Anthony F. Muri, Esq.<br>Goldenberg & Muri, LLP<br>10 Weybosset Street<br>Providence, RI 02903 | Jean Warshaw, Esq.<br>177 87th Street<br>Suite 201 C<br>New York, NY 10128 |
| Patrick J. Sullivan, Esq.<br>505 Tiogue Avenue<br>Coventry, RI 02816 | Susan Shumway, Esq.<br>155 Post Road East, Suite 12<br>Westport, CT 06880 |
| Mark O. Denehy, Esq.<br>Geoffrey W. Millsom, Esq.<br>Adler Pollock & Sheehan P.C.<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903 | Richard Sherman, Esq.<br>Edwards Angell Palmer & Dodge, LLP<br>2800 Financial Plaza<br>Providence, RI 02903 |
| Thomas J. Jaines, Esq.<br>Sunoco, Inc. (R&M)<br>Law Department<br>1735 Market Street, Suite LL<br>Philadelphia, PA 19103 | Eric G. Lardiere, Esq.<br>Vice President, Secretary & General Counsel<br>Whittaker Corporation<br>1955 North Surveyor Avenue<br>Simi Valley, CA 93063 |
| Brian A. Wagner, Esq.<br>Deputy Chief Counsel<br>R.I. Dept. of Environmental Mgmt.<br>235 Promenade Street<br>Providence, RI 02908-5767 | |

/s/ Michele Biagetti