UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND, by and through
the Rhode Island Department of Environmental
Management

v. C.A. No. 05-346-T

TOWN OF COVENTRY, RHODE ISLAND, et al.

A. CARDI REALTY CO., INC.'S MOTION TO DISMISS COUNT V
OF THE COMMERCE PARK DEFENDANTS' CROSS-CLAIM

Pursuant to Federal Rule of Civil Procedure 12(b)(6), A. Cardi Realty Co., Inc. moves to dismiss Count V ("Common Law Contribution") of the Commerce Park defendants' cross-claim for failure to state a claim upon which relief can be granted. This Motion is supported by a Memorandum of Law filed and served herewith.

A. Cardi Realty Co., Inc.
By its attorneys,

6/1/06

Anthony F. Muri (No. 539)
GOLDENBERG & MURI LLP
10 Weybosset Street
Providence, RI 02903
401-421-7300 - Voice
401-421-7352 - Facsimile
afm@goldenberg-muri.com - E-mail

Statement Pursuant to Local Rule Cv 7(e)

A. Cardi Realty Co., Inc. requests neither an evidentiary hearing nor oral argument in connection with this motion.

Anthony F. Muri

Certificate of Service

I hereby certify that on the 7th day of June, 2006, a true copy of the within Motion to Dismiss was forwarded by first class mail, postage prepaid, to each of the following:

Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

Mark O. Denehy, Esq.
Geoffrey W. Millsom, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Patrick J. Sullivan, Esq.
505 Tiogue Avenue
Coventry, RI 02816

Stephen H. Burke, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

David B. Graham, Esq.
Kaufman & Canoles, PC
4801 Courthouse Street, Suite 300
P.O. Box 6000
Williamsburg, Virginia 23188

Brian A. Wagner, Esq.
Deputy Chief Legal Counsel
RIDEM – Office of Legal Services
235 Promenade Street, 4th Floor
Providence, RI 02908-5767

Fatima F. Do Vale

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND, by and through
the Rhode Island Department of Environmental
Management

v. C.A. No. 05-346-T

TOWN OF COVENTRY, RHODE ISLAND, et al.

MEMORANDUM OF LAW IN SUPPORT OF
A. CARDI REALTY CO., INC.'S MOTION TO DISMISS COUNT V
OF THE COMMERCE PARK DEFENDANTS' CROSS-CLAIM

In its response to Count V of the Commerce Park defendants' cross-claim, A. Cardi Realty Co., Inc. ("Cardi") set forth the following defense:

> Claims for common law contribution are preempted by CERCLA's "elaborate settlement scheme aimed at the efficient resolution of environmental disputes." In re Reading Co., 115 F.3d 1111, 1117 (3d Cir. 1997).

Answer of A. Cardi Realty Co., Inc. to Cross-Claim of Commerce Park Defendants, May 26, 2006, at 5.

On this basis, Cardi now joins in the Motion to Dismiss ("Motion") filed by certain of its co-defendants, and incorporates by this reference their Memorandum of Points and Authorities ("Memorandum"), with one caveat: Cardi does not adopt the statement on page two of the Memorandum that "one or more properties adjacent to the Landfill . . . contain waste from the former Landfill operation." While this assertion ultimately may prove to be accurate, Cardi believes that the available data do not lend it reliable support.

In all other respects, Cardi joins in the Motion and Memorandum filed with this Court on June 6, 2006, and urges the Court to dismiss Count V of the Commerce Park defendants' cross-claim for failure to state a claim upon which relief can be granted.

A. Cardi Realty Co., Inc.
By its attorneys,

6/7/06

Anthony F. Muri

Anthony F. Muri (No. 539)
GOLDENBERG & MURI LLP
10 Weybosset Street
Providence, RI 02903
401-421-7300 - Voice
401-421-7352 - Facsimile
afm@goldenberg-muri.com - E-mail

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2006, a true copy of the within Memorandum of Law was sent by first class mail, postage prepaid, to:

Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

Mark O. Denehy, Esq.
Geoffrey W. Millsom, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Patrick J. Sullivan, Esq.
505 Tiogue Avenue
Coventry, RI 02816

Stephen H. Burke, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

David B. Graham, Esq.
Kaufman & Canoles, PC
4801 Courthouse Street, Suite 300
P.O. Box 6000
Williamsburg, Virginia 23188

Brian A. Wagner, Esq.
Deputy Chief Legal Counsel
RIDEM – Office of Legal Services
235 Promenade Street, 4th Floor
Providence, RI 02908-5767

Fatima F. Do Vale

Fatima F. Do Vale

FILED