# UNITED STATES DISTRICT COURT

FOR THE

# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **STATE OF RHODE ISLAND, ET AL.** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **v.** | ) | **C.A. No. 05-346ML** |
| | ) | |
| **TOWN OF COVENTRY, R.I. et al.** | ) | **Stipulation Withdrawing Plaintiff's Motion for Access** |
| | ) | |
| **Defendants** | ) | |

Now here come the parties to the above-captioned matter and state that as of Monday, June 26, 2006, they have reached an agreement for access to the property owned and leased by Defendants Commerce Park Realty, LLC, Commerce Park Associates 9, LLC and/or Commerce Park Associates 4, LLC for the purpose of performing the Remedial Investigation/Feasibility Study. In light of this agreement and with the Court's permission, the parties agree that Plaintiff's "*Motion for Injunctive Relief Authorizing Access to Property to Perform RI/FS*" may be withdrawn without prejudice.

**STATE OF RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT**
By its attorney,

Brian A. Wagner (#4033)
RIDEM – Office of Legal Services
235 Promenade Street
Providence, Rhode Island 02908
Tel: 222-6607
Fax: 222-3378

**TOWN OF COVENTRY**
By its attorney

Geoffrey W. Millsom /emd
Geoffrey W. Millsom (#6483)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: 274-7200
Fax: 751-0604

ENTER:

Ernest C. Torres, Chief Judge

Date: June 28 2006

**A. CARDI REALTY CO. INC.**
By its attorney,

Anthony F. Muri, Esq. (No. 6539)
GOLDENBERG & MURI LLP
10 Weybosset Street
Providence, RI 02903-2808
Tel: 421-7300
Fax: 421-7352

**COMMERCE PARK REALTY, LLC, and COMMERCE PARK ASSOCIATES 9, LLC**
By their attorney,

Stephen H. Burke, Esq.
RATCLIFFE, BURKE HARTEN & ELIAS LLP
1600 Financial Plaza
Providence, RI 02903
Tel: 331-3400
Fax: 331-3440

**ARKWRIGHT, INC., CNA HOLDINGS, INC., CHEVRON U.S.A. INC., CIBA SPECIALTY CHEMICALS CORPORATION, GARLAND INDUSTRIES, INC., MALLINCKRODT INC., SOLUOL, INC., SUNOCO, INC., UNIROYAL HOLDING, INC., UNION OIL COMPANY OF CALIFORNIA, and WHITTAKER CORPORATION**
By their attorney,

David Graham, Esq
Kaufman & Canoles
4801 Courthouse St.
Williamsburg, VA 23188
Tel: (757) 259-3855
Fax: (757) 259-3838

***R.I. v. Town of Coventry et al., C.A. No. 05-346ML***
***Stipulation Dismissing Motion for Access***

**A. CARDI REALTY CO. INC.**
By its attorney,

________________________
Anthony F. Muri, Esq.
GOLDENBERG & MURI LLP
10 Weybosset Street
Providence, RI 02903-2808
Tel: 421-7300
Fax: 421-7352

**COMMERCE PARK REALTY, LLC, and**
**COMMERCE PARK ASSOCIATES 9, LLC**
By their attorney,

Stephen H. Burke, Esq.
RATCLIFFE, BURKE HARTEN & ELIAS LLP
1600 Financial Plaza
Providence, RI 02903
Tel: 331-3400
Fax: 331-3440

**ARKWRIGHT, INC., CNA HOLDINGS, INC.,**
**CHEVRON U.S.A. INC., CIBA SPECIALTY**
**CHEMICALS CORPORATION,**
**GARLAND INDUSTRIES, INC.,**
**MALLINCKRODT INC., SOLUOL, INC.,**
**SUNOCO, INC., UNIROYAL HOLDING, INC.,**
**UNION OIL COMPANY OF CALIFORNIA,**
**and WHITTAKER CORPORATION**
By their attorney,

________________________
David Graham, Esq.
Kaufman & Canoles
4801 Courthouse St.
Williamsburg, VA 23188
Tel: (757) 259-3855
Fax: (757) 259-3838

**A. CARDI REALTY CO. INC.**
By its attorney,

______________________
Anthony F. Muri, Esq.
GOLDENBERG & MURI LLP
10 Weybosset Street
Providence, RI 02903-2808
Tel: 421-7300
Fax: 421-7352

**COMMERCE PARK REALTY, LLC, and COMMERCE PARK ASSOCIATES 9, LLC**
By their attorney,

______________________
Stephen H. Burke, Esq.
RATCLIFFE, BURKE HARTEN & ELIAS LLP
1600 Financial Plaza
Providence, RI 02903
Tel: 331-3400
Fax: 331-3440

**ARKWRIGHT, INC., CNA HOLDINGS, INC., CHEVRON U.S.A. INC., CIBA SPECIALTY CHEMICALS CORPORATION, GARLAND INDUSTRIES, INC., MALLINCKRODT INC., SOLUOL, INC., SUNOCO, INC., UNIROYAL HOLDING, INC., UNION OIL COMPANY OF CALIFORNIA, and WHITTAKER CORPORATION**
By their attorney,

David B. Graham
David Graham, Esq.
Kaufman & Canoles
4801 Courthouse St.
Williamsburg, VA 23188
Tel: (757) 259-3855
Fax: (757) 259-3838