**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STATE OF RHODE ISLAND, ET AL. | ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 05-346ML |
| | ) | |
| TOWN OF COVENTRY, RHODE ISLAND, ET AL. | ) | |
| | ) | |
| Defendants | ) | |

**ASSENTED MOTION TO EXTEND TIME WITHIN WHICH TO RESPON TO MOTIONS TO DISMISS COUNT V OF CROSS-CLAIM**

Now come Commerce Park Realty, LLC and Commerce Park Associates 9, LLC and request additional time, up to and including July 7, 2006 within which to respond to Performing Settling Defendants' Motion to Dismiss filed June 6, 2006 and A. Cardi Realty Co., Inc.'s Motion to Dismiss Count V of the Commerce Park Defendants' Cross-Claim.

As reason for the Motion, the moving parties cite a medical emergency requiring their trial counsel to be unavailable to respond to pleadings during the first three weeks of June, 2006.

The undersigned represents that all parties concerned with these motions have consented to the time period requested.

Respectfully submitted,

Ratcliffe Burke Harten & Elias LLP

Stephen H Burke (JKL)

Stephen H. Burke, #2759
1600 Financial Plaza
Providence, RI 02903
Tel: 401.331.3400
Fax: 401.331.3440

**CERTIFICATION OF SERVICE**

I hereby certify that on the 3rd day of July, 2006, a copy of the within Motion of Commerce Park Realty, LLC and Commerce Park Associates 9, LLC was delivered to the following parties by regular mail, postage prepaid:

Brian A. Wagner, Esq.
Rhode Island Department
Of Environmental Management
Legal Department
235 Promenade Street
Providence, RI 02903

Anthony F. Muri, Esq.
Goldenberg & Muri, LLP
10 Webyosset Street
Providence, RI 02903-2808

Jean Warshaw, Esq.
177 East 87th Street
Suite 201 C
New York, NY 10128

Patrick J. Sullivan, Esq.
505 Tiogue Avenue
Coventry, RI 02816

Thomas J. Jaines
Sunoco, Inc. (R&M)
Law Department
1735 Market Street, Suite LL
Philadelphia, PA 19103

Gregory Benik, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Richard Sherman, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Susan Shumway, Esq.
155 Post Road East, Suite 12
Westport, CT 06880

Eric G. Lardiere, Esq.
Whittaker Corportion
1955 North Surveyor Avenue
Simi Valley, CA 93063

David Graham, Esq.
Kaufman & Canoles
4801 Courthouse Street
Williamsburg, VA 23188

Pat Duft
Vice President, Legal
675 McConnell Boulevard
St. Louis, MO 63042

S. Paul Ryan, Esq.
670 Willett Avenue
East Providence, RI 02905

Richard T. Hughes, Esq.
Chevron USA, Inc.
Law Department
1500 Louisiana Street
Room 36050 C
Houston, TX 77002

Margaret M Pawson