UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND, et al.,<br>Plaintiffs<br><br>v.<br><br>TOWN OF COVENTRY, R.I. et al.,<br>Defendants | C.A. No. 05-346-T |

**ENTRY OF APPEARANCE**

I, Elizabeth McDonough Noonan, hereby enter my appearance on behalf of the Defendant, Town of Coventry, R.I. in the above-captioned matter.

Defendants,
Town of Coventry, R.I.

By its Attorney,

*/s/ Elizabeth McDonough Noonan*

Elizabeth McDonough Noonan, #4226
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 351-4607/751-0604
Dated: August 22, 2006
enoonan@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August, 2006, I did send a true copy of the within document by electronic means (ECF) to:

Stephen H. Burke, Esq.
Ratcliffe Burke Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903

Gregory Benik, Esq.
Nixon Peabody, LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903

Brian A. Wagner, Esq.
Deputy Chief Counsel
R.I. Department of Environmental Management
235 Promenade Street
Providence, RI 02908

Anthony F. Muri, Esq.
Goldenberg & Muri, LLP
10 Weybosset Street
Providence, RI 02903

Patrick J. Sullivan, Esq.
505 Tiogue Avenue
Coventry, RI 02816

David B. Graham, Esq.
Kaufman & Canoles
4801 Courthouse Street, Suite 300
Williamsburg, VA 23188

*/s/ Elizabeth McDonough Noonan*
Elizabeth McDonough Noonan

*391106_1.doc*