**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STATE OF RHODE ISLAND, ET AL. | ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 05-346ML |
| | ) | |
| TOWN OF COVENTRY, RHODE ISLAND, ET AL. | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF COMMERCE PARK REALTY, LLC AND COMMERCE PARK ASSOCIATES 9, LLC CONCERNING PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**

Commerce Park Realty, LLC and Commerce Park Associates 9, LLC (hereinafter, collectively, "Commerce") hereby submit this Notice of Other Actions or Proceedings in accordance with Rule 31 of the Local Rules of the United States District Court for the District of Rhode Island, as to the following proceedings now pending in the courts identified below. The proceedings so identified involve the same cause of action or claim as that which comprises a material part of Commerce's Cross Claim in this matter against the Town of Coventry ("Town"), to the extent indicated.

**Town of Coventry v. Commerce Park Associates 9, LLC**

This above referenced case was commenced in June 2006 and is presently pending in Rhode Island Superior Court for the County of Kent, enumerated C. A. No. 06-579. The Town seeks to terminate a written contract whereby the Town has leased the Coventry Landfill, so called, to Commerce Park Associates 9, LLC. That contract is also the basis of Commerce's cross claim in this litigation. It is described in Paragraph 20 of the CROSS-CLAIM COMPLAINT OF DEFENDANTS COMMERCE PARK REALTY,

LLC AND COMMERCE PARK ASSOCIATES, LLC AGAINST ALL PLAINTIFFS in this case. It is also attached to the ANSWER, AFFIRMATIVE DEFENSE, AND CROSSCLAIM OF DEFENDANT COMMERCE PARK REALTY, LLC AND COMMERCE PARK ASSOCIATES 9, LLC as Exhibit A. In the above referenced litigation, the Town alleges Breach of Contract, Breach of Implied Covenant of Good Faith and Fair Dealing, and seeks Declaratory Judgment that the lease is void and unenforceable. Commerce has moved to dismiss the Town's complaint in the above referenced case for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted.

**Interstate Options, LLC, Commerce Park Realty, LLC, Commerce Park Associates 9, LLC v.**
**A. Cardi Realty Associates, A. Cardi Realty Co., Inc., Arnold Road Realty, LLC, Cardi Corporation, Antonio B. Cardi, and Stephen A. Cardi v.**
**Francis A. Frobel, in his official capacity as acting Treasurer of the Town of Coventry**

This above-referenced case was commenced in March, 2003 and is presently pending in Rhode Island Superior Court for the County of Kent, enumerated C.A. No.: 02-303. The plaintiffs in the Kent County case are members of the Commerce Park Realty family of companies, and include the defendants in this case. In this Kent County case, Commerce first sought damages only against defendant, A. Cardi Realty Associates, A. Cardi Realty Co., Inc., Arnold Road Realty, LLC, Cardi Corporation, and Antonio B. and Stephen A. Cardi. Commerce's claims are based on the sale of certain real estate which comprises a portion of the "Site" as that term is defined in this Federal Court litigation, more particularly consisting of the area surrounding the former Coventry Town Landfill. Commerce alleges that it has been damaged as a result of the deposition of solid and/or hazardous materials in the area described in the complaint, which the

named defendants sold to the plaintiffs. Commerce added the Town as a Defendant in the Kent County litigation in February of 2004. The claim against the Town is based in part on the lease of the Coventry Landfill and on allegations that the Town is obligated thereunder to indemnify Commerce for damages sustained as a result of solid or hazardous waste located on the Site.

Respectfully submitted,

Commerce Park Realty, LLC and
Commerce Park Associates 9, LLC,
By their attorneys,

Ratcliffe, Burke, Harten & Elias, LLP

/s/ Stephen H. Burke
Stephen H. Burke, Esq (#2759)
1600 Financial Plaza
Providence, RI 02903
Tel: 401-331-3400
Fax; 401-331-3440
sburke@rbhelaw.com

**CERTIFICATION OF SERVICE**

I hereby certify that on the 23rd day of August, 2006, a copy of the within was delivered to the following parties by regular mail, postage prepaid:

Brian A. Wagner, Esq.
Legal Department
Rhode Island Department of
Environmental Management
235 Promenade Street
Providence, RI 02903

Anthony F. Muri, Esq.
Goldenberg & Muri, LLP
10 Webyosset Street
Providence, RI 02903-2808

Jean Warshaw, Esq.
177 East 87th Street
Suite 201 C
New York, NY 10128

Patrick J. Sullivan, Esq.
505 Tiogue Avenue
Coventry, RI 02816

Thomas J. Jaines
Sunoco, Inc. (R&M)
Law Department
1735 Market Street, Suite LL
Philadelphia, PA 19103

Gregory Benik, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Richard Sherman, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Susan Shumway, Esq.
155 Post Road East, Suite 12
Westport, CT 06880

Eric G. Lardiere, Esq
Whittaker Corpotion
1955 North Surveyor Avenue
Simi Valley, CA 93063

David Graham, Esq.
Kaufman & Canoles
4801 Courthouse Street
Williamsburg, VA 23188

Pat Duft
Vice President, Legal
675 McConnell Boulevard
St. Louis, MO 63042

S. Paul Ryan, Esq.
670 Willett Avenue
East Providence, RI 02905

Richard T. Hughes, Esq.
Chevron USA, Inc.
Law Department
1500 Louisiana Street
Room 36050 C
Houston, TX 77002

/s/ Stephen H. Burke, ____