UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND, by and through
the Rhode Island Department of Environmental
Management

v. C.A. No. 05-346 ~~ML~~ T

TOWN OF COVENTRY, RHODE ISLAND et al.

STIPULATION

Subject to the approval of the Court under the provisions of DRI LR Cv 29(b), the State of Rhode Island (DEM) and the defendants named below (Stipulating Defendants) agree as follows:

1. In view of their assent to the terms of the Partial Consent Decree approved by this Court on October 26, 2005 (Decree), the Stipulating Defendants shall not be required to file responsive pleadings to DEM's First Amended Complaint served on March 13, 2006, until twenty (20) days after the first of the following to occur:

(a) the Court declines to approve this Stipulation;

(b) DEM gives written notice to counsel for one or more of the Stipulating Defendants that responsive pleadings should be filed; or,

(c) at any time, the Court orders the filing of responsive pleadings.

2. Nothing herein shall relieve the Stipulating Defendants of any other obligation

imposed upon them by applicable law.

State of Rhode Island, Department of
Environmental Management
By its attorney,

Brian A. Wagner, Esq.
235 Promenade Street
Providence, Rhode Island 02908
Telephone: (401) 222-6607, Ex. 2307
Facsimile: (401) 222-3378

Town of Coventry, Rhode Island
By its attorney,

Patrick J. Sullivan, Esq
505 Tiogue Avenue
Coventry, Rhode Island 02816
Telephone: (401) 823-7991
Facsimile: (401) 823-4040

Arkwright, Inc., CNA Holdings, Inc.,
Chevron Corporation, Texaco, Inc.,
Ciba Specialty Chemicals Corporation,
Garland Industries, Inc.,
Mallinckrodt Inc., Soluol, Inc., Sunoco, Inc.,
Uniroyal Holding, Inc.,
Union Oil Company of California, and
Whittaker Corporation
By their attorney,

David B. Graham, Esq.
Kaufman & Canoles, PC
4801 Courthouse Street, Suite 300
P.O. Box 6000
Williamsburg, Virginia 23188
Telephone: (757) 259-3855
Facsimile: (737) 259-3838

A. Cardi Realty Co., Inc.
By its attorney,

Anthony F. Muri, Esq.
Goldenberg & Muri LLP
10 Weybosset Street, Suite 200
Providence, Rhode Island 02903
Telephone: (401) 421-7300
Facsimile: (401) 421-7352

ENTER
Ernest C. Torres
Chief, U.S. District Judge

DATE 8/24/06