Stephen H Burke, #2759
Ratcliffe, Burke, Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903

**UNITED STATES DISTRICT COURT**

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND, ET AL., Plaintiffs, vs. TOWN OF COVENTRY, RHODE ISLAND ET AL., Defendants. | Case No.: 05-346T<br>MOTION TO WITHDRAW |

Attorney Stephen H. Burke moves to withdraw as counsel for Defendants/Plaintiffs in Cross Claim, Commerce Park Realty, LLC and Commerce Park Associates 9, LLC. This motion is supported by Rule 206(e)(2) of the Rhode Island Rules of the United States District Court and the accompanying Memorandum and Affidavit

Dated this 24th day of October, 2006

/s/Stephen H. Burke
Stephen H. Burke, #2759
Ratcliffe, Burke, Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903

## CERTIFICATION OF SERVICE

I hereby certify that on the 24th day of October, 2006, a copy of the within was delivered to the following parties by regular mail, postage prepaid:

Brian A. Wagner, Esq
235 Promenade Street
Providence, RI 02903

Anthony F. Muri, Esq
Goldenberg & Muri, LLP
10 Webyosset Street
Providence, RI 02903-2808

Jean Warshaw, Esq
177 East 87th Street
Suite 201 C
New York, NY 10128

Patrick J. Sullivan, Esq
505 Tiogue Avenue
Coventry, RI 02816

Thomas J. Jaines
Sunoco, Inc. (R&M)
Law Department
1735 Market Street, Suite LL
Philadelphia, PA 19103

Gregory Benik, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Richard Sherman, Esq
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Susan Shumway, Esq
155 Post Road East, Suite 12
Westport, CT 06880

Eric G. Lardiere, Esq.
Whittaker Corportion
1955 North Surveyor Avenue
Simi Valley, CA 93063

David Graham, Esq.
Kaufman & Canoles
4801 Courthouse Street
Williamsburg, VA 23188

Pat Duft
Vice President, Legal
675 McConnell Boulevard
St. Louis, MO 63042

S. Paul Ryan, Esq.
670 Willett Avenue
East Providence, RI 02905

Richard T. Hughes, Esq.
Chevron USA, Inc.
Law Department
1500 Louisiana Street
Room 36050 C
Houston, TX 77002

/s/Stephen H. Burke