Stephen H. Burke, #2759
Ratcliffe, Burke, Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903

**UNITED STATES DISTRICT COURT**

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND, ET AL., Plaintiffs, vs. TOWN OF COVENTRY, RHODE ISLAND ET AL., Defendants. | Case No.: 05-346T<br><br>AFFIDAVIT & CERTIFICATION OF STEPHEN H. BURKE IN SUPPORT OF MOTION TO WITHDRAW |

I, STEPHEN H. BURKE, declare the following:

1. The party I represent in this matter, Commerce Park Realty, LLC and Commerce Park Associates 9, LLC (collectively "Commerce Park"), is not a member of the military service of the United States;

2. I have notified Commerce Park of this motion by both regular and registered mail;

3. I have notified Commerce Park that it may object to this motion and that its failure or delay in retaining substitute counsel may not be considered grounds for delaying trial or other matters scheduled in this case;

4. I have sent the aforementioned notifications to Mr. Nicholas Cambio ("Mr. Cambio"), representative of Commerce Park, at Universal Properties Group, Inc., 207 Quaker Lane, Suite 300, West Warwick, RI 02893;

5. I have made reasonable efforts to confirm that Mr. Cambio is likely to receive these notifications at Universal Properties Group, Inc., 207 Quaker Lane, Suite 300, West Warwick, RI 02893;

6. No trial date has been set for this matter at this time; and

7. This matter is presently in the discovery phase. On September 28, 2006, the Town of Coventry propounded upon Commerce Park interrogatories and requests for production. Commerce Park has not responded. A deposition of Mr. Cambio is scheduled for October 30, 2006. Rule 30(b)(6) depositions of Commerce Park Realty, LLC and Commerce Park Associates 9, LLC are scheduled for October 30, 2006 and October 31, 2006 respectively. On June 7, 2006, Cross Claim Defendant A. Cardi Realty Co., Inc. filed a motion to dismiss Count V of Commerce Park's cross claim. Commerce Park has objected to the motion, and the motion is scheduled for hearing on November 3, 2006 at 2:00 pm.

Stephen H. Burke

Subscribed and sworn to before me this 24th day of October, 2006, in the City of Providence, County of Providence, State of Rhode Island.

Notary Public Margaret V. Plamondon

My commission expires: 1/31/09