Stephen H. Burke, #2759
Ratcliffe, Burke, Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903

**UNITED STATES DISTRICT COURT**

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND, ET AL., | Case No : 05-346T |
| Plaintiffs, | |
| vs. | MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW |
| TOWN OF COVENTRY, RHODE ISLAND ET AL, | |
| Defendants. | |

Attorney Stephen H. Burke, having moved to withdraw as counsel for Defendants/Plaintiffs in Cross Claim, Commerce Park Realty, LLC and Commerce Park Associates 9, LLC, submits the following memorandum in support of that motion

**STATEMENT OF FACTS**

Attorney Stephen H. Burke of Ratcliffe, Burke, Harten & Elias, LLP ("RBHE") began his representation of Commerce Park Realty, LLC and Commerce Park Associates 9, LLC (collectively "Commerce Park") in approximately August of 2005. At that time, Commerce Park signed a fee agreement with RBHE under which Commerce Park agreed to pay RBHE invoices in a timely manner. As of October 23, 2006, Commerce Park has not indicated that it is dissatisfied with either the quality of or necessity for any of the work RBHE has performed However, Commerce Park has neglected to pay RBHE for its legal services for many months

**DISCUSSION**

Pursuant to Rule 206(e)(2) of the Rhode Island Rules of the United States District Court, an attorney may withdraw his or her representation of a party by filing a motion to withdraw, an affidavit stating that the party is not in the military service of the United States, and a certification detailing the attorney's communications with his client regarding such withdrawal. See R.I. U.S. DIST. CT. R. 206(e)(2). In this Circuit, a litigant's nonpayment of fees owed to his attorney constitutes adequate grounds for withdrawal. See *Rivera-Domenech* v. *Calvesbert Law Offices, PSC,* 402 F.3d 246, 249 (1st Cir. 2005). In *Rivera-Domenech*, the First Circuit stated,

> It simply expects too much of counsel to expend the additional energy necessary to go to trial, and to front the necessary expenses, without any real assurance that he will be paid for any of it, especially where he already is owed a substantial sum and the client has violated the written fee agreement. Further, if counsel does not expend the necessary effort and does not front the trial expenses, he very well could expose himself to civil liability to his client. We refuse to place counsel in such a position.

*Id.* (quoting an unpublished opinion).

In this case, Commerce Park has failed to pay RBHE for its legal services for many months. Attorney Burke has personally spoken with Mr. Cambio, informing him that RBHE would not continue its representation of Commerce Park under these conditions. Despite Attorney Burke's subsequent attempts to contact Mr. Cambio, Mr. Cambio has failed to make further contact with RBHE. Accordingly, Attorney Burke reiterated the position of RBHE regarding payment for legal services in a letter to Mr. Cambio on October 13, 2006. Nonetheless, no payments have arrived. In light of the foregoing, RBHE no longer has any real assurance that it will be paid for the services its renders on behalf of Commerce Park. Therefore, pursuant to Rule 206(e)(2), this Court should allow Attorney Burke's Motion to Withdraw.

## CONCLUSION

For the reasons explained above, Attorney Stephen H. Burke requests that this Court allow his Motion to Withdraw.

Dated this 24th day of October, 2006

/s/Stephen H. Burke

Stephen H. Burke, #2759
Ratcliffe, Burke, Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903

## CERTIFICATION OF SERVICE

I hereby certify that on the 24th day of October, 2006, a copy of the within was delivered to the following parties by regular mail, postage prepaid:

Brian A. Wagner, Esq.
235 Promenade Street
Providence, RI 02903

Anthony F. Muri, Esq.
Goldenberg & Muri, LLP
10 Webyosset Street
Providence, RI 02903-2808

Jean Warshaw, Esq.
177 East 87th Street
Suite 201 C
New York, NY 10128

Patrick J. Sullivan, Esq.
505 Tiogue Avenue
Coventry, RI 02816

Thomas J. Jaines
Sunoco, Inc. (R&M)
Law Department
1735 Market Street, Suite LL
Philadelphia, PA 19103

Gregory Benik, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Richard Sherman, Esq
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Susan Shumway, Esq.
155 Post Road East, Suite 12
Westport, CT 06880

Eric G. Lardiere, Esq
Whittaker Corportion
1955 North Surveyor Avenue
Simi Valley, CA 93063

David Graham, Esq.
Kaufman & Canoles
4801 Courthouse Street
Williamsburg, VA 23188

Pat Duft
Vice President, Legal
675 McConnell Boulevard
St. Louis, MO 63042

S. Paul Ryan, Esq.
670 Willett Avenue
East Providence, RI 02905

Richard T. Hughes, Esq.
Chevron USA, Inc
Law Department
1500 Louisiana Street
Room 36050 C
Houston, TX 77002

/s/Stephen H. Burke