✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

and by and through the Rhode Department of Environm

V.

The Town of Coventry, Rhode Island Et al.

**APPEARANCE**

Case Number: CA 05-346T-LDA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Commerce Park Realty, LLC &
Commerce Park Associates 9, LLC

I certify that I am admitted to practice in this court.

11/1/2006
Date

Richard H. James
Digitally signed by Richard H. James
DN: CN = Richard H. James, C = US, O = Universal Properties Group, Inc., OU = General Counsel
Reason: I am the author of this document
Date: 2006.11.01 12:38:44 -05'00'
Signature

Richard H. James
Print Name

4874
Bar Number

207 Quaker Lane
Address

West Warwick
City

RI
State

02893
Zip Code

(401) 828-3500
Phone Number

(401) 823-7329
Fax Number

Print | Save As... | Export as FDF | Retrieve FDF File | Reset