**UNITES STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF RHODE ISLAND, by and through the RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF COVENTRY, RHODE ISLAND, A. CARDI REALTY CO., INC., ARKWRIGHT, INC. CNA HOLDINGS., f/k/a Hoechst Chemical Corp. and American Hoechst Corp., CHEVRON U.S.A., INC., CIBA SPECIALTY CHEMICALS CORPORATION, GARLAND INDUSTRIES, INC., MALLINCKRODT, Inc., f/k/a International Minerals & Chemicals Corp., SOLUOL, INC., SUNOCO, INC., TEXACO, INC., UNIROYAL HOLDING, INC., UNION OIL COMPANY OF CALIFORNIA (d/b/a Unocal), for its former subsidiary American Mineral Spirits Co., WHITTAKER CORPORATION, COMMERCE PARK REALTY, LLC, and COMMERCE PARK ASSOCIATES 9, LLC,<br><br>Defendants. | C.A. 05-346T-LDA |

**TOWN OF COVENTRY'S MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, The Town of Coventry, Rhode Island hereby moves to dismiss Count V of the Cross-claim of Co-defendants Commerce Park Realty, LLC and Commerce Park Associates 9, LLC (collectively, the "Commerce Park Defendants"). The arguments upon which this motion is based are set forth in the accompanying memorandum.

Dated: Providence, Rhode Island
November 8, 2006

TOWN OF COVENTRY, RHODE ISLAND
By its Attorneys,

/s/ Geoffrey W. Millsom

Mark O. Denehy (#3492)
mdenehy@apslaw.com
Elizabeth McDonough Noonan (#4226)
enoonan@apslaw.com
Geoffrey W. Millsom (#6483)
gmillsom@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

**UNITES STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF RHODE ISLAND, by and through the RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF COVENTRY, RHODE ISLAND, A. CARDI REALTY CO., INC., ARKWRIGHT, INC. CNA HOLDINGS., f/k/a Hoechst Chemical Corp. and American Hoechst Corp., CHEVRON U.S.A., INC., CIBA SPECIALTY CHEMICALS CORPORATION, GARLAND INDUSTRIES, INC., MALLINCKRODT, Inc., f/k/a International Minerals & Chemicals Corp., SOLUOL, INC., SUNOCO, INC., TEXACO, INC., UNIROYAL HOLDING, INC., UNION OIL COMPANY OF CALIFORNIA (d/b/a Unocal), for its former subsidiary American Mineral Spirits Co., WHITTAKER CORPORATION, COMMERCE PARK REALTY, LLC, and COMMERCE PARK ASSOCIATES 9, LLC,<br><br>Defendants. | C.A. 05-346T-LDA |

**MEMORANDUM IN SUPPORT OF**
**TOWN OF COVENTRY'S MOTION TO DISMISS**

The Town of Coventry, Rhode Island submits this memorandum in support of its Motion to Dismiss Count V of the Cross-claim of Co-defendants Commerce Park Realty, LLC and Commerce Park Associates 9, LLC (collectively, the "Commerce Park Defendants").

## INTRODUCTION

This action was filed pursuant to the Comprehensive Environmental Response, Compensation and Liability Act of 1980 ("CERCLA"), 42 U.S.C. § 9601 *et seq*. by the Rhode Island Department of Environmental Management ("RIDEM") to address the alleged presence of hazardous materials at the site of a former landfill in Coventry, Rhode Island. Contemporaneously with the filing of this suit, 14 of the entities identified by RIDEM as potentially responsible parties ("PRPs") entered into a Partial Consent Decree in which the alleged PRPs agreed to finance and perform a remedial investigation/ feasibility study at the landfill. Subsequently, the settling PRPs were denied access to the landfill for the purpose of performing their obligations under the Consent Decree by the entity that owns the adjacent property, Commerce Park Realty, LLC, and the entity that leases the property on which the former landfill was situated, Commerce Park Associates 9, LLC. In response, RIDEM amended its Complaint to include the Commerce Park Defendants.

The Commerce Park Defendants answered RIDEM's Amended Complaint and brought multiple cross-claims against their co-defendants, including the Town of Coventry. On June 6 and 7, 2006, all the co-defendants other than the Town of Coventry moved to dismiss Count V of the cross-claim (Common Law Contribution) on the ground that it was preempted by federal law. Argument on the motion was heard by the Court on November 3, 2006 at which time the Court ruled in favor of the movants and dismissed Count V of the Cross-claim as against those parties.

## ARGUMENT

The Town of Coventry incorporates by reference the Memorandum Of Points And Authorities filed by the other settling defendants on June 6, 2006 and relies on the arguments advanced therein. In addition, the Town of Coventry invokes the law of the case doctrine.

Law of the case is "a prudential principle that precludes relitigation of the legal issues presented in successive stages of a single case once those issues have been decided." *Field v. Mans*, 157 F.3d 35, 40 (1st Cir. 1998) (original source of quotation omitted); *McConaghy v. Sequa Corp.*, 294 F. Supp. 2d 151, 160 (D.R.I. 2003) ("As the First Circuit has observed, the law of the case doctrine means that a court ordinarily ought to respect and follow its own rulings, made earlier in the same case.) (quotation omitted). In order for this doctrine to be invoked, the Court must have actually considered and ruled on the particular rule of law at issue. *Christianson v. Colt Indus. Operating Corp.*, 486 U.S. 800, 817 (1988). "This concept applies to all legal determinations made at the same level of proceedings." *McConaghy,*, 294 F. Supp. 2d at 160.

In this case, the law of the case doctrine ought to be invoked. This Court reached and decided the issue of whether Count V of the Cross-claim is precluded by CERCLA's contribution scheme. There is no sound reason to reconsider or reverse that ruling.

## CONCLUSION

For all the foregoing reasons, the Town Of Coventry requests that its Motion to Dismiss Count V of the Cross-claim be granted.

Dated: Providence, Rhode Island
November 8, 2006

TOWN OF COVENTRY, RHODE ISLAND
By its Attorneys,

/s/ Geoffrey W. Millsom

Mark O. Denehy (#3492)
mdenehy@apslaw.com
Elizabeth McDonough Noonan (#4226)
enoonan@apslaw.com
Geoffrey W. Millsom (#6483)
gmillsom@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the within Motion to Dismiss M and the Memorandum of Law in support thereof through the ECF system on the ___ day of November, 2006, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 05-346T-LDA and was sent by regular mail to the following counsel of record:

/s/ Geoffrey W. Millsom

*398778_1.doc*