**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF RHODE ISLAND, by and through the RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF COVENTRY, RHODE ISLAND, et al.,<br><br>Defendants. | C.A. 05-346T-LDA |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that I filed The Town of Coventry's Motion to Dismiss and the Memorandum of Law in support thereof through the ECF system on the 8th day of November, 2006, and that notice was sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 05-346T-LDA. I further certify that, on the 9th day of November, 2006, I served The Town of Coventry's Motion to Dismiss and the Memorandum of Law in support thereof by regular mail upon the following counsel of record:

Patrick J. Sullivan
Law Offices of Patrick J. Sullivan, Esq.
505 Tiogue Ave.
Suite B
Coventry, RI 02816

/s/ Geoffrey W. Millsom

*399115_1.doc*