UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND,
DEPARTMENT OF ENVIRONMENTAL
MANAGEMENT

Plaintiff

v. C.A. No. 05-346T

TOWN OF COVENTRY, ET AL.

Defendants

**ORDER GRANTING CROSS-CLAIM DEFENDANT'S MOTION TO DISMISS COUNT V OF CROSS-CLAIM**

For reasons stated in open court on November 3, 2006, the Motions filed by A. Cardi Realty Co., Arkwright, Inc., Chevron USA, Inc., CIBA Specialty Chemicals Corporation, Garland Industries, Inc., Mallinckrodt Inc., Soluol, Inc., Sunoco, Inc., Texaco, Inc., Uniroyal Holding, Inc., Union Oil Company of California, and Whittaker Corporation, to Dismiss Count V of the Cross-Claim filed by Commerce Park, are hereby GRANTED.

Commerce Park's Motion to Amend Count V of the Cross-Claim, stating a claim for contribution under state law, is hereby DENIED.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 11/9/06