# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND, by and through The RHODE ISLAND DEPARTMENT OF ENVORONMENTAL MANAGEMENT,

Plaintiff

V.

C.A. 05-346T-LDA

TOWN OF COVENTRY, RHODE ISLAND Et al.,

Defendants.

## COMMERCE PARK REALTY, LLC AND COMMERCE PARK ASSOCIATES 9, LLC ANSWER TO TOWN OF COVENTRY'S REQUEST FOR PRODUCTION OF DOCUMENTS

### DOCUMENTS REQUESTED

REQUEST NO: 1. A full and complete copy (with all exhibits and appendices) of the lease.

**ANSWER NO: 1. Copy of "NET GROUND LEASE" executed by and between Commerce Park Associates 9, LLC and the Town of Coventry, Rhode Island.**

REQUEST NO: 2. All correspondence regarding the Lease between CPR and/or CPA9 and Coventry.

**ANSWER NO: 2. letter dated August 7, 2002, to: Town of Coventry, from: Brian LaPlante; "Site Access Agreement", dated: various; "Site Access Agreement", dated: various; "Site Access Agreement", dated: various; Letter dated January 12, 2006, from**

**RBHE, to: Ms. Cheryl George, Town Clerk, Coventry; Letter dated January 12, 2006, from RBHE, to: Ms. Sheila Patnode, Town Clerk, Director of Public Works; Letter dated February 16, 2006, from: RBHE to: President and Members of Coventry Town Council; Letter dated March 27, 2006, from: RBHE to: President and Members of Coventry Town Council; Letter dated April 14, 2006, to: Warren West, Finance Director, Town of Coventry; Letter dated April 18, 2006, to: Patrick J. Sullivan, Solicitor, Town of Coventry; Letter dated May 4, 2006, to: Warren West, Finance Director, Town of Coventry; letter dated May 19, 2006, to: Stephen Burke, Counsel to CPA9, LLC & CPR, LLC, from Patrick J. Sullivan, Town Solicitor**

REQUEST NO: 3. All correspondence between CPA9 and the State of Rhode Island and/or the Rhode Island Department of Environmental Management regarding the alleged presence of hazardous substances on the property owned by CPR that is the former site of the Coventry Town Landfill and which is the subject of the Lease.

**ANSWER NO: 3. Letter dated June 7, 2005 to: Kristen Sherman, AP&S, from: David Chopy, RIDEM Letter dated March 13, 2006, to Attorney Stephen H. Burke, Counsel to CPA9, LLC & CPR, LLC, from Brian A. Wagner, Counsel for RIDEM; Letter dated March 15, 2006, to: Brian Wagner, Counsel for RIDEM, from: RBHE, Counsel for CPA9, LLC & CPR, LLC**

REQUEST NO: 4. All correspondence between CPR and the State of Rhode Island and/or the Rhode Island Department of Environmental Management regarding the alleged presence of hazardous substances on the propert(ies) owned by CPR that are designated the "Adjacent Properties" in paragraph 22 of your Crossclaim.

**ANSWER NO: 4. See, Answer to #3**

REQUEST NO: 5. All documents reflecting damages, costs or fees incurred by CPR and/or CPA9 as a result of the RIDEM Complaint.

**ANSWER NO: 5. Letter dated February 5, 2003 from LFR to Brian LaPlante Market Valuation done by Peter M. Scotti, Associates dated November 12, 2003; Billing Report for Commerce Park Realty, LLC; interest Calculations spreadsheet dated 3/27/2006**

REQUEST NO: 6. All documents reflecting damages, costs or fees incurred by CPR and/or CPA9 as a result of the facts giving rise to the RIDEM Complaint.

**ANSWER NO: 6. See, Answer 5.**

REQUEST NO: 7. All documents reflecting expenditures for which you seek indemnification from Coventry in this litigation.

**ANSWER NO: 7. See, Answer 5.**

REQUEST NO: 8. All written work prepared by any consultant, contractor, engineer, attorney or other person retained or compensated by CPR and/orCPA9 under circumstances that you believe constitutes damages, costs or fees either as a result of the facts giving rise to the RIDEM Complaint or as a result of the RIDEM complaint.

**ANSWER NO: 8.** **See, Answer 5, Letter dated September 21, 1999 to Nick Cambio, from: Resource Control; Letter dated October 15,1999 & Letter dated October 26, 1999 to Nick Cambio, from: Resource Control;**

Commerce Park Associates 9, LLC
Commerce Park Realty, LLC
By their Attorney,

Richard H. James

Richard H. James (RI Bar ID# 4874)
207 Quaker Lane, Suite 300
West Warwick, RI 02893
401.828.3500 - phone
401.823.7329 - fax