# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND, by and through The RHODE ISLAND DEPARTMENT OF ENVORONMENTAL MANAGEMENT,

Plaintiff

v.

C.A. 05-346T-LDA

TOWN OF COVENTRY, RHODE ISLAND Et al.,

Defendants.

## DEFENDANT, COMMERCE PARK REALTY, LLC, AND COMMERCE PARK ASSOCIATES 9, LLC's, ANSWER TO CO-DEFENDANT TOWN OF COVENTRY, RHODE ISLAND's FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 1:** Please state the full name(s) and address of every person who provided any factual information upon which the answers to these interrogatories is based. For each person identify the interrogatory responses that incorporate the information provided.

**ANSWER NO. 1:** **Mr. Nicholas Cambio 207 Quaker Lane, West Warwick, RI 02893; Stephen Burke, Esq., 1600 Financial Plaza, Providence, RI 02903; Richard R. Hunt, 28 Old Raccoon Hill Road, West Greenwich, RI 02817; Tevfik A. Arguden, 1900 Powell Street, 12th Floor, Emeryville, CA 94808; Mr. Roney Malafronte, 207 Quaker Lane, West Warwick, RI 02893; Mr. Vincent Cambio, 207 Quaker Lane, West Warwick, RI 02893;**

**INTERROGATORY NO. 2:** State the name, title and business address of every person known by you to have any knowledge of the matters set forth in the Crossclaim.

**ANSWER NO. 2:** **Mr. Nicholas Cambio, Member, CPR, 207 Quaker Lane, West Warwick, RI 02893; Stephen Burke, Esq., Ratcliffe Burke Harten & Elias, LLP, 1600 Financial Plaza, Providence, RI 02903; Richard R. Hunt, Richard R. Hunt Architect, 28 Old Raccoon Hill Road, West Greenwich, RI 02817;Tevfik A. Arguden, Levine Fricke, Inc., 1900 Powell Street, 12th Floor, Emeryville, CA 94808; Mr. Roney Malafronte, Member, CPR, 207 Quaker Lane, West Warwick, RI 02893; Mr. Vincent Cambio,**

**Member, CPR, 207 Quaker Lane, West Warwick, RI 02893; Mr. Kevin McGee, President, Town of Coventry, Town Council 505 Tiogue Avenue, Coventry, RI 02816; Mr. James J. Spearman, Vice President, Town of Coventry, Town Council, 505 Tiogue Avenue, Coventry, RI 02816; Ms. Dorothy C. Berube, Member, Town of Coventry, Town Council, 505 Tiogue Avenue, Coventry, RI 02816; Mr. Ronald M. Wood, Member, Town of Coventry, Town Council, 505 Tiogue Avenue, Coventry, RI 02816; Ms. Anna Mae Lapinski, Member, Town of Coventry, Town Council, 505 Tiogue Avenue, Coventry, RI 02816; Mr. Paul D. Sprague, Esq., Cobliegh Sprague & Giacobbe, 70 Jefferson Boulevard, Warwick, RI 02888; J Richard Ratcliffe, Ratcliffe Burke Harten & Elias, LLP, 1600 Financial Plaza, Providence, RI 02903; Mr. Edward L. Maggiacomo, Esq., Partner, Adler Pollock & Sheehan, 1600 Citizens Plaza, Providence, 02903; Mr. Justin Pomfret, Town of Coventry, Town Council, 505 Tiogue Avenue, Coventry, RI 02816; Mr. Gregory Laboissonniere, Town of Coventry, Town Council, 505 Tiogue Avenue, Coventry, RI 02816; Mr. Frank Hyde, Town of Coventry, Town Council, 505 Tiogue Avenue, Coventry, RI 02816; Mr. Robert Thibeault Jr., Town of Coventry, Town Council, 505 Tiogue Avenue, Coventry, RI 02816; Mr. Thaddeus Jendzejec (President), Town of Coventry, Town Council, 505 Tiogue Avenue, Coventry, RI 02816; Mr. Bruce Zaloudek, Building Official, Town of Coventry, 505 Tiogue Avenue, Coventry, RI 02816; Sheila M. Barrett, Public Works Director, Town Engineer, Town of Coventry, 505 Tiogue Avenue, Coventry, RI 02816; Mr. Patrick Sullivan, Esq., Town of Coventry, 505 Tiogue Avenue, Coventry, RI 02816; Mr. Paul Sprague, Town Planner (Acting), Town of Coventry, 505 Tiogue Avenue, Coventry, RI 02816; Mr. Richard Kerbel, Town Manager, Town of Coventry, 505 Tiogue Avenue, Coventry, RI 02816;**

**INTERROGATORY NO. 3:** Identify all documents regarding the presence, (or absence), of hazardous materials on the property or the adjacent properties, that was provided to CPR 9, (by any person), prior to the execution of the lease.

**ANSWER NO. 3:** **No documents regarding the presence, (or absence), of hazardous materials on the property or the adjacent properties, was provided to CPR 9, (by any person), prior to the execution of the lease.**

**INTERROGATORY NO. 4:** Identify all documents regarding the presence, (or absence), of hazardous materials on the property or the adjacent properties, that was reviewed by CPA9 prior to the execution of the lease.

**ANSWER NO. 4:** **No documents regarding the presence, (or absence), of hazardous materials on the property or the adjacent properties, was provided to CPR 9, (by any person), prior to the execution of the lease.**

**INTERROGATORY NO. 5:** Describe all correspondence and communication(s), (whether oral or written), between CPA9 and Coventry regarding the alleged presence, (or absence), of hazardous substances on the Property.

**ANSWER NO. 5:** **Please identify the time frame which this request pertains to. Upon information and belief there was no correspondence or communication(s), (whether oral or written), between CPA9 and Coventry regarding the alleged presence, (or absence), of hazardous substances on the Property prior to the signing of the lease. The correspondence pertaining to the time frame after the signing of the lease are contained in answer to Request for production answer numbers 2, 3 and 4.**

**INTERROGATORY NO. 6:** Describe all correspondence and communication(s), (whether oral or written), between CPA9 and State of Rhode Island and/or Rhode Island Department of Environmental Management regarding the alleged presence, (or absence), of hazardous substances on the Adjacent Property.

**ANSWER NO. 6:** **see answer number 5**

**INTERROGATORY NO. 7:** Itemize all damages, costs or fees incurred by CPR and/or CPA9, as a result of the RIDEM complaint.

**ANSWER NO. 7:** **Damages incurred by CPR and/or CPA9 to date, as a result of the RIDEM complaint, include, but may not be limited to the damages listed in answer to request for production answers numbers 6 and 7.**

**INTERROGATORY NO. 8:** Itemize all damages, costs or fees incurred by CPR and/or CPA9, as a result of the facts giving rise to the RIDEM complaint.

**ANSWER NO. 8:** **See answer number 7.**

**INTERROGATORY NO. 9:** Describe the work performed by any consultant, contractor, engineer, attorney or other person retained or compensated by CPR and/or CPA9, that gave rise to the costs or fees that you believe constitute damages, costs or fees either as a result of the facts giving rise to the RIDEM Complaint or as a result of the RIDEM Complaint.

ANSWER NO. 9: **This question calls for two (2) answers. As to the work performed by any consultant, contractor, engineer, attorney or other person retained or compensated by CPR and/or CPA9, that gave rise to the costs or fees that you believe constitute damages, costs or fees [either] as a result of the "facts giving rise to the RIDEM Complaint", Defendants CPR and CPA9 ask for a definition of the "facts giving rise to the RIDEM Complaint". As to the work performed by any consultant, contractor, engineer, attorney or other person retained or compensated by CPR and/or CPA9, that gave rise to the costs or fees that CPA9 and CPR believe constitute damages, costs or fees either as a result of the RIDEM Complaint defendants answer is: Attorneys have been engaged to defend this complaint, contractors have been employed in an attempt to discover the nature and scope of the contamination of the site.**

INTERROGATORY NO. 10: State the results of any testing for the presence of hazardous materials on the Property or the adjacent properties performed by CPR and/or CPA9 or any consultant, contractor, engineer, attorney or other person retained or compensated by CPR and/or CPA9.

ANSWER NO. 10: **Please identify the time frame which this request pertains to.**

INTERROGATORY NO. 11: Identify all lawsuits to which CPR, CPA9 or Nicholas Cambio has ever been a party. For each such lawsuit, provide the following information:

a. The party's status in the lawsuit, (e.g. plaintiff, defendant, etc);
b. The basis for the lawsuit;
c. The identities of any other parties to the litigation;
d. The name and address of the attorney who represented CPR, CPA9 or Nicholas Cambio;
e. The disposition of the litigation

ANSWER NO. 11: **Objection. The burden of deriving or ascertaining the information requested by this question is substantially the same for the party serving this interrogatory and the records are readily ascertainable by the party serving the interrogatory from public records.**

INTERROGATORY NO. 12: Please state the name of any person that you intend to call as an expert witness in the trial of this matter. For each such person identified, please state:

a. the subject matter on which the expert is expected to testify;
b. the substance of the facts and opinions to which the expert is expected to testify;

**ANSWER NO. 12:** **No expert witnesses have been retained or consulted by co-defendants CPA9 or CRP at this time. Co-defendants CPA9 and CPR retain the right to do so before trial and will, at that time, answer this question in full.**

**INTERROGATORY NO. 13:** Please state the name, employer and business address of any person that you intend to call as a witness in the trial of this matter. For each such person identified, state the subject matter on which the expert is expected to testify.

**ANSWER NO. 13:** **No expert witnesses have been retained or consulted by co-defendants CPA9 or CRP at this time. Co-defendants CPA9 and CPR retain the right to do so before trial and will, at that time, answer this question in full.**

I VERIFY THAT THE ANSWERS CONTAINED IN THIS DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE.

11-1-2006

**Nicholas Cambio** **date**

**Commerce Park Associates 9, LLC**
**Commerce Park Realty, LLC**
**By their Attorney,**

**Richard H. James (RI Bar ID# 4874)**
**207 Quaker Lane, Suite 300**
**West Warwick, RI 02893**
**401.828.3500 - phone**
**401.823.7329 - fax**

# CERTIFICATION OF SERVICE

I hereby certify that I mailed a copy of the attached document to the following individuals on the 1st day of November, 2006.

Richard W. Jameson

Anthony F. Muri, Esq.
Goldenberg & Muri, LLP
10 Weybosset Street
Providence, RI 02903

Patrick J. Sullivan, Esq.
505 Tiogue Avenue
Coventry, RI 02816

Gregory Benik, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Thomas J. Jaines, Esq.
Sunoco, Inc. (R&M)
Law Department
1735 Market Street, Suite LL
Philadelphia, Pa 19103

Brian A. Wagner, Esq.
Deputy Chief Legal Counsel
RI Department of Environmental Management
235 Promenade Street
Providence, RI 02903

David B. Gorham, Esq.
Kaufman & Canoles
4801 Courthouse Street, Suite 300
Williamsburg, VA 23188

Jean Warshaw, Esq.
177 87th Street, Suite 201C
New York City, NY 10128

Susan Shumway, Esq.
155 Post Road East, Suite 12
Westport, CT 06880

Richard Sherman, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Eric G. Lardiere, Esq.
Vice President, Secretary &
General Counsel
Whittaker Corporation
1955 North Surveyor Avenue
Simi Valley, CA 93063

Mark O. Denehy
Geoffrey W. Millsom
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903