**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**STATE OF RHODE ISLAND**, by and through the **RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT,**

Plaintiff,

vs.

**TOWN OF COVENTRY, RHODE ISLAND, et al.**

Defendants,

**C.A. No. 05-346ML**

## NOTICE OF APPEARANCE

Defendant Town of Coventry, by counsel, files this Notice of Appearance notifying the Court that Scott L. Hammer, Esq., of the Law Offices of Blasbalg & Hammer will serve as counsel for the Defendant Town of Coventry in this matter.

TOWN OF COVENTRY

By ____________________

Scott L. Hammer, RI Bar ID #5558
Blasbalg & Hammer
128 Dorrance Street, Suite 350
Providence, RI 02903
401-421-1626
401-331-1518 (fax)

## CERTIFICATION

I hereby certify that on the 22nd day of November, 2006 I mailed a true copy of the within to the individuals listed on the attached service list by first class mail, postage prepaid.

____________________

# Coventry Municipal Landfill - Service List

| | | |
|---|---|---|
| **A. Cardi Realty Co., Inc.** | *Corp. not listed – Counsel is checking name*<br><br>*Counsel will accept service.* | Anthony F. Muri, Esq.<br>Goldenberg & Muri, LLP<br>10 Weybosset Street<br>Providence, RI 02903-2808 |
| **Arkwright, Inc.** | Malcolm Farmer, III<br>1500 Fleet Center<br>Providence, RI 02903 | Gregory Benik, Esq.<br>Holland & Knight<br>1800 Hospital Trust Tower<br>Providence, RI 02903 |
| **CNA Holdings, Inc.** | *Counsel will accept service.* | David Graham, Esq.<br>Kaufman & Canoles<br>4801 Courthouse St.<br>Williamsburg, VA 23188 |
| **Chevron U.S.A. Inc.**<br><br>*(See also **Texaco**, below. Do 2 separate services to Prentice-Hall, but you only need to send one package to the attorney.)* | Prentice-Hall Corp. System<br>222 Jefferson Blvd., Suite 200<br>Warwick, RI 02888 | Richard T. Hughes, Esq.<br>ChevronTexaco<br>Law Department<br>1500 Louisiana St.<br>Room 36050 C<br>Houston, TX 77002 |
| **Ciba Specialty Chemicals Corporation** | Corporation Service Company<br>222 Jefferson Blvd., Suite 200<br>Warwick, RI 02888 | Jean Warshaw Esq.<br>177 East 87th Street<br>Suite 201C<br>New York, NY 10128 |
| **Garland Industries, Inc.** | Louise Lanoie<br>1 South Main Street<br>Coventry, RI 02816 | S. Paul Ryan, Esq.<br>670 Willett Ave.<br>East Providence, RI 02915 |
| **Mallinckrodt Inc** | CT Corporation System<br>10 Weybosset St.<br>Providence, RI 02903 | Pat Duft<br>Vice President, Legal<br>675 McDonnell Blvd.<br>St. Louis, MO 63042 |
| **Soluol, Inc.** | Warren Simmons<br>Green Hill & Market Streets<br>Box 112<br>West Warwick, RI 02893 | Richard Sherman, Esq.<br>Edwards & Angell, LLP<br>2800 Financial Plaza<br>Providence, RI 02903 |

| | | |
|---|---|---|
| **Sunoco, Inc.** (R & M) | CT Corporation System<br>10 Weybosset St.<br>Providence, RI 02903 | William Morse<br>P.O. Box 1135<br>Marcus Hook, PA 19061 |
| **Texaco Inc.**<br><br>*(See also **Chevron**, above. Do 2 separate services to Prentice-Hall, but you only need to send one package to the attorney.)* | Prentice-Hall Corp. System<br>222 Jefferson Blvd., Suite 200<br>Warwick, RI 02888 | Richard T. Hughes, Esq.<br>ChevronTexaco<br>Law Department<br>1500 Louisiana St.<br>Room 36050 C<br>Houston, TX 77002 |
| **Town of Coventry** | Francis A. Frobel<br>Town Manager<br>1670 Flat River Road<br>Coventry, RI 02816-8911 | Patrick J. Sullivan, Esq.<br>505 Tiogue Avenue<br>Coventry, RI 02816 |
| **Uniroyal Holding, Inc.** | | Susan Shumway, Esq.<br>155 Post Road East, Suite 12<br>Westport, CT 06880 |
| **Union Oil Company of California** (d/b/a Unocal) | CT Corporation System<br>10 Weybosset St.<br>Providence, RI 02903 | Jill A. Tracy, Esq.<br>376 South Valencia Ave.<br>Brea, CA 92823 |
| **Whittaker Corp.** (d/b/a Chemical Products Co.) | | Ashley Wilson, Esq.<br>Assistant General Counsel<br>Meggitt-USA/Whittaker Corp.<br>1955 North Surveyor Avenue<br>Simi Valley, CA 93063 |

#6065146 v1 - Coventry Appendix A to Partial Consent Decree Settling Defendants