# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STATE OF RHODE ISLAND, by and through The RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT,<br><br>Plaintiff<br><br>V.<br><br>TOWN OF COVENTRY, RHODE ISLAND Et al.,<br><br>Defendants. | : | C.A. 05-346T-LDA |

**CROSS-CLAIM PLAINTIFF'S OBJECTION TO CROSS-CLAIM DEFENDANT'S MOTION TO AMEND ANSWER AND REQUEST .FOR COSTS AND EXTENSION OF TIME FOR DISCOVERY**

***NOW*** comes the Cross-Claim Plaintiff's, Commerce Park Realty, LLC and Commerce Park Associates 9, LLC, in the above entitled matter and objects to Cross-Claim Defendant, Town of Coventry's motion to amend their answer. Cross-Claim Plaintiff's reserves the right to supplement this objection with affidavits and memoranda prior to a hearing on the merits of Cross-Claim Defendant's motion to amend answer.

Cross-Claim Plaintiff's,
Commerce Park Realty, LLC
Commerce Park Associates 9, LLC
By their Attorney,

Richard H. James, Esquire
RI Bar Id# 4874
207 Quaker Lane, Suite 300
West Warwick, Rhode Island 02893
401.828.3500

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the within Objection to Cross-Claim Defendants' Motion to Amend through the ECF system on the ___ day of December, 2006, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 05-346T-LDA and was sent by regular mail to the following counsel of record:

Patrick J. Sullivan, Esquire
Law Offices of Sullivan & Sullivan
505 Tiogue Avenue
Coventry, RI 02816

Richard H. James, Esquire