UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STATE OF RHODE ISLAND, by and through THE RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT<br>Plaintiff, | : | |
| v. | : | C.A. No.: 05-346T-LDA |
| TOWN OF COVENTRY, RHODE ISLAND, INC. et al<br>Defendant. | : | |

**ENTRY OF APPEARANCE**

Attorneys Brian LaPlante, Sarah McConnell Dubois, and Philip J. Laffey hereby enter their appearance on behalf of Commerce Park Realty, LLC and Commerce Park Associates 9, LLC in the above-captioned matter.

/s/ Philip J. Laffey

Brian LaPlante, Esq./#5861
Sarah McConnell Dubois, Esq./#6195
Philip J. Laffey, Esq./#7292
LaPlante Sowa Goldman
67 Cedar Street, Suite 102
Providence, RI 02903
TEL: (401) 273-0200
FAX: (401) 273-0250

**CERTIFICATION**

Geoffrey W. Millsom, Esq.
Adler, Pollock & Sheehan, PC
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify that on this 10th day of January 2007, I caused a true and accurate copy of the within document to be sent via first class mail, postage prepaid, to the above-listed attorney.

/s/ Philip J. Laffey