**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STATE OF RHODE ISLAND, by and through the RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT,

Plaintiff,

v.

TOWN OF COVENTRY, et. al,

Defendants.

C.A. 05-346T-LDA

**AFFIDAVIT OF REYNOLDS F. LAKE**

REYNOLDS F. LAKE, being first duly sworn on oath, states as follows:

1. I am employed by Adler Pollock & Sheehan, P.C. ("AP&S") as the Billing Supervisor. I have served in this capacity since 1998. I make this affidavit on the basis of my review of AP&S's billing and accounting records.

2. AP&S's billing and accounting records reflect that Nicholas E. Cambio, Vincent Cambio, Universal Properties Group ("UPG") and Roney Malafronte were previously clients of the firm. Neither Commerce Park Realty LLC nor Commerce Park Associates 9 LLC are reflected on any billing and accounting records as clients of AP&S (past or present).

3. The last time entered in AP&S's billing system in connection with any matters for Mr. Cambio, UPG or Mr. Malafronte was on November 12, 2001. This entry reflects approximately 45 minutes spent in connection with a "Crummey Demand notification." Other than a similar entry one week earlier, an entry reflecting time spent preparing a registered agent resignation notice in July, 2001 and two entries regarding the preparation of change of agent forms in May and June of the same year, AP&S's billing records contain no entries reflecting

time spent by AP&S's attorneys or paralegals on any matters for Mr. Cambio UPG or Mr. Malafronte after February 2001.

Reynolds F. Lake

Subscribed and sworn to before me on
this 16th day of January, 2007.

Notary Public
My Commission Expires: 2/14/2010

*404868_1.doc*