**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STATE OF RHODE ISLAND, by and through the RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT,

Plaintiff,

v.

TOWN OF COVENTRY, et. al,

Defendants.

C.A. 05-346T-LDA

**DECLARATION OF EDWARD L. MAGGIACOMO**

EDWARD L. MAGGIACOMO, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of the law firm of Adler Pollock & Sheehan, P.C. ("AP&S"). I have been a member of AP&S since May 1965. I make this affidavit on the basis of my personal knowledge and on the records of AP&S.

2. At some point in time in the late 1970's or early 1980's, AP&S began to represent Nicholas E. Cambio, Vincent A. Cambio, Universal Properties Group ("UPG") and the late Roney Malafronte. I was the attorney at AP&S principally responsible for managing and maintaining the relationship with these clients.

3. AP&S handled a range of legal matters for the Cambios, Mr. Malafronte and UPG, including litigation and transactional matters.

4. Beginning in the early-1990's, AP&S's representation of the Cambios, Mr. Malafronte and UPG substantially diminished. At about that time, UPG hired a general counsel, who began to perform the majority of the type of legal work that AP&S had formerly performed for these clients.

5. During the course of AP&S's representation of the Cambios, Mr. Malafronte and UPG, I was aware that Nicholas E. Cambio, either personally or through a business entity that he owned or controlled, began developing the Centre of New England in Coventry, Rhode Island.

6. AP&S never represented Commerce Park Realty, LLC ("CPR") or Commerce Park Associates 9, LLC ("CPA9"). AP&S did not form either CPR or CPA9 and never performed any legal work for or on behalf of either of the two entities.

7. AP&S did not perform any legal work related to the Net Ground Lease between CPA9 and the Town of Coventry.

8. In early 2001, a dispute arose between AP&S and the Cambios, Mr. Malafronte and UPG that caused AP&S to cease its representation of these clients. AP&S did certain miscellaneous work required to close matters, transfer files and make certain annual tax filings, but by the end of February 2001, AP&S ceased any substantive work for the Cambios, Mr. Malafronte and UPG, and last worked on any matter on November 12, 2001, as reflected in the Affidavit of Marianne L. Steere.

I swear under the penalty of perjury that the foregoing is true and correct.

Edward L. Maggiacomo

*404827_1.doc*