**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STATE OF RHODE ISLAND, by and through the RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT,

Plaintiff,

v.

TOWN OF COVENTRY, et. al,

Defendants.

C.A. 05-346T-LDA

## AFFIDAVIT OF TODD D. WHITE

TODD D. WHITE, being first duly sworn on oath, states as follows:

1. I am an attorney and a shareholder of Adler Pollock & Sheehan, P.C. ("AP&S"). I make this affidavit on the basis of my personal knowledge.

2. On or about June 6, 2005, AP&S was retained to represent Frances J. Perry in connection with a Complaint filed by Commerce Park Realty, LLC ("CPR") in the Rhode Island Superior Court for Kent County. Mr. Perry was a defendant in this litigation, as was his employer, Kent County Water Authority and several other persons. The matter was assigned docket number KC05-0494.

3. In the course of representing Mr. Perry in connection with this dispute, I attended a hearing before the Coventry Town Council that had been noticed for the purpose of showing cause why Mr. Perry should not be removed from his position with KCWA. At that hearing, I was informed that one or more representatives of CPR were present. Ultimately, Mr. Perry was questioned in an executive session at which no representatives of CPR were present.

4. I also attended a conference in the chambers of Rhode Island Superior Court Justice O. Rogeriee Thompson at which counsel for CPR was present. On multiple occasions, I conferred and corresponded with counsel for CPR regarding the substance of the dispute.

5. At no point in time did CPR ever suggest that my representation of Mr. Perry was a conflict of interest on the part of AP&S. Nor did CPR ever request that AP&S withdraw in its representation of Mr. Perry.

6. My representation of Mr. Perry concluded in or about the end of November 2005, when I was informed by counsel for KCWA that CPR had voluntarily dismissed its Complaint.

Todd D. White
Todd D. White

Subscribed and sworn to before me on
this 16th day of January, 2007.

April M Fontana
Notary Public
My Commission Expires: 7/25/09

*404693_1.doc*