UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND, by and through the RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF COVENTRY, et. al,<br><br>Defendants. | C.A. 05-346T-LDA |

**AFFIDAVIT OF PETER LAWSON KENNEDY**

PETER LAWSON KENNEDY, being first duly sworn on oath, states as follows:

1. I am an attorney employed by Adler Pollock & Sheehan, P.C. ("AP&S"). I make this affidavit on the basis of my personal knowledge.

2. Prior to August 30, 2006, AP&S was retained by Edward Rowse Architects, Inc. ("ERA") to commence litigation against Nicholas E. Cambio and Universal Properties Group, Inc. ("UPG").

3. On August 30, 2006, I filed a Complaint on behalf of ERA against Mr. Cambio and UPG in Rhode Island Superior Court for Providence and Bristol Counties. The Complaint was docketed as 06-4555.

4. On September 15, 2006, Mr. Cambio and UPG answered the Complaint.

5. The case is presently progressing and the parties have exchanged written discovery.

6. To date, neither Mr. Cambio nor UPG has raised any issue of a purported conflict of interest or moved to disqualify AP&S from representing ERA in the litigation.

Peter Lawson Kennedy

Subscribed and sworn to before me on
this 16th day of January, 2007.

Notary Public
My Commission Expires: 11/29/08

*404700_1.doc*