# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND, by and through
The RHODE ISLAND DEPARTMENT OF
ENVORONMENTAL MANAGEMENT,

Plaintiff

V.

C.A. 05-346T-LDA

TOWN OF COVENTRY, RHODE ISLAND
Et al.,

Defendants.

COMMERCE PARK REALTY, LLC AND COMMERCE PARK ASSOCIATES 9, LLC
ANSWER TO TOWN OF COVENTRY'S REQUEST FOR PRODUCTION OF DOCUMENTS

DOCUMENTS REQUESTED

REQUEST NO: 1. A full and complete copy (with all exhibits and appendices) of the lease.

**(FIRST)ANSWER NO: 1. Copy of "NET GROUND LEASE" executed by and between Commerce Park Associates 9, LLC and the Town of Coventry, Rhode Island.**

**(SECOND)ANSWER NO: 1. Copy of "NET GROUND LEASE" executed by and between Commerce Park Associates 9, LLC and the Town of Coventry, Rhode Island. Exhibit "A" is a description of the property (enclosed). To the best of deponents' recollection, Exhibit "B", referred to in the lease was never created as**

**evidenced by attached copy of e-mail dated November 29, 2005. Deponent denies that the indemnification provision cannot be interpreted without th[is] exhibit(s). Further as The Town of Coventry was a party to the document it is reasonable to assume that Coventry already has a copy of the document they are seeking.**

REQUEST NO: 5. All documents reflecting damages, costs or fees incurred by CPR and/or CPA9 as a result of the RIDEM Complaint.

**(FIRST)ANSWER NO: 5. Letter dated February 5, 2003 from LFR to Brian LaPlante Market Valuation done by Peter M. Scotti, Associates dated November 12, 2003; Billing Report for Commerce Park Realty, LLC; interest Calculations spreadsheet dated 3/27/2006.**

**(SECOND)ANSWER NO: 5. CPA9, LLC and CPR, LLC state that all of the documents requested in the requesting parties redefined interrogatory question[s] 5,6 and 7 <u>are</u> available for inspection at deponents place of business, 207 Quaker Lane, West Warwick, RI. The records are more specifically identified as accounts payable records of CPA9, LLC and CPR, LLC**

REQUEST NO: 6. All documents reflecting damages, costs or fees incurred by CPR and/or CPA9 as a result of the facts giving rise to the RIDEM Complaint.

**(FIRST)ANSWER NO: 6. See, Answer 5.**

**(SECOND)ANSWER NO: 6. See, Answer 5.**

REQUEST NO: 7. All documents reflecting expenditures for which you seek indemnification from Coventry in this litigation.

**(FIRST)ANSWER NO: 7.** **See, Answer 5.**

**(SECOND)ANSWER NO: 7.** **See, Answer 5.**

I VERIFY THAT THE ANSWERS CONTAINED IN THIS DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE.

**Nicholas Cambio** **date**

**Commerce Park Associates 9, LLC**
**Commerce Park Realty, LLC**
**By their Attorney,**

**Richard H. James (RI Bar ID# 4874)**
**207 Quaker Lane, Suite 300**
**West Warwick, RI 02893**
**401.828.3500 - phone**
**401.823.7329 - fax**

RECEIVED
ADLER POLLOCK ... HAN, P.C.
One C... ...oor
Providence, ...

DEC 11 2006

EXHIBIT A

That certain parcel of land with the buildings and improvements thereon situated on the easterly side of Hopkins Hill Road in the Town of Coventry, Rhode Island, bounded and described as follows:

Beginning at the southwesterly corner of the herein described parcel, said point being in the easterly line of Hopkins Hill Road at the northwesterly corner of land now or formerly of Crystal Properties, Ltd.;

Thence running northeasterly in the easterly line of Hopkins Hill Road a distance of one hundred sixty-seven and 90/100 feet (167.90') to a point;

Thence turning an interior angle of 95° 30' 20" and running easterly bounding northerly by land now or formerly of Steve A. Kohlman, a distance of three hundred thirty and 00/100 feet (330.00') to a point;

Thence turning an interior angle of 264° 29' 40" and running northerly bounding westerly by land now or formerly of Steve A. Kohlman, a distance of one hundred eighty and 23/100 feet (180.23') to a point;

Thence turning an interior angle of 95° 30' 20" and running easterly a distance of forty-five and 25/100 feet (45.25') to a point;

Thence turning an interior angle of 276° 53' 00" and running northerly a distance of one hundred seventy-nine and 21/100 feet (179.21') to a point;

Thence turning an interior angle of 99° 11' 00" and running easterly bounding northerly by land now or formerly of Superior Properties, Inc., a distance of three hundred fifty and 62/100 feet (350.62') to a point;

Thence turning an interior angle of 162° 54' 00" and running southeasterly bounding northeasterly by land now or formerly of Superior Properties, Inc., a distance of one hundred sixty-seven and 42/100 feet (167.42') to a point;

Thence turning an interior angle of 108° 53' 00" and running southerly bounding easterly by land now or formerly of Hopkins Hill Realty Associates, a distance of three hundred eighty-seven and 93/100 feet (387.93') to a point;

Thence turning an interior angle of 90° 28' 30" and running westerly bounding southerly by land now or formerly of Hopkins Hill Realty Associates, a distance of eight hundred twenty-six and 93/100 feet (826.93') to a point;

Thence turning an interior angle of 132° 03' 50" and running northwesterly bounding southwesterly by land now or formerly of Crystal Properties, Ltd., a distance of seventy-four and 10/100 feet (74.10') to a point;

Thence turning an interior angle of 226° 14' 20" and running westerly bounding southerly by land now or formerly of Crystal Properties, Ltd., a distance of one hundred thirteen and 71/100 feet (113.71') to a point;

Thence turning an interior angle of 155° 59' 40" and running northwesterly bounding southwesterly by land now or formerly of Crystal Properties, Ltd., a distance of fifty-two and 45/100 feet (52.45') to the point of beginning.

The above described parcel contains seven and 36/100 acres (7.36 AC) of land, more or less.

**Beth**

**From:** Holly Connors [hconnors@universalpropertiesgrp.com]
**Sent:** Tuesday, November 29, 2005 4:26 PM
**To:** 'sburke@rbhelaw.com'
**Subject:** Exhibit B

Hi Steve,

I spoke to Brian LaPlante, Nick and Melissa. As far as anyone knows, Exhibit B was never prepared. It simply didn't get done.

I wish I had spoken to them three hours ago BEFORE I looked at all these files.

**Holly Connors**
Director of Legal Administration
Universal Properties Group, Inc.
207 Quaker Lane, Suite 300
West Warwick, RI 02893
Phone: (401) 828-3500
Fax: (401) 823-7329