**Millsom, Geoffrey**

---

**From:** Richard James [rjames@universalri.com]
**Sent:** Thursday, November 30, 2006 3:39 PM
**To:** Millsom, Geoffrey
**Subject:** Answers and Production

Geoffrey,

I am very confident I have just received the last of the environmental reports etc. Would you mind receiving them via e-mail? Otherwise it will be a very time intensive job to run off the copies.

*Richard H. James, Esquire*
**General Counsel**

Universal Properties Group
207 Quaker Lane, Suite 300
West Warwick, RI. 02893
Phone: (401) 828-3500
Fax (401)823-7329
E-mail: rjames@universalri.com
Website: www.universalri.com

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

**Millsom, Geoffrey**

---

**From:** Richard James [rjames@universalri.com]

**Sent:** Tuesday, December 05, 2006 8:31 AM

**To:** Millsom, Geoffrey

Geoffrey,

Answers and documents will be sent out today. I have taken the liberty of providing the environmental reports on CD in Adobe acrobat format if that is OK with you.

*Richard H. James, Esquire*
**General Counsel**

Universal Properties Group
207 Quaker Lane, Suite 300
West Warwick, RI. 02893
Phone: (401) 828-3500
Fax (401)823-7329
E-mail: rjames@universalri.com
Website: www.universalri.com

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.