UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND, DEPT. OF ENVIRONMENTAL MANAGEMENT, *Plaintiff,* vs. TOWN OF COVENTRY, RHODE ISLAND; et al., *Defendants.* | C.A. No. 05-346 T |

**ENTRY OF APPEARANCE**

I, Michael A. DeSisto, hereby enter my appearance on behalf of the Town of Coventry in the above-captioned matter solely in regards to the cross-claim filed by defendants, Commerce Park Realty, LLC and Commerce Park Associates 9, LLC.

Defendant/Cross-claim Defendant,
Town of Coventry,
By its attorneys,

*/s/ Michael A. DeSisto*

Michael A. DeSisto, Esq.
Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: michael@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on and is available for viewing and downloading from the ECF system.

*/s/ Michael A. DeSisto*

Michael A. DeSisto, Esq.