**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STATE OF RHODE ISLAND, by and through the RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT, Plaintiff, | : | |
| vs. | : | C.A. No. 05-346T-LDA |
| TOWN OF COVENTRY, et al., Defendants. | : | |

**DEFENDANTS COMMERCE PARK REALTY, LLC AND COMMERCE PARK ASSOCIATES 9, LLC'S MOTION TO BRIEFLY EXTEND TIME TO OPPOSE TOWN OF COVENTRY'S MOTION TO PRECLUDE USE OF UNDISCLOSED EVIDENCE, TO DISMISS, FOR AN AWARD OF COSTS, AND AN EXTENSION OF SCHEDULING ORDER DEADLINES**

Defendants Commerce Park Realty, LLC and Commerce Associates 9, LLC (collectively the "Commerce Parties") respectfully move this Honorable Court for a brief extension of time (up to and including February 16, 2007) within which to respond to the Town of Coventry's (the "Town") Motion to Preclude Use of Undisclosed Evidence, to Dismiss, For An Award of Costs, and for an Extension of Scheduling Order Deadlines. As grounds therefore, the Commerce Parties state as follows:

1. There are currently claims pending in the State of Rhode Island, Kent County Superior Court (the "State Case") that are substantially similar, if not identical, to the claims that are the subject matter of the Town's Motion.

2. In fact, the Commerce Parties initiated the State Case in 2002, and asserted seven (7) claims against the Town in 2004 (three (3) years ago), which claims are nearly identical to those cross-claims recently initiated as defensive claims before this Honorable Court.

3. In light of the longstanding existence of the claims in the State Court, the Commerce Parties expect to file with this Honorable Court a Motion to Voluntary Dismiss such identical claims so as to proceed in a manner that serves the interests of judicial economy, and the avoidance of duplicative litigation.

4. The Commerce Parties' undersigned counsel became involved in the instant action just three (3) weeks ago, however, despite having served as the Commerce Parties' counsel for several years in the State Case.

5. Moreover, the Commerce Parties' counsel is currently in the process of moving its law practice to a different location, along with establishing a satellite office at another location.

6. Moreover, the Commerce Parties' counsel is currently in the process of merging its law practice, which merger necessitates the dedication of significant resources of counsel and support staff.

7. In light of the extraordinary time and effort that such a move and merger require during the prior, current, and following weeks, and in the interest of judicial economy concerning the proper resolution of the pending state and federal court claims for which only the state action is necessary, the Commerce Parties respectfully request that this Court grant its Motion to Briefly Extend Time to Oppose Plaintiff's Motion to Preclude Use of Undisclosed Evidence, to Dismiss, for an Award of Costs, and an Extension of Scheduling Order Deadlines.

8. No prejudice will result to any party or this Honorable Court should this brief extension be granted.

WHEREFORE, the Commerce Parties respectfully request that this Honorable Court:

1. Grant the Commerce Parties' Motion to Briefly Extend Time to Oppose Plaintiff's Motion to Preclude Use of Undisclosed Evidence, to Dismiss, for an Award of Costs, and an Extension of Scheduling Order Deadlines; and

2. Grant such other and further relief as this Honorable Court deems just and proper.

Defendants,
Commerce Park Realty, LLC and
Commerce Associates 9, LLC,
By their Attorneys,

/s/ Brian LaPlante

Brian LaPlante, Esq./#2861
Philip J. Laffey, Esq./#7292
Sarah McConnell Dubois, Esq./#6195
LaPlante Sowa Goldman
67 Cedar Street
Providence, RI 02903
TEL: (401) 273-0200
FAX: (401) 273-0250

**CERTIFICATION**

Gregory L. Benik, Esquire
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

David B. Graham, Esquire
Williamsburg Office
4801 Courthouse Street, Suite 300
Post Office Box 6000
Williamsburg, Virginia 23188

Scott L. Hammer, Esquire
Hodosh Lyon & Hammer, Ltd.
1023 Post Road
Warwick, RI 02888

Mark O. Denehy, Esquire
Geoffrey W. Millsom, Esquire
Elizabeth McDonough Noonan, Esquire
Adler Pollock & Sheehan
One Citizens Plaza, 8th Floor
Providence, RI 02903

Anthony F. Muri, Esquire
Goldenberg & Muri LLP
10 Weybosset Street
Providence, RI 02903

Brian A. Wagner, Esquire
RI DEM
Office of Legal Services
235 Promenade Street
Providence, RI 02908

Patrick J. Sullivan, Esquire
Law Offices of Patrick J. Sullivan, Esquire
505 Tiogue Avenue, Suite B
Coventry, RI 02816

I hereby certify that on this 2nd day of February 2007, I caused a true and accurate copy of the within document to be sent via electronic means through the CM/EFC system of the United States District Court to the above-listed attorneys.

/s/ Brian LaPlante