**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STATE OF RHODE ISLAND, by and through the RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT, Plaintiff, | : | C.A. 05-346T-LDA |
| v. | : | |
| TOWN OF COVENTRY, et al., Defendants. | : | |

**OBJECTION TO MOTION TO EXTEND**

The Town of Coventry, Rhode Island ("Coventry") hereby object to the Defendants Commerce Park Realty, LLC ("CPR") and Commerce Park Associates 9, LLC's ("CPA-9") Motion to Briefly Extend Time To Oppose Town of Coventry's Motion To Preclude Use Of Undisclosed Evidence, to Dismiss, for an Award of Costs, and an Extension of Scheduling Order Deadlines The grounds for this Objection are set forth in the accompanying memorandum.

Dated: Providence, Rhode Island
February 8, 2007

TOWN OF COVENTRY, RHODE ISLAND
By its Attorneys,

/s/ Geoffrey W. Millsom

Mark O. Denehy (#3492)
mdenehy@apslaw.com
Elizabeth McDonough Noonan (#4226)
enoonan@apslaw.com
Geoffrey W. Millsom (#6483)
gmillsom@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF RHODE ISLAND, by and through the RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT, | C.A. 05-346T-LDA |
| Plaintiff, | |
| v. | |
| TOWN OF COVENTRY, et al., | |
| Defendants. | |

**MEMORANDUM IN SUPPORT OF OBJECTION TO MOTION TO EXTEND**

The Town of Coventry, Rhode Island ("Coventry") submits this memorandum in support of its Objection to Defendants Commerce Park Realty, LLC ("CPR") and Commerce Park Associates 9, LLC's ("CPA-9") Motion to Briefly Extend Time To Oppose Town of Coventry's Motion To Preclude Use Of Undisclosed Evidence, to Dismiss, for an Award of Costs, and an Extension of Scheduling Order Deadlines (the "Motion to Extend").

**ARGUMENT**

Coventry simply wants to obtain the discovery it first requested in September of 2006 and has diligently pursued since that time. Although Coventry and its counsel empathize with counsel for CPR and CPA-9 and wish to extend them every courtesy in their time of transition, they cannot stand silent in response to the Motion to Extend. This is because the Motion to Extend does not seek an extension of time for the purpose of gathering the requested discovery or responding to Coventry's motion to preclude

undisclosed evidence. Rather, it seeks additional time in order to bring a motion to voluntarily dismiss this case.

In the Motion to Extend, CPR and CPA-9 (who are now on their third set of lawyers in as many months) indicated that they have now decided that they want to voluntarily dismiss the legal claims that they initiated in this court because they are "substantially similar" to the claims they brought in another case brought in state court with respect to a different parcel of property than the one at issue in this case. They anticipate bringing this motion despite the following facts:

- On August 23, 2005, CPR and CPA-9 filed with this Court a Notice of Pendency Of Other Actions or Proceedings In which they identified two Rhode Island State Superior Court cases including: (1) a case initiated by Coventry to invalidate the Net Ground Lease that is the subject of their state law cross-claims against Coventry in this case; and (2) a case they initiated involving a parcel of property adjacent to the former Coventry Landfill (which they now suggest mandates the dismissal of their cross-claims);

- On or about July 13, 2006 CPR and CPA-9 filed a motion to dismiss the case initiated by Coventry seeking to invalidate the Net Ground Lease. (Coventry agreed to withdraw this action without prejudice);

- On November 8, 2006, Coventry was forced to move to dismiss Count V of the cross-claim, despite the fact that the Court already had ruled that this count was deficient as a matter of law;

- On November 17, 2006, Coventry was forced to move to compel discovery responses in this case;

- On December 8, 2006, Coventry moved to amend its Answer in order to capture the state law contractual defenses and theories that had been pled in the voluntarily withdrawn state court action;

- On December 27, 2007 CPR and CPA-9 filed a motion to disqualify Coventry's attorneys, to which Coventry was forced to respond;

- On January 16, 2007, Coventry was forced to file a second Rule 37 motion regarding the same discovery requests that were the subject of the first motion to dismiss.

In light of the foregoing facts, the additional time (less apparent) time spent responding to the cross-claims, and the considerable time, effort and expense that have been thrust upon Coventry by virtue of the actions and/or inactions CPR and CPA-9 in this case, the blithe assertion by CPR and CPA-9 that they now should be afforded additional time in order to prepare a Motion for Voluntary Dismissal and not to comply with the outstanding discovery requests is disturbing, to say the least. In any event, it is not a sufficient justification for the requested extension.

Moreover, the Motion to Extend is inherently suspect, because was it filed on the deadline for responding Town of Coventry's Motion To Preclude Use Of Undisclosed Evidence, to Dismiss, for an Award of Costs, and an Extension of Scheduling Order Deadlines. CPR and CPA-9 did not provide the Court with sufficient time to consider the motion or Coventry time to oppose it. In essence, CPR and CPA-9 have attempted to take the ultimate decision out of the Court's hands and render the Court's determination on their Motion to Amend moot – to be sure, CPR and CPA-9 have taken the extension, their motion merely advises the Court of that fact. They are counting on the fact that, even if the Court rules against an extension, it will buy them sufficient time to prepare whatever papers they intend to file.

Therefore, Coventry requests that the Motion to extend be denied and Town of Coventry's Motion To Preclude Use Of Undisclosed Evidence, to Dismiss, for an Award of Costs, and an Extension of Scheduling Order Deadlines be granted as unopposed.

Dated: Providence, Rhode Island
February 8, 2007

TOWN OF COVENTRY, RHODE ISLAND
By its Attorneys,

/s/ Geoffrey W. Millsom

Mark O. Denehy (#3492)
mdenehy@apslaw.com
Elizabeth McDonough Noonan (#4226)
enoonan@apslaw.com
Geoffrey W. Millsom (#6483)
gmillsom@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Objection To Motion To Extend and supporting memorandum through the ECF system on the 8th day of February, 2007, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 05-346T-LDA and was sent by regular mail to the following counsel of record:

| | |
|---|---|
| Patrick J. Sullivan<br>Law Offices of Patrick J. Sullivan, Esq.<br>505 Tiogue Ave.<br>Suite B<br>Coventry, RI 02816 | |

/s/ Geoffrey W. Millsom