STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2002-0303 INTERSTATE OPTIONS, LLC., ET AL VS A. CARDI REALTY

Filing Date: 04-01-2002
Case Status: UNASSIGNED

Case Type: REAL PROPERTY
Status Date: 04-01-2002

| Party | Attorney |
|---|---|
| 3rd Party Pltf: ANTONIO CARDI<br>ID: @10161304 | |
| 3rd Party Pltf: STEPHEN CARDI<br>ID: @10161306 | |
| 3rd Party Pltf: A CARDI REALTYASSOCIATES<br>ID: @10247227 | |
| 3rd Party Pltf: ARNOLD ROAD REALTY LLC<br>ID: @10248632 | |
| Plaintiff: COMMERCE PARK REALTY LLC<br>ID: @10251827 | Attorney: ROBERT CRAVEN<br>Attorney: RICHARD JAMES<br>Attorney: BRIAN LAPLANTE |
| 3rd Party Pltf: CARDI CORPORATION<br>ID: @10250621 | |
| Plaintiff: INTERSTATE OPTIONS LLC<br>ID: @10257625 | Attorney: ROBERT CRAVEN<br>Attorney: RICHARD JAMES |
| Defendant: ANTONIO CARDI<br>ID: @10161303 | Attorney: ANTHONY MURI<br>Attorney: JERRY ELMER<br>Attorney: ANTHONY MURI<br>Attorney: JERRY ELMER |
| Defendant: STEPHEN CARDI<br>ID: @10161305 | Attorney: ANTHONY MURI<br>Attorney: JERRY ELMER<br>Attorney: ANTHONY MURI<br>Attorney: JERRY ELMER |
| 3rd Party Defn: MARYELLEN SHARDLOW<br>ID: @10161307 | Attorney: PAUL SPRAGUE<br>Attorney: PATRICK SULLIVAN |
| Defendant: A CARDI REALTYASSOCIATES<br>ID: @10247227 | Attorney: ANTHONY MURI<br>Attorney: JERRY ELMER<br>Attorney: ANTHONY MURI<br>Attorney: JERRY ELMER |
| Defendant: ARNOLD ROAD REALTY LLC<br>ID: @10248632 | Attorney: ANTHONY MURI<br>Attorney: JERRY ELMER<br>Attorney: ANTHONY MURI<br>Attorney: JERRY ELMER |
| Defendant: CARDI CORPORATION<br>ID: @10250621 | Attorney: ANTHONY MURI<br>Attorney: JERRY ELMER<br>Attorney: ANTHONY MURI<br>Attorney: JERRY ELMER |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 02-26-2007 | MOTION FOR ATTORNEY FEES | K 4C | THOMPSON |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2002-0303 INTERSTATE OPTIONS, LLC., ET AL VS A. CARDI REALTY

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 04-01-2002 | COMPLAINT FILED | |
| 05-02-2002 | SUMMONS,PROOF OF SERVICE FILED | UPON ARNOLD ROAD REALTY SERVED ON 4/10 BY CONSTABLE |
| 05-02-2002 | SUMMONS,PROOF OF SERVICE FILED | UPON STEPHEN CARDI SERVED ON 4/10 BY CONSTABLE |
| 05-02-2002 | SUMMONS,PROOF OF SERVICE FILED | UPON ADLER, POLLACK & SHEEHAN SERVED ON 4/08 BY CONSTABLE |
| 05-02-2002 | SUMMONS,PROOF OF SERVICE FILED | UPON A. CARDI REALTY CO. SERVED ON 4/10 BY CONSTABLE |
| 05-17-2002 | SUMMONS,PROOF OF SERVICE FILED | UPON A. CARDI REALTY ASSOC. SERVED ON 5/14 BY CONSTABLE |
| 05-20-2002 | ANSWER FILED | OF ALL DEFS |
| 05-20-2002 | MOT TO FILE 3RD PARTY COMPLAIN | DEFS MTN |
| 05-21-2002 | SUMMONS,PROOF OF SERVICE FILED | UPON DEF ANTONIO CARDI SERVED ON 5/15 BY CONSTABLE |
| 05-23-2002 | INTEROGATORIES FILED | PLFS TO DEF CARDI CORPORATION |
| 05-23-2002 | REQUEST FOR PRODUCTION FILED | PLFS TO DEF CARDI CORP. |
| 05-23-2002 | INTEROGATORIES FILED | PLFS TO DEF A. CARDI REALTY ASSOCIATES |
| 05-23-2002 | REQUEST FOR PRODUCTION FILED | PLFS TO DEF A. CARDI REALTY ASSOC. |
| 05-23-2002 | INTEROGATORIES FILED | PLFS TO DEF A. CARDI REALTY COMPANY, INC. |
| 05-23-2002 | REQUEST FOR PRODUCTION FILED | PLFS TO DEF A. CARDI REALTY COMPANY, INC. |
| 05-23-2002 | INTEROGATORIES FILED | PLFS TO DEF ARNOLD ROAD REALTY, LLC. |
| 05-23-2002 | REQUEST FOR PRODUCTION FILED | PLFS TO DEF ARNOLD ROAD REALTY LLC |
| 05-23-2002 | INTEROGATORIES FILED | PLFS TO DEF ANTONIO B. CARDI |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2002-0303 INTERSTATE OPTIONS, LLC., ET AL VS A. CARDI REALTY

| | | |
|---|---|---|
| 05-23-2002 | REQUEST FOR PRODUCTION FILED | PLFS TO DEF ANTONIO B. CARDI |
| 05-23-2002 | INTEROGATORIES FILED | PLFS TO DEF STEPHEN A. CARDI |
| 05-23-2002 | REQUEST FOR PRODUCTION FILED | PLFS TO DEF STEPHEN CARDI |
| 05-29-2002 | INTEROGATORIES FILED | DEFS TO PLFS |
| 05-29-2002 | REQUEST FOR PRODUCTION FILED | DEFS TO PLFS |
| 06-17-2002 | NOTICE TO TAKE DEPO FILED | UPON ANTONIO CARDI |
| 06-17-2002 | NOTICE TO TAKE DEPO FILED | UPON STEPHEN CARDI |
| 07-01-2002 | STIPULA FILED,EXTEN OF TIME | B/A, DEFS MAY HAVE UP TO 7/11 TO ANSWER/RESPOND |
| 07-10-2002 | ORD MOTION FOR EXTEN OF TIME | DEFS MTN TO FILE 3RD PTY COMPLAINT |
| 07-10-2002 | GRANTED UNDER RULE OF COURT | |
| 07-12-2002 | ANSWERS TO INTEROGG FILED | OF DEF CARDI CORPORATION TO PFL |
| 07-12-2002 | RESPONSE TO REQUEST FOR PROD | DEFS TO PLFS |
| 07-12-2002 | THIRD PARTY COMPLAINT FILED | DEFS TO FRANCIS FROBEL |
| 07-12-2002 | ANSWERS TO INTEROGG FILED | OF DEF STEPHEN CARDI TO PLF |
| 07-12-2002 | ANSWERS TO INTEROGG FILED | OF DEF ANTONIO CARDI TO PLF |
| 07-12-2002 | ANSWERS TO INTEROGG FILED | OF DEF ARNOLD ROAD REALTY TO PLF |
| 07-12-2002 | ANSWERS TO INTEROGG FILED | OF DEF A CARDI REALTY CO TO PLF |
| 07-12-2002 | ANSWERS TO INTEROGG FILED | OF DEF A CARDI REALTY ASSOC. TO PLF |
| 07-15-2002 | STIPULA FILED,EXTEN OF TIME | B/A, PLFS HAVE UNTIL 7/29 TO ANSWER/RESPOND |
| 07-17-2002 | REQUEST FOR PRODUCTION FILED | DEFS TO PLF |
| 07-17-2002 | SUPPLME RSPNSE TO REQ PRODUC | DEFS TO PLF |
| 08-05-2002 | STIPULA FILED,EXTEN OF TIME | B/A, PLFS HAVE UP TO 8/2 TO ANSWER/RESPOND |
| 08-06-2002 | ANSWERS TO INTEROGG FILED | PLFS TO DEFS |
| 08-06-2002 | RESPONSE TO REQUEST FOR PROD | PLFS TO DEFS |
| 08-06-2002 | RESPONSE TO REQUEST FOR PROD | PLFS TO DEFS RESPONSES FILED IN BOX ATOP FILE DRAWER |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2002-0303 INTERSTATE OPTIONS, LLC., ET AL VS A. CARDI REALTY

| | | |
|---|---|---|
| 08-15-2002 | ANSWER FILED | FRANCIS FROBEL |
| 08-15-2002 | SUMMONS,PROOF OF SERVICE FILED | UPON DEF TOWN OF COVENTRY, SERVED ON 8/9 BY DISINTERESTED PTY |
| 08-16-2002 | REQUEST FOR PRODUCTION FILED | DEF CARDI TO CO- DEF UNIVERSAL TRUCK |
| 08-16-2002 | REQUEST FOR PRODUCTION FILED | DEF CARDI TO CO- DEF JOHN CAITO CORP. |
| 08-19-2002 | SUBPOENA DUCES TECUM | UPON JOHN P. CAITO CORP. |
| 08-21-2002 | SUBPOENA DUCES TECUM | UPON UNIVERSAL TRUCK & EQUIPMENT LEASING, INC |
| 09-09-2002 | REQUEST FOR PRODUCTION FILED | DEF TO CNA HOLDINGS, INC. |
| 09-09-2002 | SUBPOENA DUCES TECUM | UPON CNA HOLDINGS, INC |
| 09-09-2002 | REQUEST FOR PRODUCTION FILED | DEFS TO 3RD PTY DEF |
| 09-17-2002 | RESPONSE | OF DEFS TO PLFS MTQ AND/OR MPO |
| 09-23-2002 | MOTION FOR PROTECTIVE ORDER | PLFS MTN - NOT TIMELY FOR 9/23 |
| 09-23-2002 | MOTION FOR PROTECTIVE ORDER | SUBPOENAS TO BE MODIFIED |
| 09-23-2002 | DENIED | |
| 10-01-2002 | ORDER, MOT FOR PROTECTIVE ORD | JUSTICE: MARK PFEIFFER |
| 10-01-2002 | DENIED | |
| 10-07-2002 | INTEROGATORIES FILED | PLFS 2ND SET TO DEF STEPHEN CARDI |
| 10-07-2002 | INTEROGATORIES FILED | PLFS 2ND SET TO DEF A. CARDI REALTY ASSOC. |
| 10-07-2002 | INTEROGATORIES FILED | PLFS 2ND TO DEF A. CARDI REALTY CO. INC |
| 10-07-2002 | INTEROGATORIES FILED | PLFS 2ND TO DEF ARNOLD ROAD REALTY |
| 10-07-2002 | INTEROGATORIES FILED | PLFS 2ND TO DEF ANTONIO CARDI |
| 10-07-2002 | INTEROGATORIES FILED | PLFS 2ND TO DEF CARDI CORPORATION |
| 10-11-2002 | NOTICE TO TAKE DEPO FILED | UPON NICHOLAS CAMBIO |
| 10-11-2002 | NOTICE TO TAKE DEPO FILED | UPON VINCENT CAMBIO |
| 10-11-2002 | NOTICE TO TAKE DEPO FILED | UPON RONEY MALAFRONTE |
| 10-28-2002 | MOTION TO COMPEL PRODUCTION | DEFS 3RD PTY DEF |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2002-0303 INTERSTATE OPTIONS, LLC., ET AL VS A. CARDI REALTY

| | | |
|---|---|---|
| 11-07-2002 | NOTICE TO TAKE DEPO FILED | UPON VINCENT CAMBIO |
| 11-07-2002 | NOTICE TO TAKE DEPO FILED | UPON RONEY MALAFRONTE |
| 11-14-2002 | ANSWERS TO INTEROGG FILED | A. CARDI REALTY TO COMMERCE PARK |
| 11-14-2002 | ORDR, MOT TO COMPL REQ PROD | DEFS MTN - 3RD PTY DEF HAS 21 DAYS TO COMPLY |
| 11-14-2002 | GRANTED UNDER RULE OF COURT | |
| 11-14-2002 | ANSWERS TO INTEROGG FILED | A. CARDI REALTY TO COMMERCE PARK'S 2ND SET |
| 11-14-2002 | ANSWERS TO INTEROGG FILED | ARNOLD ROAD REALTY TO COMMERCE PARK |
| 11-14-2002 | ANSWERS TO INTEROGG FILED | CARDI CORP. TO COMMERCE PARK |
| 11-14-2002 | ANSWERS TO INTEROGG FILED | ANTONIO CARDI TO COMMERCE PARK |
| 11-14-2002 | ANSWERS TO INTEROGG FILED | STEPHEN CARDI TO COMMERCE PARK |
| 11-26-2002 | MOTION TO COMPEL ANSW INTEROG | DEFS MTN |
| 11-26-2002 | MOTION TO COMPEL PRODUCTION | DEFS MTN |
| 12-09-2002 | MOTION TO COMPEL ANSW INTEROG | CON'T TO 12/16 PER JUDGE PFEIFFER |
| 12-09-2002 | PASSED | |
| 12-09-2002 | MOTION TO COMPEL ANSW INTEROG | CONVERSION -EVENT HISTORY- |
| 12-09-2002 | MOTION TO COMPEL PRODUCTION | CONVERSION -EVENT HISTORY- |
| 12-13-2002 | RESPONSE TO REQUEST FOR PROD | 3RD PTY DEF |
| 12-16-2002 | AFFIDAVIT FILED | OF DEFS CARDI IN SUPPORT OF MSJ |
| 12-16-2002 | MOTION TO COMPEL ANSW INTEROG | DEFS MTN |
| 12-16-2002 | GRANTED | |
| 12-16-2002 | MOTION TO COMPEL PRODUCTION | DEFS MTN |
| 12-16-2002 | GRANTED | |
| 12-16-2002 | MEMO IN SUPPORT MOT SUM JUDG | DEF CARDI'S MTN |
| 12-16-2002 | OTHER DOCUMENT | APPENDIX OF CASES IN SUPPORT OF MSJ 2 FILED |
| 12-16-2002 | MOTION TO COMPEL ANSW INTEROG | CONVERSION -EVENT HISTORY- |
| 12-16-2002 | MOTION TO COMPEL PRODUCTION | CONVERSION -EVENT HISTORY- |
| 12-31-2002 | NOTICE TO TAKE DEPO FILED | AMENDED UPON DEF ANTONIO CARDI |
| 12-31-2002 | NOTICE TO TAKE DEPO FILED | AMENDED UPON DEF STEPHEN CARDI |
| 01-06-2003 | ORDER, MOTION TO COMPEL ANS | DEFS MTN - PLFS SHALL RESPOND ON OR B-4 1/6/03 |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2002-0303 INTERSTATE OPTIONS, LLC., ET AL VS A. CARDI REALTY

| | | |
|---|---|---|
| | | JUSTICE: MARK PFEIFFER |
| 01-06-2003 | GRANTED | |
| 01-13-2003 | MOTION FOR CONTINUANCE | PLFS MTN |
| 01-13-2003 | PASSED | |
| 01-13-2003 | STIPULATION FILED | DEFS MSJ CON'T FROM 1/27 TO 2/24 |
| 01-13-2003 | BY AGREEMENT | |
| 01-13-2003 | MOTION FOR CONTINUANCE | CONVERSION -EVENT HISTORY- |
| 01-23-2003 | SUPPLME RSPNSE TO REQ PRODUC | PLFS TO DEF |
| 01-23-2003 | SUPPLEM ANS TO INTEROG FILE | PLFS TO DEF |
| 02-18-2003 | MEMORANDUM FILED | OF PLF IN SUPPORT OF OBJ TO DEFS MSJ |
| 02-21-2003 | OBJECTION NOT TIMELY FILED | OF DEFS TO PLFS CROSS-MTN FOR S/J AS TO COUNT II |
| 02-24-2003 | MOTION FOR SUMMARY JUDGMENT | DEFS MTN - CON'T TO 3/24 FOR DECISION |
| 02-24-2003 | MOTION FOR SUMMARY JUDGMENT | CONVERSION -EVENT HISTORY- |
| 02-27-2003 | MEMORANDUM FILED | DEFS REPLY MEMO |
| 03-17-2003 | DEFENSE ATTY ON OTH CALENDAR | COPY OF DRAFT OF OPTION AGREEMENT |
| 03-24-2003 | OTHER DOCUMENT | CON'T TO 4/28 FOR DECISION ON MSJ |
| 03-24-2003 | PASSED | |
| 03-24-2003 | OTHER DOCUMENT | CONVERSION -EVENT HISTORY- |
| 04-28-2003 | OTHER DOCUMENT | FOR DECISION, OTE |
| 04-28-2003 | GRANTED IN PART | |
| 04-28-2003 | OTHER DOCUMENT | CONVERSION -EVENT HISTORY- |
| 05-02-2003 | ORDER, MOT FOR SUM JUDGMENT | DEFS MSJ AS TO COUNT I JUSTICE: MARK PFEIFFER |
| 05-02-2003 | DENIED | |
| 05-02-2003 | ORDER, MOT FOR SUM JUDGMENT | PLFS MSJ AS TO COUNT II JUSTICE: MARK PFEIFFER |
| 05-02-2003 | DENIED | |
| 05-02-2003 | ORDER, MOT FOR SUM JUDGMENT | DEFS MSJ AS TO COUNT II JUSTICE: MARK PFEIFFER |
| 05-02-2003 | GRANTED | |
| 05-02-2003 | ORDER, MOT FOR SUM JUDGMENT | DEFS MSJ AS TO COUNT III JUSTICE: MARK PFEIFFER |
| 05-02-2003 | GRANTED | |
| 05-12-2003 | REQUEST FOR PRODUCTION FILED | |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2002-0303 INTERSTATE OPTIONS, LLC., ET AL VS A. CARDI REALTY

| | | |
|---|---|---|
| 05-13-2003 | SUBPOENA DUCES TECUM | TO RESOURCE CONTROL ASSOCIATES |
| 06-18-2003 | RESPONSE TO REQUEST FOR PROD | PLFS TO DEF |
| 06-30-2003 | MOTION TO COMPEL | DEFN'S |
| 07-14-2003 | MOTION TO COMPEL | CONT'D 7/28 |
| 07-14-2003 | PASSED | |
| 07-14-2003 | MOTION TO COMPEL | CONVERSION -EVENT HISTORY- |
| 07-28-2003 | MOTION TO COMPEL | CONT'D B/A 8/25 |
| 07-28-2003 | PASSED | |
| 07-28-2003 | MOTION TO COMPEL | CONVERSION -EVENT HISTORY- |
| 08-25-2003 | MOTION TO COMPEL | |
| 08-25-2003 | PASSED | |
| 08-25-2003 | MOTION TO COMPEL | CONVERSION -EVENT HISTORY- |
| 08-27-2003 | MOTION TO COMPEL PRODUCTION | DEFN'S |
| 09-22-2003 | MOTION TO COMPEL PRODUCTION | B/A PER ATTY ANTHONY MURI---OTE---- JUSTICE: STEPHEN NUGENT |
| 09-22-2003 | MOTION TO COMPEL PRODUCTION | CONVERSION -EVENT HISTORY- |
| 09-29-2003 | NOTICE TO TAKE DEPO FILED | OF DEF UPON JULIE KOPP |
| 09-29-2003 | REQUEST FOR PRODUCTION FILED | OF DEF TO PLF |
| 10-06-2003 | NOTICE TO TAKE DEPO FILED | AMENDED OF JULIE KOPP |
| 10-10-2003 | SUBPOENA DUCES TECUM | |
| 11-06-2003 | RESPONSE TO REQUEST FOR PROD | OF PLF TO DEF |
| 11-25-2003 | MOTION TO COMPEL PRODUCTION | DEFS MOT |
| 12-05-2003 | LETTER FILED | MCA WITHDRAWN WITHOUT PREJUDICE |
| 12-08-2003 | MOTION TO COMPEL PRODUCTION | JUSTICE: MARK PFEIFFER |
| 12-08-2003 | PASSED | |
| 12-08-2003 | MOTION TO COMPEL PRODUCTION | CONVERSION -EVENT HISTORY- |
| 12-10-2003 | REQUEST FOR PRODUCTION FILED | OF DEF TO 3RD PRTY DEF |
| 01-20-2004 | OBJECTION FILED | DEFS OBJ TO PLF MOT TO AMEND--TO BE HRD 2/23/04 |
| 01-26-2004 | MOTION TO AMEND COMPLAINT | JUSTICE: MARK PFEIFFER |
| 01-26-2004 | PASSED | |
| 01-26-2004 | STIPULATION FILED | CONTINUING B/A MOT TO AMEND COMPLAINT--FR 1/26/04 |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2002-0303 INTERSTATE OPTIONS, LLC., ET AL VS A. CARDI REALTY

| | | |
|---|---|---|
| | | TO 2/23/04 |
| 01-26-2004 | MOTION TO AMEND COMPLAINT | CONVERSION -EVENT HISTORY- |
| 02-05-2004 | OBJCTN TO REQUEST FOR PRODUCTN | OF 3RD PARTY DEF TO 3RD PARTY PLF |
| 02-09-2004 | MOTION TO COMPEL PRODUCTION | DEFS MOT |
| 02-17-2004 | MEMORANDUM FILED | OF DEF IN SUPPORT OF OBJ TO PLFS MOT TO AMEND |
| 02-23-2004 | MOTION TO AMEND COMPLAINT | JUSTICE: MARK PFEIFFER |
| 02-23-2004 | GRANTED | |
| 02-23-2004 | MOTION TO AMEND COMPLAINT | CONVERSION -EVENT HISTORY- |
| 02-26-2004 | AMENDED COMPLAINT FILED | |
| 02-26-2004 | ORDER, MOT TO AMEND COMPLAINT | AS TO COUNT II & III DENIED. AS TO COUNT IV,X, & XI GRANTED. JUSTICE: MARK PFEIFFER |
| 02-26-2004 | GRANTED IN PART | |
| 02-27-2004 | ORDER, MOT TO AMEND COMPLAINT | SEE ORDER FOR SPECIFIC DETAILS JUSTICE: MARK PFEIFFER |
| 02-27-2004 | GRANTED IN PART | |
| 03-03-2004 | ENTRY OF APPEARANCE | FOR DEF ENTRY ATTORNEY: PATRICK SULLIVAN |
| 03-03-2004 | STIPULA FILED,EXTEN OF TIME | CARDI DEFS MAY HAVE UNTIL 3/18/04 TO ANSWER |
| 03-18-2004 | AMENDED ANSWER TO COMPLAINT | OF CARDI REALTY ASSOC,CARDI REALTY CO,ARNOLD REALTY LLC,CARDI CORP & STEPHEN CARDI |
| 04-29-2004 | AMENDED ANSWER TO COMPLAINT | OF TOWN OF COVENTRY |
| 04-29-2004 | STIPULA FILED,EXTEN OF TIME | DEF HAS UNTIL 4/30/04 TO ANSWER |
| 06-03-2004 | MEMO IN SUPPORT MOT TO DISMISS | DEF CARDIS |
| 06-14-2004 | REQUEST FOR PRODUCTION FILED | OF PLF TO DEF |
| 06-17-2004 | CONSENT ORDER ENTERED | --SEE ORDER FOR DETAILS---MARYELLEN SHARDLOW, TREASURER COVENTRY IS SUB STITUTED FOR 3RD PRTY DEF REPLACING ACTING TREASURER FRANCIS FROBEL JUSTICE: MARK PFEIFFER |
| 06-29-2004 | INTEROGATORIES FILED | OF PLF TO DEF |
| 07-12-2004 | MOTION TO DISMISS | ----OTE----- JUSTICE: MARK PFEIFFER |
| 07-12-2004 | MOTION TO DISMISS | CONVERSION -EVENT HISTORY- |
| 07-23-2004 | STIPULA FILED, CASE SETTLED | DISMISSAL CONCERNING COUNTS V1,V11, & VIII AS RELATE TO CARDI DEFS. DISMISSED W/PREJUDICE, NO COSTS |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2002-0303 INTERSTATE OPTIONS, LLC., ET AL VS A. CARDI REALTY

| | | |
|---|---|---|
| | | SHALL BE ASSESSED. |
| 10-25-2004 | MOTION TO APPOINT COMMISSIONER | JUSTICE: OJETTA THOMPSON |
| 10-25-2004 | GRANTED | |
| 10-25-2004 | ORDER, MOTN TO APPNT COMMISS | DEF CARDI'S MOT JUSTICE: OJETTA THOMPSON |
| 10-25-2004 | GRANTED | |
| 10-25-2004 | MOTION TO APPOINT COMMISSIONER | CONVERSION -EVENT HISTORY- |
| 10-27-2004 | NOTICE TO TAKE DEPO FILED | OF DEF UPON ALFRED CARDI |
| 11-15-2004 | NOTICE TO TAKE DEPO FILED | 2ND AMENDED OF ALFRED CARDI |
| 02-09-2005 | REQUEST FOR PRODUCTION FILED | OF DEF TO PLF |
| 03-10-2005 | ENTRY OF APPEARANCE | FOR PLFS ENTRY ATTORNEY: ROBERT CRAVEN |
| 03-10-2005 | WITHDRAWAL OF APPEARANCE | ATTY BRIAN LAPLANTE FOR PLFS |
| 05-11-2005 | RESPONSE TO REQUEST FOR PROD | PLF TO DEF CARDI REALTY ASSOC |
| 02-01-2006 | ENTRY OF APPEARANCE | FOR PLFS |
| 02-14-2006 | NOTICE TO TAKE DEPO FILED | NICHOLAS CAMBIO |
| 05-04-2006 | NOTICE TO TAKE DEPO FILED | OF NICHOLAS CAMBIO<br>Affiliated: A CARDI REALTYASSOCIATES |
| 05-23-2006 | NOTICE TO TAKE DEPO FILED | OF NICHOLAS CAMBIO<br>Affiliated: A CARDI REALTYASSOCIATES |
| 06-06-2006 | NOTICE TO TAKE DEPO FILED | OF NICHOLAS E CAMBIO<br>Affiliated: A CARDI REALTYASSOCIATES |
| 09-08-2006 | REQUEST FOR PRODUCTION FILED | TO PLTF'S 6TH REQUEST<br>Affiliated: CARDI, ANTONIO B |
| 10-25-2006 | MOTION TO WITHDRAW | HEARING DATE - 11-07-06***NOT A MOTION DAY***<br>Affiliated: COMMERCE PARK REALTY LLC |
| 10-25-2006 | AFFIDAVIT FILED | OF J. RICHARD RATCLIFFE |
| 11-15-2006 | ENTRY OF APPEARANCE | Affiliated: COMMERCE PARK REALTY LLC |
| 11-16-2006 | WITHDRAWAL OF APPEARANCE | RICHARD RATCLIFF, ESQ |
| 01-16-2007 | ENTRY OF APPEARANCE | BY BRIAN LAPLANTE, ESQ<br>Affiliated: COMMERCE PARK REALTY LLC |
| 02-14-2007 | MOTION TO COMPEL PRODUCTION | GRANTED UNDER RULE OF COURT AS OF 2/26/07. 2 FILED |