C

ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2210
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

April 5, 2007

Brian LaPlante, Esq.
LaPlante Sowa Goldman
West Exchange Center
67 Cedar Street
Providence, RI 02903

Re: The Town of Coventry v. Commerce Park Associates 9, LLC
C.A. No. 06-579

Dear Brian:

We have reviewed Judge Almond's April 4, 2007 report and recommendation and, although the Commerce Park Defendants have 10 days to appeal, we believe that it is in all parties' interests to at least prepare to move forward on the assumption that it will be adopted. According, we request that you provide us with a list of available dates for the previously noticed depositions of Commerce Park Realty, LLC, Commerce Park Associates 9, LLC and Nicholas E. Cambio. Once you provide us with available dates, we will serve amended notices of deposition.

Also, pursuant to paragraph 7 of the Scheduling Order in this case, we would like to confer with you regarding the Town of Coventry's proposed summary judgment motion. Please provide me with some available dates and times for this purpose.

Thank you.

Very truly yours,

GEOFFREY W. MILLSOM
GWM:sjt

cc: Elizabeth M. Noonan, Esq.
Patrick J. Sullivan, Esq.
Michael A. DeSisto, Esq.

*413921_1.doc*