**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STATE OF RHODE ISLAND, by and through the RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT, Plaintiff, | : | |
| vs. | : | C.A. No. 05-346T-LDA |
| TOWN OF COVENTRY, et al., Defendants. | : | |

**DEFENDANTS COMMERCE PARK REALTY, LLC AND COMMERCE PARK ASSOCIATES 9, LLC'S SECOND SUPPLEMENTAL ANSWERS TO CO-DEFENDANT TOWN OF COVENTRY'S FIRST SET OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendants Commerce Park Realty, LLC ("CPR") and Commerce Park Associates 9, LLC ("CPA 9") (collectively referred to as "Defendants") hereby supplement their Answers to Co-Defendant Town of Coventry's ("Co-Defendant" or the "Town") First Set of Interrogatories as follows:

**INTERROGATORY NO. 1:**

Please state the full name(s) and address of every person who provided any factual information upon which the answers to these interrogatories is based. For each person, identify the interrogatories responses that incorporate the information provided.

**INITIAL ANSWER:**

Mr. Nicholas Cambio
207 Quaker Lane
West Warwick, RI 02893

Stephen Burke, Esquire
1600 Financial Plaza
Providence, RI 02903

Ms. Beth Azero
207 Quaker Lane
West Warwick, RI 02893

Ms. Melissa Faria
207 Quaker Lane
West Warwick, RI 02893

**INTERROGATORY NO. 7:**

Itemize all damages, costs or fees incurred by CPR and/or CPA 9, as a result of the RIDEM complaint.

**INITIAL ANSWER:**

Damages incurred by CPR and/ CPA9 to date, as a result of the RIDEM complaint, include, but may not be limited to the damages listed in answer to request for production answers numbers 6 and 7.

**SUPPLEMENTAL ANSWER:**

Damages incurred by CPR and/or CPA 9 to date, as a result of the RIDEM complaint, include, but may not be limited to:

1. Development costs at site of former dump:
   a. Sixty-One Thousand Five Hundred Ninety-Eight and 17/100 Dollars ($61,598.17).

2. Legal Fees:
   a. Ninety-Five Thousand Seven Hundred Eighty-Eight and 45/100 Dollars (95,788.45).

3. Lost value of adjacent real estate:
   a. Twelve Million and 00/100 Dollars ($12,000,000.00).

4. Interest accrued on debt to purchase adjacent property:
   a. Four Million Five Hundred Thousand and 00/100 Dollars ($4,500,000.00).

5. Estimated value of leasehold interest in Landfill over lease term:

a. Eight Million and 00/100 Dollars ($8,000,000.00).

6. Interest and costs on all of the above to be computed at the conclusion of this action.

**SECOND SUPPLEMENTAL ANSWER:**

Defendants have previously provided information and figures which are reasonably reflective of damages Defendants have sustained. The efforts to analyze and determine the extent of harm continue. The total calculation of the damages is inherently dependant upon the completion of the investigation regarding the nature and extent of the contamination at the Landfill and the adjacent properties. As such, any calculation heretofore constitutes an estimate and the true damages suffered by Defendants will not be known until the investigation of the contamination is complete.

In additional to the estimated figures provided previously, the approximate value of the landfill and adjacent property, and the loss in value to Defendants, can be analyzed as follows:

a. The adjacent property contains approximately eighteen and 87/100 (18.87) acres of unusable land pursuant to the contamination which is the subject matter of this litigation.

b. The Landfill comprises approximately ten (10) acres.

c. The average sale price of comparable, uncontaminated parcels in the subject development is approximately Five Hundred Thousand and 00/100 Dollars ($500,000.00) per acre.

d. The median annual leasehold value of building space on comparable, uncontaminated parcels in the subject development is approximately Twenty-Five and 00/100 Dollars ($25.00) per square foot.

e. The average annual leasehold value of building space on comparable, uncontaminated parcels in the subject development is approximately Twenty and 00/100 Dollars ($20.00) per square foot.

**INTERROGATORY NO. 8:**

Itemize all damages, costs or fees incurred by CPR and/or CPA9, as a result of the facts giving rise to the RIDEM complaint.

**INITIAL ANSWER:**

See answer number 7.

**SUPPLEMENTAL ANSWER:**

Objection. The explanation of the question given by the Town of Coventry creates a hypothetical situation upon which deponent cannot ascertain. Notwithstanding the Objection; item #1 a.) in answer 7 above, represents the legal costs to defend the RIDEM suit.

**SECOND SUPPLEMENTAL ANSWER:**

Please see Initial Answer, Supplemental Answer and Second Supplemental Answer to Interrogatory No. 7. Additionally, please see Bates Stamped documents produced in a readily usable digital format attached to *Defendants Commerce Park Realty, LLC and Commerce Park Associates 9, LLC's Second Supplemental Responses to Defendant Town of Coventry's Request for Production of Documents* of even date.

reports are received by CPA 9, LLC and/or CPR, LLC, they will be made available to the Town of Coventry.

Additionally, please see Bates Stamped documents produced in a readily usable digital format attached to *Defendants Commerce Park Realty, LLC and Commerce Park Associates 9, LLC's Second Supplemental Responses to Defendant Town of Coventry's Request for Production of Documents* of even date.

Nicholas E. Cambio, Manager

Subscribed and sworn to before me this 16th day of February, 2007.

Notary Public
Printed Name: Jennifer L Case
My Commission Expires: 4-22-09

Defendants,
Commerce Park Realty, LLC and
Commerce Park Associates 9, LLC,
By their Attorneys,

Brian LaPlante, Esq./#5861
Philip J. Laffey, Esq./#7292
Sarah McConnell Dubois, Esq./6195
LaPlante Sowa Goldman
67 Cedar Street
Providence, RI 02903
TEL: (401) 273-0200
FAX: (401) 273-0250

## CERTIFICATION

Gregory L. Benik, Esquire
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

David B. Graham, Esquire
Kaufman & Canoles, P.C.
4801 Courthouse Street, Suite 300
Post Office Box 6000
Williamsburg, Virginia 23188

Scott L. Hammer, Esquire
Hodosh Lyon & Hammer, Ltd.
1023 Post Road
Warwick, RI 02888

Mark O. Denehy, Esquire
Geoffrey W. Millsom, Esquire
Elizabeth McDonough Noonan, Esquire
Adler Pollock & Sheehan
One Citizens Plaza, 8th Floor
Providence, RI 02903

Anthony F. Muri, Esquire
Goldenberg & Muri LLP
10 Weybosset Street
Providence, RI 02903

Brian A. Wagner, Esquire
RI DEM
Office of Legal Services
235 Promenade Street
Providence, RI 02908

Patrick J. Sullivan, Esquire
Law Offices of Patrick J. Sullivan, Esquire
505 Tiogue Avenue, Suite B
Coventry, RI 02816

Michael A. DeSisto, Esquire
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

I hereby certify that on this 16th day of February 2007, I caused a true and accurate copy of the within document to be sent via facsimile, without attachments, and first class mail, postage prepaid, with attachments, to Attorneys Anthony F. Muri and Geoffrey W. Millsom, and via first class mail, postage prepaid, without attachments, to all other counsel.

Kelly J. Darlin

FEB 20 2007