**UNITES STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF RHODE ISLAND, by and through the RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT, | |
| Plaintiff, | C.A. 05-346T-LDA |
| v. | |
| TOWN OF COVENTRY, RHODE ISLAND, ET AL., | |
| Defendants. | |

**MOTION FOR AWARD OF EXPENSES, INCLUDING ATTORNEYS' FEES, PURSUANT TO ORDER OF THE COURT DATED JUNE 13, 2007**

In accordance with the Court's June 13, 2007 Order accepting, in part, the Report and Recommendation of Magistrate Judge Lincoln D. Almond, dated April 4, 2007, The Town of Coventry, Rhode Island ("Coventry") hereby moves for an award of expenses in the amount of $9,325. The facts and documentation that support this award are set forth in the accompanying affidavit of Elizabeth McDonough Noonan, Esq.

Dated: Providence, Rhode Island
June 21, 2007

TOWN OF COVENTRY, RHODE ISLAND
By its Attorneys,

/s/ Geoffrey W. Millsom

Geoffrey W. Millsom (#6483)
Mark O. Denehy (#3492)
Elizabeth McDonough Noonan (#4226)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
gmillsom@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the within Motion For Award Of Expenses, Including Attorneys' Fees, Pursuant To Order Of The Court Dated June 13, 2007 through the ECF system on the 21st day of June, 2007, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 05-346T-LDA.

/s/ Geoffrey W. Millsom