UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND, DEPT. OF ENVIRONMENTAL MANAGEMENT,

*Plaintiff,*

vs.

C.A. No. 05-346 T

TOWN OF COVENTRY, RHODE ISLAND; et al.,

*Defendants.*

# NOTICE TO TAKE DEPOSITION

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the Defendant, Town of Coventry, in the above-captioned matter will take the deposition of **NICHOLAS E. CAMBIO** on oral examination. This examination will continue from day to day until completed and will commence on **WEDNESDAY, JUNE 27, 2007 at 2:30 P.M.**, at the offices of DESISTO LAW, 211 Angell Street, Providence, Rhode Island 02906**,** before a Notary Public commissioned in the State of Rhode Island.

Defendant/Cross-claim Defendant,
Town of Coventry,
By its attorneys,

*/s/ Michael A. DeSisto*

Michael A. DeSisto (#2444)
DESISTO LAW
211 Angell Street
PO Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: michael@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on June 21, 2007 and is available for viewing and downloading from the ECF system, and that the following counsel of record will receive notice via the ECF system:

Geoffrey W. Millsom
gmillsom@apslaw.com

Anthony F. Muri
amuri@murilaw.com

Brian LaPlante
blaplante@laplantesowa.com

Patrick J. Sullivan
patrick@sullivan-attorneys.com

Elizabeth M. Noonan
enoonan@apslaw.com

Notice by other means will be sent to:

Patricia Aloisio
Affiliated Court Reporters
20 Pine Top Road
Barrington, RI 02806

*/s/ Michael A. DeSisto*

Michael A. DeSisto