# UNITED STATES DISTRICT COURT
FOR THE
# DISTRICT OF RHODE ISLAND

**STATE OF RHODE ISLAND by and through the Rhode Island Department of Environmental Management**
*Plaintiff,*

**vs.**

**Town of Coventry et al.**

*Defendant*

**C.A. No. 1:05-cv-00346**

## ENTRY OF APPEARANCE

NOW COMES John A. Langlois, legal counsel for the Rhode Island Department of Environmental Management ("RIDEM"), and hereby enters his appearance as counsel on behalf of RIDEM in the above-captioned matter.

Respectfully submitted,
STATE OF RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
By its attorney,

/s/ *John A. Langlois*
John A. Langlois, Esq. (R.I. Bar No. 3488)
RIDEM – Office of Legal Services
235 Promenade Street, 4th Floor
Providence, RI 02908
Tel. – (401) 222-6607
Fax - (401) 222-3378

## Certificate of Service

This document has been filed electronically pursuant to "AP for Electronic Filing in the United States District Court for the District of Rhode Island," Admin. Order 2006-01. This document is available for viewing and downloading via the court's Electronic Case Filing System at *https://ecf.rid.uscourts.gov/.*

Service upon the following parties was completed electronically via the ECF system on May 15, 2007, pursuant to Fed.R.Civ.P. 5(b)(2)(D) and §10(b) of Admin. Order 2006-01.

**Defendant**

**Town of Coventry** represented by

**Geoffrey W. Millsom**
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903
274-7200
Fax: 751-0604
Email: gmillsom@apslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark O. Denehy**
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903
274-7200
Fax: 351-4607
Email: mdenehy@apslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. DeSisto**
DeSisto Law
211 Angell St.
P.O. Box 2563
Providence, RI 02906-2563
272-4442
Fax: 272-9937
Email: michael@desistolaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Patrick J. Sullivan**
Law Offices of Patrick J. Sullivan, Esq.
505 Tiogue Ave.
Suite B
Coventry, RI 02816
823-7991
Fax: 823-4040
Email: patrick@sullivan-attorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott L. Hammer**
Hodosh Lyon & Hammer, Ltd
1023 Post Road
Warwick, RI 02888
401-781-0715
Fax: 331-1518
Email: shammer@hlhlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David B. Graham**
Kaufman & Canoles, PC
4801 Courthouse Street
Suite 300
Williamsburg, VA 23188
757-259-3800
Fax: 757-259-3838
Email: dbgraham@kaufcan.com
*ATTORNEY TO BE NOTICED*

**Elizabeth M. Noonan**
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903
274-7200
Fax: 351-4607
Email: enoonan@apslaw.com

*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **A. Cardi Realty Co., Inc** | represented by | **Anthony F. Muri**<br>Muri Associates LLC<br>10 Weybosset Street<br>Providence, RI 02903<br>421-7300<br>Fax: 421-7352<br>Email: amuri@murilaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Arkwright, Inc** | represented by | **Gregory L. Benik**<br>Nixon Peabody LLP<br>One Citizens Plaza<br>Providence, RI 02903<br>454-1025<br>Fax: 454-1030<br>Email: gbenik@nixonpeabody.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Patrick J. Sullivan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **CNA Holdings, Inc**<br>*formerly known as*<br>American Hoechst Corp.<br>*formerly known as*<br>Hoechst Chemical Corp | represented by | **Patrick J. Sullivan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Chevron USA, Inc** | represented by | **Patrick J. Sullivan** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **CIBA Specialty Chemicals Corporation** | represented by | **Patrick J. Sullivan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Garland Industries, Inc** | represented by | **Patrick J. Sullivan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Mallinckrodt Inc**<br>*formerly known as*<br>International Mineral & Chemicals Corp | represented by | **Patrick J. Sullivan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Soluol, Inc** | represented by | **David B. Graham**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Patrick J. Sullivan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Sunoco, Inc** | represented by | **Patrick J. Sullivan**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Defendant**

**Texaco, Inc** represented by **Patrick J. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Uniroyal Holding, Inc** represented by **Patrick J. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Union Oil Company of California**
*for its former subsidiary American Mineral Spirits Co.*
*doing business as*
Unocal Corporation
represented by **Patrick J. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Whittaker Corporation** represented by **Patrick J. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Commerce Park Associates 9, LLC** represented by **Richard H. James**
Universal Properties Group, Inc.
207 Quaker Lane
West Warwick, RI 02893
828-3500
Fax: 823-7329
Email: rjames@universalri.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen H. Burke**
Ratcliffe Burke Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903
331-3400
Fax: 331-3440
Email: sburke@rbhelaw.com
*TERMINATED: 11/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian LaPlante**
LaPlante & Sowa, Ltd.
67 Cedar Street
Suite 102
Providence, RI 02903
401-273-0200
Fax: 401-273-0250
Email: blaplante@laplantesowa.com
*ATTORNEY TO BE NOTICED*

**Philip J. Laffey**
LaPlante & Sowa, Ltd.
67 Cedar Street
Suite 102
Providence, RI 02903
US
273-0200
Fax: 273-0250
Email: plaffey@laplantesowa.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Commerce Park Realty, LLC** represented by **Richard H. James**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen H. Burke**
(See above for address)
*TERMINATED: 11/13/2006*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian LaPlante**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip J. Laffey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Commerce Park Associates 9, LLC** represented by **Richard H. James**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen H. Burke**
(See above for address)
*TERMINATED: 11/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian LaPlante**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip J. Laffey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Commerce Park Realty, LLC** represented by **Richard H. James**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen H. Burke**
(See above for address)
*TERMINATED: 11/13/2006*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian LaPlante**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip J. Laffey**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Chevron USA, Inc**

**Cross Defendant**

**CIBA Specialty Chemicals Corporation**

**Cross Defendant**

**Garland Industries, Inc**

**Cross Defendant**

**Mallinckrodt Inc**

**Cross Defendant**

**Soluol, Inc**

**Cross Defendant**

**Sunoco, Inc**

**Cross Defendant**

**Texaco, Inc**

**Cross Defendant**

**Uniroyal Holding, Inc**

**Cross Defendant**

**Union Oil Company of California**
*for its former subsidiary American Mineral Spirits Co.*

**Cross Defendant**

**Whittaker Corporation**

**Cross Defendant**

**Town of Coventry** represented by **Geoffrey W. Millsom**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark O. Denehy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. DeSisto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott L. Hammer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**A. Cardi Realty Co., Inc**

**Cross Defendant**

**Arkwright, Inc**

**Cross Defendant**

**CNA Holdings, Inc**

/s/ *John A. Langlois*