**UNITES STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF RHODE ISLAND, by and through the RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF COVENTRY, RHODE ISLAND, ET AL.,<br><br>Defendants. | C.A. 05-346T-LDA |

**MOTION FOR AWARD OF EXPENSES, INCLUDING ATTORNEYS' FEES, PURSUANT TO ORDER OF THE COURT DATED JUNE 13, 2007**

In accordance with the Court's June 13, 2007 Order accepting, in part, the Report and Recommendation of Magistrate Judge Lincoln D. Almond, dated April 4, 2007, The Town of Coventry, Rhode Island ("Coventry") hereby moves for an award of expenses in the amount of $9,325. The facts and documentation that support this award are set forth in the accompanying affidavit of Elizabeth McDonough Noonan, Esq.

Dated: Providence, Rhode Island
June 21, 2007

TOWN OF COVENTRY, RHODE ISLAND
By its Attorneys,

/s/ Geoffrey W. Millsom
Geoffrey W. Millsom (#6483)
Mark O. Denehy (#3492)
Elizabeth McDonough Noonan (#4226)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
gmillsom@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the within Motion For Award Of Expenses, Including Attorneys' Fees, Pursuant To Order Of The Court Dated June 13, 2007 through the ECF system on the 21st day of June, 2007, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 05-346T-LDA.

/s/ Geoffrey W. Millsom

UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND, by and through the RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF COVENTRY, RHODE ISLAND, ET AL.,<br><br>Defendants. | C.A. 05-346T-LDA |

**DECLARATION OF ELIZABETH MCDONOUGH NOONAN, ESQ. IN SUPPORT OF MOTION FOR AWARD OF EXPENSES, INCLUDING ATTORNEYS' FEES, PURSUANT TO ORDER OF THE COURT DATED JUNE 13, 2007**

ELIZABETH MCDONOUGH NOONAN, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney licensed to practice in the State of Rhode Island, a shareholder of Adler Pollock & Sheehan P.C. ("AP&S"), and the attorney responsible for the billing of AP&S fees and costs to the Town of Coventry, Rhode Island ("Coventry"), in this case.

2. I make this Declaration on the basis of my personal knowledge as well as my review of the file in this matter.

3. Prior to making this Declaration, I reviewed the billing memoranda and invoices issued by AP&S in this matter and consulted with my partner Geoffrey W. Millsom.

4. On April 4, 2007, Magistrate Judge Lincoln D. Almond issued a Report and Recommendation in this case in which several recommendations were made, but relevant to this Declaration, he "recommend[ed] that the District Court require [Commerce Park Associates 9, LLC and Commerce Park Realty, LLC] to pay the reasonable expenses, including attorneys' fees, incurred by the Town in preparing and filing its Rule 37 Motions (Document Nos. 51 and 64) and in conferring in an effort to obtain the requested discovery materials." This portion of the Report and Recommendation was accepted by the District Court on June 13, 2007, as reflected in the minute entries of June 21, 2007.

5. From November 6, 2006 until June 13, 2007, Coventry incurred $9,325 in legal fees from AP&S in connection with its efforts to obtain discovery and bring two Rule 37 Motions. Prior to issuing invoices to Coventry, I reviewed and deleted any time that I considered to be redundant, duplicative, unnecessary, excessive or otherwise not properly chargeable.

6. AP&S charges Coventry for time spent by its attorneys in accordance with the regular hourly rates that AP&S ordinarily charges to its other fee-paying clients. These rates increased on January 1, 2007, which was during the relevant time period. The billing rates of the AP&S attorneys who performed work for which Coventry now seeks reimbursement increased as follows:

| | Pre-January 2007 Rate | Rate After January 2007 |
|---|---|---|
| Geoffrey W. Millsom | $300/hr. | $325/hr. |
| Elizabeth McDonough Noonan | $350/hr. | $350/hr. |

7. The hours each attorney worked for which Coventry seeks recovery of fees and their respective billing rates are as follows: Geoffrey W. Millsom, 7 hours at $300

per hour ($2,100); 21.1 hours at $325 per hour ($6,857.50); Elizabeth McDonough Noonan, 0 hours at $350, 1.1 hours at $350 per hour ($367.50).

8. A detailed explanation of time spent on reimbursable tasks as reflected on actual AP&S invoices is as follows:

**Fee Information: Geoffrey W. Millsom**

| | Date | Description | Hours | |
|---|---|---|---|---|
| | | | | |
| | 11/6/06 | Draft Rule 37 letter. | 1.50 | |
| | 11/15/06 | Begin to draft Motion to Compel. | 3.20 | |
| | 11/17/06 | Finish drafting and file Motion to Compel. | 2.00 | |
| | 12/1/06 | Communicate with R. James regarding discovery. | .20 | |
| | 12/22/06 | Communicate with R. James regarding discovery conference. | .10 | |
| | 1/2/07 | Finalize and send Meet and Confer Letter; review correspondence from James. | .30 | |
| | 1/12/07 | Research and draft Motion to Dismiss under Rule 37. | 4.50 | |
| | 1/16/07 | Finalize motion; file and serve same. | 1.00 | |
| | 2/8/07 | Review Order from the Court regarding pending Motions to Extend and Coventry's Rule 37 Motion; discuss same with E. Noonan; finalize and circulate to client and Mike DeSisto. | 2.00 | |
| | 3/7/07 | Attention to strategy regarding hearing on Friday. | .20 | |
| | 3/8/07 | Prepare for hearing on motion to preclude evidence; confer with E. Noonan regarding same. | 1.00 | |
| | 3/9/07 | Prepare for and argue motion to preclude. | 1.00 | |
| | 3/19/07 | Review Order from Judge Almond regarding discovery hearing. | .20 | |
| | 3/22/07 | Review documents produced by CPR and CPA9 in advance of discovery hearing. | 3.50 | |
| | 3/26/07 | Prepare for discovery conference. | 1.00 | |
| | 4/2/07 | Prepare for and argue the Motion to Preclude. | 3.00 | |
| | 4/4/07 | Review Judge Almond's Order. | .20 | |
| | 4/13/07 | Attention to objection to Report and Recommendation and additional motions filed by Commerce Park. | .20 | |
| | 4/20/07 | Review brief regarding Mag. J. Almond's Report and Recommendation; communicate with M. DeSisto regarding same. | 1.00 | |
| | 6/6/07 | Prepare for hearing tomorrow. | 1.00 | |
| | 6/13/07 | Prepare for and argue Objection to Magistrate Judge's report and Recommendation. | 1.00 | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | **Total Hours (G. Millsom)** | **28.10** | |
| | | | | |
| | | **Total Fees:** | **$8,957.50** | |

**Fee Information: Elizabeth McDonough Noonan**

| | **Date** | **Description** | **Hours** | |
|---|---|---|---|---|
| | | | | |
| | 1/9/07 | Attention to motion to compel. | .20 | |
| | 1/16/07 | Final Review of motion to preclude. | .50 | |
| | 3/7/07 | Attention to upcoming hearing. | .00 | |
| | 3/8/07 | Attention to strategy for U.S. District Court oral argument. | .00 | |
| | 3/9/07 | Prepare for and attend court hearing on motion to preclude. | .00 | |
| | 4/2/07 | Prepare for and attend hearing before Judge Almond on motion to preclude. | .00 | |
| | 4/4/07 | Review Report and Recommendation from Judge Almond. | .00 | |
| | 4/15/07 | Review objection to Report and Recommendation filed by attorney LaPlante. | .20 | |
| | 4/18/07 | Conference with client and co-counsel re: strategy for response to objection to Report and Recommendation. | .20 | |
| | 6/13/07 | Prepare for and attend hearing before J. Torres | .00 | |
| | | | | |
| | | **Total Hours (E. Noonan)** | **1.10** | |
| | | | | |
| | | **Total Fees:** | **$367.50** | |

9. The actual invoices and billing records reflecting these charges is maintained by AP&S and can be made available to the Court for inspection. The detailed information set forth above accurately reflects the entries from the actual invoices and billing records, but has been edited in order to remove any unrelated, privileged or sensitive information. It also has been edited to remove descriptions of tasks unrelated to Coventry's efforts to obtain the requested discovery. The redaction of the actual invoices and billing records would be cumbersome and time consuming. Where unrelated tasks have been excised from the description of work performed, the associated time has also been adjusted to ensure that it reflects only the work for which Coventry seeks (and the

Court has ordered) reimbursement from Commerce Park Associates 9, LLC and Commerce Park Realty, LLC.

10. This attorney time and the resulting fees were reasonably and necessarily incurred in obtaining the discovery requested by Coventry and, ultimately, ordered by the Court.

11. It is my opinion that the fees and expenses incurred and detailed above are fair and reasonable and in accordance with Rule 1.5 of the Rhode Island Rules of Professional Conduct.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 21st DAY OF JUNE, 2007.

Elizabeth M. Noonan

Elizabeth McDonough Noonan

*420814_1.doc*