UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND,
DEPARTMENT OF ENVIRONMENTAL
MANAGEMENT

v. CA No. 05-346-T

TOWN OF COVENTRY, et al.

**ORDER GRANTING MOTION FOR AWARD OF EXPENSES AND ATTORNEYS' FEES**

It is hereby ordered that the Town of Coventry's motion for award of expenses, including attorneys' fees is GRANTED and expenses and attorneys' fees are awarded in the amount of $5,620.00 as recommended by Magistrate Judge Almond.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: ~~September~~ October 2, 2007