AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

Commerce Park v. Town of Coventry

CASE NUMBER: CA05-346T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TORRES | [illegible] B. LaPlant | G. Milsom |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/15/07 - | D. Lajoie | P. Jackson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | W-1 | | | Nicholas Cambio (10/15/07) |
| 3 | | | ✓ | | 5/10/99 Coventry Town Council Mtg. minutes |
| 2 | | 10/16/07 | ✓ | ✓ | Coventry Town Cncl. Resolution #43-99-3010 |
| 4 | | | ✓ | | 7/10/99 Ltr. to Sprague from Traini |
| | | W-2 | | | Paul Sprague (10/15/07) |
| 5 | | 10/15/07 | ✓ | ✓ | Net Ground Lease (5/1999) |
| | | W-1 | | | Nicholas Cambio (by A; 10/15/07) |
| | G | 10/15/07 | ✓ | ✓ | 2/16/06 Ltr. from S. Burke to Coventry Twn. Cncl. |
| | L | 10/15/07 | ✓ | ✓ | 9/10/07 Ltr. from Commerce Park 9 to Coventry |
| | A | 10/15/07 | ✓ | ✓ | 4/28/04 Ltr. from Cambio to F. Frobel |
| | B | 10/15/07 | ✓ | ✓ | 10/26/05 Ltr. from D. Graham to N. Cambio |
| | D | 10/16/07 | ✓ | ✓ | 12/13/05 Email (4:36 P) from S. Burke to D. Graham |
| | N | 10/16/07 | ✓ | ✓ | Access Agreement b/w RIDEM & Commerce Park |
| 6 | | 10/15/07 | ✓ | ✓ | 8/7/02 Ltr. from Commerce to Twn of Coventry |
| 11 | | 10/15/07 | ✓ | ✓ | Kent County Superior Crt. 1st Amd. Cmplt. by Commerce |
| 12 | | 10/15/07 | ✓ | ✓ | Kent County Superior Crt. Twn. of Coventry Answer to 1st Amd. Cmplt. |
| 7 | | 10/15/07 | ✓ | ✓ | 3/27/06 Ltr. from Commerce to Twn. of Coventry |
| 8 | | 10/15/07 | ✓ | ✓ | 4/14/06 Ltr. from Commerce to Coventry |
| 9 | | 10/15/07 | ✓ | ✓ | 4/10/06 Ltr. from Commerce to P. Sullivan |
| 10 | | 10/15/07 | ✓ | ✓ | 5/4/06 Ltr. from Commerce to Coventry |
| | | W-3 | | | Brian Wagner (10/15/07) |
| | E | 10/16/07 | ✓ | ✓ | 12/15/05 Email (3:52 P) from [illegible] B. Wagner to S. Burke |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO I 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Commerce Park v. Town of Coventry CASE NUMBER: CA05-346T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | F | 10/15/07 | ✓ | ✓ | 1/24/06 Email (1:29P) from S. Burke to B. Wagner & D. Graham |
| | | W-1 | | | Nicholas Cambio (by Δ, con't.; 10/16/07) |
| | K | 10/16/07 | ✓ | ✓ | 6/22/06 Ltr. from E. Noonan to Commerce Park |
| 36 | | 10/16/07 | ✓ | ✓ | 9/14/07 Ltr. from P. Sullivan to B. LaPlante |
| | | W-4 | | | Warren West (10/16/07) |
| | | W-5 | | | Sheila Barrett (10/16/07) |
| 44 | | 10/16/07 | ✓ | ✓ | 1/27/07 Ltr. from T. Noonan to F. Frobel |
| 18 | | | ✓ | | 5/3/02 US-EPA Site Investigation Rpt. |
| 19 | | | ✓ | | 8/31/04 NUS Corp. Superfund Division Final Rpt. |
| 40 | | 10/16/07 | ✓ | ✓ | 4/11/95 ARCS I Final Site Inspection Rpt. |
| [illegible] | | W-6 | | | Patrick Sullivan |
| 13 | | 10/16/07 | ✓ | ✓ | CA06-579 Town Coventry Cmplt. from RI (Kent) Superior Ct. |
| 37 | | 10/16/07 | ✓ | ✓ | 6/20/06 Stipulation in CA05-346T |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |