IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND, by and through the RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT, *Plaintiff*, vs. TOWN OF COVENTRY, RHODE ISLAND, A. CARDI REALTY CO., INC., ARKWRIGHT, INC., CNA HOLDINGS, f/k/a Hoechst Chemical Corp. and American Hoechst Corp., CHEVRON U.S.A., INC., CIBA SPECIALTY CHEMICALS CORPORATION, GARLAND INDUSTRIES, INC., MALLINCKRODT, INC., f/k/a International Minerals & Chemicals Corp., SOLUOL, INC., SUNOCO, INC., TEXACO, INC., UNIROYAL HOLDING, INC., UNION OIL COMPANY OF CALIFORNIA (d/b/a Unocal), for its former subsidiary American Mineral Spirits Co., WHITTAKER CORPORATION, COMMERCE PARK REALTY, LLC and COMMERCE PARK ASSOCIATES 9, LLC, *Defendants*. | Case No. 05-346-T-LDA |

**NOTICE OF CHANGE OF LAW FIRM AND ADDRESS**

Gregory L. Benik, counsel for Defendant, Arkwright, Inc., hereby gives notice that, effective November 1, 2007, all pleadings, filings and notices in this litigation should be directed to him at the following address:

Gregory L. Benik, Esq.
Benik & Associates P.C.
931 Jefferson Blvd., Suite 2008
Warwick, RI 02886
(phone) 401-454-0054
(fax) 401-732-5054
gbenik@jreri.com

Respectfully submitted,

/s/ Gregory L. Benik

Gregory L. Benik (#1515)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Tel. 401-454-1000
Fax: 401-454-1030
gbenik@nixonpeabody.com

*Counsel for Arkwright, Inc.*

Dated: October 31, 2007

Common Counsel:

Patrick J. Sullivan
Law Offices of Patrick J. Sullivan, Esq.
505 Tiogue Ave.
Suite B
Coventry, RI 02816
Tel. 401-823-7991
Fax: 401-823-4040
Patrick@sullivan-attorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2007, the foregoing was filed electronically with the Clerk of Court and served upon the following by operation of the Court's electronic filing system:

Michael A. DeSisto michael@desistolaw.com, laura@desistolaw.com

Mark O. Denehy mdenehy@apslaw.com

David B. Graham dbgraham@kaufcan.com

Scott L. Hammer shammer@hlhlegal.com

Richard H. James rjames@universalri.com, rilasaje@cox.net

Brian LaPlante blaplante@laplantesowa.com

Philip J. Laffey plaffey@laplantesowa.com

John A. Langlois john.langlois@dem.ri.gov

Geoffrey W. Millsom gmillsom@apslaw.com, stheriault@apslaw.com

Anthony F. Muri amuri@murilaw.com

Elizabeth M. Noonan enoonan@apslaw.com, cvilandrie@apslaw.com

/s/ Gregory L. Benik