UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND,
    Plaintiff

v.                                            C.A. No. 05-346 S

TOWN OF COVENTRY, ET AL.,
    Defendants

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on December 7, 2009, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report & Recommendation, the Defendants Commerce Park Realty, LLC's and Commerce Park Associates 9, LLC's Motion to Confirm Attorneys' Fees and Expenses is GRANTED and Commerce is awarded $104,371.03 for its reasonable attorneys' fees and expenses, plus interest at a rate of 10% per annum commencing on October 17, 2007.

By Order,

/s/ _____
Deputy Clerk

ENTER:

/s/ _____
William E. Smith
United States District Judge

Date: 1/6/10